# United States Bankruptcy Court
**Northern District of Ohio**

In re **Kiebler Recreation, LLC**  
Debtor(s)

Case No. **10-15099**  
Chapter **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for **Kiebler Recreation, LLC** in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

**Kiebler Properties LLC**

☐ None [*Check if applicable*]

**May 26, 2010**  
Date

**/s/ Robert C. Folland**  
**Robert C. Folland**  
Signature of Attorney or Litigant  
Counsel for **Kiebler Recreation, LLC**  
**Thompson Hine LLP**  
**3900 Key Center**  
**127 Public Square**  
**Cleveland, OH 44114-1291**  
**(216) 566-5500 Fax:(216) 566-5800**