UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO



IN RE:   KIEBLER RECREATION, LLC          CASE NO. 10-15099

                                          Chapter 11 Proceedings

                                          JUDGE RANDOLPH BAXTER


NOTICE OF CASE MANAGEMENT CONFERENCE


At Cleveland, in said District on the  27th      day of   MAY   , 2010.

NOTICE IS HEREBY GIVEN of a Case Management Conference to be convened in room 220  before the Honorable Randolph Baxter, The Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland, Ohio 44114  on    June 2, 2010 @ 10:30 a.m.    concerning the above named debtor.

NOTICE IS HEREBY GIVEN that only the Atty. for Debtor and U.S. Trustee are to be present.


                                          RANDOLPH BAXTER
                                          U.S. BANKRUPTCY JUDGE

                                      by_____
                                          Courtroom Deputy


cc: Atty. for Debtor: Robert C. Folland
    U.S. Trustee