**IT IS SO ORDERED.**

/s/ Randolph Baxter
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

Dated: 28 May, 2010 11:39 AM

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Kiebler Recreation, LLC | ) | Case No. 10-15099 |
| | ) | |
| Debtor. | ) | Judge Baxter |
| | ) | |

**AGREED INTERIM ORDER AUTHORIZING THE USE OF
CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

Upon the motion of Kiebler Recreation, LLC (the "Debtor"), debtor and debtor-in-possession in the above-captioned chapter 11 case, for the entry of interim and final orders authorizing the Debtor on an interim and final basis to use cash collateral ("Cash Collateral"), as such term is defined in section 363(a) of title 11 of the United States Code, (the "Bankruptcy Code"), in which The Huntington National Bank ("Huntington") and PNC Bank ("PNC" and with Huntington, the "Banks") may assert an interest and to provide adequate protection to the

Banks, all as more fully set forth herein, and requesting that this Court schedule a final hearing (the "Final Hearing") and approve notice with respect thereto (the "Motion"); and the Court having considered the Motion; and a hearing to consider approval of the interim relief requested by the Motion having been held and concluded; and upon all of the pleadings filed with the Court and all of the proceedings held before this Court; and all capitalized terms used herein but not defined shall have the meaning given them in the Motion; and it appearing that the notice given to parties of the Motion was good and sufficient under the circumstances and that no other or further notice need be given, other than as set forth herein with respect to the Final Hearing; and after due deliberation and consideration and good and sufficient cause having been shown, it is hereby,

ORDERED that the Motion is granted to the extent provided herein; and it is further

ORDERED that the Debtor is authorized to use Cash Collateral to operate the Debtor's business in the ordinary course, including to pay its actual, necessary, ordinary course operating expenses, from the date of this Order through June 16, 2010, pursuant to section 363(c)(2) of the Bankruptcy Code; provided that use of Cash Collateral shall be limited to the amount of $300,000.00 or such higher amount as may be agreed to by Huntington through such date as a budget agreed to by the Debtor and Huntington is filed with the Court; thereafter, cash use shall be governed by such budget; through June 16, 2010; and it is further

ORDERED that, as adequate protection for, and to the extent of any diminution in the value of the Prepetition Collateral resulting from the use of the Cash Collateral pursuant to section 363(c) of the Bankruptcy Code, and the imposition of the automatic stay pursuant to section 362(a) of the Bankruptcy Code, pursuant to sections 361 and 363(e) of the Bankruptcy Code, upon entry of this Order,

(a) The Banks will be granted post-petition security interests in, and liens upon, all of the categories and types of collateral in which they held security interests as of the Petition Date, but such post-petition security interests shall only be to the same extent, and have the same priority, as their respective security interests as of the Petition Date. All security interests to be granted to the Banks hereunder as adequate protection shall be without prejudice to the right of any party with standing, including but not limited to the Debtor, to assert any claims against the Banks or their security interests; and

(b) Subject to the limitations set forth above, in the event that the adequate protection granted in the above fails to protect the interests of the Banks in the Cash Collateral, the Banks will be granted superpriority administrative claims which will have priority of the kind specified in Bankruptcy Code § 507(b) over any and all administrative expenses specified in Bankruptcy Code § 507(a)(2), but expressly subject to application for such administrative claim and approval by the Court.

and it is further

ORDERED that should it subsequently be determined that any provision herein abrogates any provision of the Bankruptcy Code or the Bankruptcy Rules, such provision shall be stricken as *void ab initio*; and it is further

ORDERED that nothing contained herein shall be deemed a waiver by Huntington of any rights or objection it may have to use of Cash Collateral beyond June 16, 2010 or the terms of any order relating thereto; and it is further

ORDERED that the Final Hearing is scheduled for June 16, 2010, at 10:30 a.m. at the United States Bankruptcy Court, Howard M. Metzenbaum U.S. Courthouse, 201 Superior Ave., Cleveland, Ohio 44114-1235, Room 220, before the Honorable Randolph Baxter at the United States Bankruptcy Court, Northern District of Ohio. On or before June 2, 2010, the Debtor shall serve notice of the entry of this Order and copies of this Order on (i) the United States Trustee, (ii) the Secured Creditors and/or their counsel, and (iii) the Debtor's twenty (20) largest unsecured creditors, which shall constitute due and sufficient notice of the Debtor's request for final authorization to use Cash Collateral for the purpose of Bankruptcy Rule 4001.

**IT IS SO ORDERED.**

###

Respectfully submitted by,


*/s/ Andrew L. Turscak, Jr.*
Robert C. Folland (0065728)
Andrew L. Turscak, Jr. (0073851)
Mark A. Weintraub (0078789)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500 (phone)
(216) 566-5800 (fax)
Robert.Folland@thompsonhine.com
Andrew.Turscak@Thompsonhine.com
Mark.Weintraub@thompsonhine.com

*Proposed Counsel for Debtor*

and

*/s/ Michael P. Shuster*
Michael P. Shuster (0064518)
PORTER WRIGHT MORRIS & ARTHUR LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115-1483
(216) 443-2510 (phone)
(216) 443-9011 (fax)
mshuster@porterwright.com
romerza@porterwright.com
skoch@porterwright.com

*Counsel for The Huntington National Bank*

No Objection:

*/s/ Andrew Vara*
Andrew Vara (MI P45625)
U.S. Department of Justice Office of the U.S. Trustee
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave
Cleveland, OH 44114
(216) 522-7800, ext. 253
(216) 522-7193 facsimile

