B4 (Official Form 4) (12/07)

# United States Bankruptcy Court
## Northern District of Ohio

In re **Kiebler Recreation, LLC**
Debtor(s)

Case No. **10-15099**
Chapter **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| BPM Investments<br>c/o Robert O'Leary Trust<br>535 Greenmont Drive<br>Canfield, OH 44145 | BPM Investments<br>c/o Robert O'Leary Trust<br>535 Greenmont Drive<br>Canfield, OH 44145 | | | 60,000.00 |
| C.A. Curtze Co.<br>1717 East 12th St.<br>P.O. Box 797<br>Erie, PA 16512 | C.A. Curtze Co.<br>1717 East 12th St.<br>P.O. Box 797<br>Erie, PA 16512 | | | 84,407.19 |
| Charles Family Limited Partnership<br>P. O. Box 312<br>Burton, OH 44021 | Charles Family Limited Partnership<br>P. O. Box 312<br>Burton, OH 44021 | | | 100,000.00 |
| Charles Kleman<br>12601 Mastique Beach Blvd.<br>Unit 1<br>Fort Myers, FL 33908 | Charles Kleman<br>12601 Mastique Beach Blvd.<br>Unit 1<br>Fort Myers, FL 33908 | | | 1,000,000.00 |
| Chautauqua County IDA<br>200 Harrison Street<br>Jamestown, NY 14701 | Chautauqua County IDA<br>200 Harrison Street<br>Jamestown, NY 14701 | | | 67,799.00 |
| Greenwood Forest Condominium<br>P.O. Box 360<br>Findley Lake, NY 14736 | Greenwood Forest Condominium<br>P.O. Box 360<br>Findley Lake, NY 14736 | | | 66,991.00 |
| JGM Associates LP<br>Attn: John Maurer<br>3590 Jeffrey Blvd.<br>Buffalo, NY 14219-2390 | JGM Associates LP<br>Attn: John Maurer<br>3590 Jeffrey Blvd.<br>Buffalo, NY 14219-2390 | | | 100,000.00 |
| JGM Associates LP<br>Attn: John Maurer<br>3590 Jeffrey Blvd.<br>Buffalo, NY 14219-2390 | JGM Associates LP<br>Attn: John Maurer<br>3590 Jeffrey Blvd.<br>Buffalo, NY 14219-2390 | | | 100,000.00 |
| Kevin & Jennifer Morse<br>1 Whisper Lane<br>Jamestown, NY 14701 | Kevin & Jennifer Morse<br>1 Whisper Lane<br>Jamestown, NY 14701 | | | 80,000.00 |

B4 (Official Form 4) (12/07) - Cont.

In re **Kiebler Recreation, LLC**
                Debtor(s)

Case No. **10-15099**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Kings' Heating & Sheet Metal<br>137 South Work St.<br>P.O. Box 43<br>Falconer, NY 14733-0043 | Kings' Heating & Sheet Metal<br>137 South Work St.<br>P.O. Box 43<br>Falconer, NY 14733-0043 | | | 52,891.34 |
| Margaret Clark<br>P. O. Box 312<br>Burton, OH 44021 | Margaret Clark<br>P. O. Box 312<br>Burton, OH 44021 | | | 100,000.00 |
| National Grid<br>300 Erie Blvd West<br>Syracuse, NY 13202 | National Grid<br>300 Erie Blvd West<br>Syracuse, NY 13202 | | | 62,543.29 |
| PNC Bank<br>P.O. Box<br>Louisville, KY 40285-6177 | PNC Bank<br>P.O. Box<br>Louisville, KY 40285-6177 | | | 206,844.00 |
| R. W. Larson Associates, P.C.<br>3 Farm Colony Drive<br>Warren, PA 16365 | R. W. Larson Associates, P.C.<br>3 Farm Colony Drive<br>Warren, PA 16365 | | | 83,762.86 |
| Robert O'Leary Trust<br>535 Greenmont Drive<br>Canfield, OH 44145 | Robert O'Leary Trust<br>535 Greenmont Drive<br>Canfield, OH 44145 | | | 100,000.00 |
| Robert O'Leary Trust<br>535 Greenmont Drive<br>Canfield, OH 44145 | Robert O'Leary Trust<br>535 Greenmont Drive<br>Canfield, OH 44145 | | | 100,000.00 |
| Southern Tier West IDA<br>Planning & Development Board<br>4039 Rt 219, Suite 200<br>Salamanca, NY 14779 | Southern Tier West IDA<br>Planning & Development Board<br>4039 Rt 219, Suite 200<br>Salamanca, NY 14779 | | | 71,507.00 |
| Thomas & Rose Corrigan<br>c/o Ditchey Geiger LLC<br>526 Superior Ave E, Suite 955<br>Cleveland, OH 44114 | Thomas & Rose Corrigan<br>c/o Ditchey Geiger LLC<br>526 Superior Ave E, Suite 955<br>Cleveland, OH 44114 | | | 85,000.00 |
| Western Region IDA<br>275 Oak Street<br>Buffalo, NY 14203 | Western Region IDA<br>275 Oak Street<br>Buffalo, NY 14203 | | | 53,241.00 |
| William Clark<br>P.O. Box 312<br>Burton, OH 44021 | William Clark<br>P.O. Box 312<br>Burton, OH 44021 | | | 100,000.00 |

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

     I, the  of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **May 28, 2010**        Signature  **/s/ Paul E. Kiebler IV**
                                                                      **Paul E. Kiebler IV**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.