UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

IN RE: KIEBLER RECREATION, LLC

IN PROCEEDING UNDER

CHP. 11  CASE NO: 10-15099

JUDGE RANDOLPH BAXTER

Debtor.

## CHAPTER 11 CASE SCHEDULING ORDER

The above-referenced Debtor, having appeared before this Court for a case management conference on __06/02/10__ pursuant to § 105(d) of the Bankruptcy Code, is hereby Ordered to comply with the following in the prosecution of its case.

Pursuant to Bankruptcy Rule 3003(c)(3), the claims bar date is set for **09/03/10**. Debtor is to provide notice to all creditors of said date as required under Bankruptcy Rule 2002(a)(7).

Pursuant to Bankruptcy Code § 1121(b), the exclusivity period runs for a period of 120 days from the Order for Relief. If this Debtor is a small business and has elected to be treated as a small business pursuant to § 1121(e), the exclusivity period runs for a period of 180 days from the Order for Relief.

The Debtor is hereby ordered to file its Disclosure Statement and Plan on or before **09/24/10**. The Court's Disclosure Statement Guidelines may be obtained from the Court's web page or by contacting the Courtroom Deputy.

Failure to comply with this Order will result in the Court issuing an order to appear and show cause as to why the case should not be dismissed for want of prosecution.

**IT IS SO ORDERED.**

Dated this 3rd day of
JUNE, 2010

/s/ Randolph Baxter
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

CC: ATTORNEY FOR DEBTOR: ROBERT C. FOLLAND
    U.S. TRUSTEE