*Office of the United States Trustee*

# SERVICE LIST

| | |
|---|---|
| Lawrence Bolla, Esq.<br>Quinn, Buseck, Leemhuis, Toohey & Kroto<br>2222 West Grandview Boulevard<br>Erie, Pennsylvania PA 16506<br>Counsel for Cross Family | Estate of Norbert Cross<br>c/o Alan Laurita<br>Harris Beach<br>726 Exchange Street - Suite 1000<br>Buffalo, NY 14210 |
| Estate of Eugene Cross<br>Racquel Cross, Executrix<br>4208 State Street<br>Erie, PA 16508 | Estate of Norbert Cross<br>1738 Route 97<br>Waterford, PA 16441 |
| Chautauqua County IDA<br>200 Harrison Street<br>Jamestown, NY 14701 | GMAC<br>PO Box 9001948<br>Louisville, KY 40290-1948 |
| GMAC Payment Processing Center<br>PO Box 9001951<br>Louisville, KY 40290-1951 | Western Region IDA<br>275 Oak Street<br>Buffalo, NY 14203 |
| Chaut Co Director Finance   Bt<br>Chaut Co Finance<br>Gob 3 North Erie St<br>Mayville, NY 14757 | Southern Tier IDA<br>400 Church Street<br>Elmira, NY 14901 |
| Commissioner of Tax & Finance<br>NYS Assessment Receivables<br>PO Box 4128<br>Binghamton, NY 13902-4128 | Leasenet Inc.<br>Dept.L-2423<br>Columbus, OH 43260-2423 |
| PNC Bank<br>One South Center<br>Corry, PA 16407 | PNC Bank<br>P O Box 856177<br>Louisville KY 40285-6177 |
| Diane K. Church<br>Hurwitz & Fine, P.C.<br>1300 Liberty Building<br>Buffalo, NY 14202<br><br>*Counsel to PNC Bank* | Southern Tier West Regional<br>Planning & Development Board<br>4039 Rt 219, Suite 200<br>Salamanca, NY 14779 |
| Huntington National Bank<br>Vehicle Leasing<br>P.O. Box 182519<br>Columbus, OH 43218-2519 | Huntington National Bank<br>P.O. Box 182232<br>Columbus, OH 43218-2232 |
| U.S. Express Tygris Vendor Finance<br>Dept #1608<br>Denver, CO 80291-1608 | GE Transportation Finance<br>PO Box 822108<br>Philadelphia, PA 19182-2108 |

Textron Financial Corp
Dept AT 40219
Atlanta, GA  31192-0219

Charles Kleman
12601 Mastique Beach Blvd.
Unit 1
Fort Myers, FL 33908

PNC Bank
P.O. Box
Louisville, KY 40285-6177

Clark Family Limited Partnership
P. O. Box 312
Burton, OH 44021

JGM Associates LP
Attn: John Maurer
3590 Jeffrey Blvd
Buffalo, NY  14219-2390

Margaret Clark
P. O. Box 312
Burton, OH 44021

Robert O'Leary Trust
535 Greenmont Drive
Canfield, OH 44145

William Clark
P. O. Box 312
Burton, OH 44021

Thomas & Rose Corrigan
c/o Ditchey Geiger LLC
526 Superior Ave E, Suite 955
Cleveland, OH  44114

C.A. Curtze Co.
1717 East 12th St.
P.O. Box 797
Erie, PA  16512

R. W. Larson Associates, P.C.

PNC Bank
One South Center
Corry PA 16407

Diane K. Church
Hurwitz & Fine, P.C.
1300 Liberty Building
Buffalo, NY 14202
*Counsel to PNC Bank*

National Grid
300 Erie Blvd West
Syracuse, NY  13202

BPM Investments
c/o Robert O'Leary Trust
535 Greenmont Drive
Canfield, OH 44145

Kings' Heating & Sheet Metal
137 South Work St.
P.O. Box 43
Falconer, NY  14733-0043

Direct Bill Services, Inc.
PO Box 7247-0327
Philadelphia, PA  19170-0327

Sysco Foods Of Pittsburgh
One Whitney Drive
PO Box 1000
Harmony, PA  16037-1000

Specialty Steak Service
1717 E. 12th St.
P.O. Box 797
Erie, PA  16512

Venango Supply
P.O. Box 1168
Oil City, PA  16301

Bollinger Inc

3 Farm Colony Drive  
Warren, PA 16365

Kevin Morse  
Jennifer Morse  
1 Whisper Lane We  
Jamestown, NY 14701

Greenwood Forest Condominium  
PO Box 360  
Findley Lake, NY 14736

Andrew Vara, Esq.  
Ronna G. Jackson, Esq.  
Howard M. Metzenbaum U.S. Courthouse  
201 Superior Ave  
Cleveland, OH 44114  
*United States Trustee*

Stephen W. Tierney, Esq.  
John K. McAndrew, Esq.  
*Counsel for Prepetition Receiver*  
*By e-mail -* stierney@woodsoviatt.com  
　　　　　jmcandrew@woodsoviatt.com

400 Market Street  
Suite 450  
Philadelphia, PA 19106-2507

HNB Equipment Finance  
P.O. Box 701096  
Cincinnati, OH 45270-1096

Par Springer-Miller Systems  
782 Mountain Rd.  
Stowe, VT 05672

Timothy P. Foster  
45 East Avenue  
Rochester, New York 14604

*Prepetition Receiver*