IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. **10-15099 RB** |
| | : | |
| **KIEBLER RECREATION, LLC**, | : | THE HONORABLE RANDOLPH BAXTER |
| d/b/a Peek'n Peak Resort, | : | |
| Debtor. | : | CHAPTER 11 |

## APPEARANCE AND REQUEST FOR NOTICE OF ALL PENDING AND FUTURE MATTERS

TO: Clerk, United States Bankruptcy Court:

Please enter our general appearance on behalf of Vincent Cross, Executor of the Estate of Norbert Cross <u>and</u> Raquel Cross, Executrix of the Estate of Eugene Cross, in the above-captioned bankruptcy proceedings. Papers should be served on the undersigned at the address set forth below.

Furthermore, request is hereby made that notice of all pending and future matters in the above-captioned case be given to the undersigned and that the name and address of the undersigned be added to the mailing matrix of the Debtor.

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY
        & KROTO, INC.


        By    /s/Lawrence C. Bolla
                Lawrence C. Bolla, Esquire
                Pa. I.D. No. 19679
                Oh. I.D. No. 0067483
                2222 West Grandview Boulevard
                Erie, PA 16506-4508
                Phone: (814) 833-2222
                Fax: (814) 835-2076
                Email: lbolla@quinnfirm.com
                Attorneys for Vincent Cross, Executor for the Estate
                of Norbert Cross and Raquel Cross, Executrix of
                the Estate of Eugene Cross

Dated: June 9, 2010

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. **10-15099 RB** |
| | : | |
| **KIEBLER RECREATION, LLC**, | : | THE HONORABLE RANDOLPH BAXTER |
| d/b/a Peek'n Peak Resort, | : | |
| Debtor. | : | CHAPTER 11 |

## DECLARATION IN LIEU OF AFFIDAVIT

Regarding Request To Be Added to the Mailing Matrix

I am the Attorney for Vincent Cross, Executor of the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross, creditors in the above captioned bankruptcy case, and I am authorized by this creditor to make the accompanying request for notices. The new address should be used instead of the existing address, and add to the matrix. I have reviewed the mailing matrix on file in this case and I hereby certify that the request for notices being filed herewith replaces the creditor's address listed on the matrix, supersedes and cancels all prior requests for notice by the within named creditor, and:

*Please check the appropriate box*

☒ that there are no other requests to receive notices on behalf of this creditor, or

☐ that the following prior request(s) for notice by or on behalf of this creditor shall be deleted from the matrix:

_____
Creditor's Name

_____
Creditor's Address

_____
City, State and Zip

I declare under penalty of perjury that the foregoing is true and correct. Executed on June 9, 2010.

       Respectfully submitted,

       QUINN, BUSECK, LEEMHUIS, TOOHEY
       & KROTO, INC.


       By  /s/Lawrence C. Bolla
          Lawrence C. Bolla, Esquire
          Pa. I.D. No. 19679
          Oh. I.D. No. 0067483
          2222 West Grandview Boulevard
          Erie, PA 16506-4508
          Phone:  (814) 833-2222
          Fax:  (814) 835-2076
          Email:  lbolla@quinnfirm.com
          Attorneys for Vincent Cross, Executor for the Estate
          of Norbert Cross and Raquel Cross, Executrix of
          the Estate of Eugene Cross

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | : | BANKRUPTCY NO. **10-15099 RB** |
| | : | |
| **KIEBLER RECREATION, LLC**, | : | THE HONORABLE RANDOLPH BAXTER |
| d/b/a Peek'n Peak Resort, | : | |
| Debtor. | : | CHAPTER 11 |

### CERTIFICATE OF SERVICE OF APPEARANCE AND REQUEST FOR NOTICE OF ALL PENDING AND FUTURE MATTERS

I, Lawrence C. Bolla, Esquire, certify under penalty of perjury that I served the above-captioned pleading, Appearance and Request for Notice of All Pending and Future Matters, on the parties at the addresses on the attached matrix, on June 9, 2010, by regular First Class United States mail or other method as described on the attached list.

EXECUTED ON: June 9, 2010

        Respectfully submitted,

        QUINN, BUSECK, LEEMHUIS, TOOHEY
        & KROTO, INC.

    By    /s/Lawrence C. Bolla
        Lawrence C. Bolla, Esquire
        Pa. I.D. No. 19679
        Oh. I.D. No. 0067483
        2222 West Grandview Boulevard
        Erie, PA 16506-4508
        Phone: (814) 833-2222
        Fax: (814) 835-2076
        Email: lbolla@quinnfirm.com
        Attorneys for Vincent Cross, Executor for the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross

The following parties receive notification of the filing via the CM/ECF System and will not receive a paper copy of the filing:

| |
|---|
| Carrie M. Brosius, Esquire; cmbrosius@vorys.com; Counsel to PNC Bank, National Association |
| Stephen A. Donato, Esquire; sdonato@bsk.com; Counsel to The Huntington National Bank |
| Robert C. Folland, Esquire; rob.folland@thompsonhine.com; Counsel to Kiebler Recreation, LLC |
| Ingrid S. Palermo, Esquire; ipalermo@bsk.com; Counsel to The Huntington National Bank |
| Drew T. Parobek, Esquire; dtparobek@vorys.com; Counsel to PNC Bank, National Association |
| Andrew L. Turscak, Esquire; Andrew.turscak@thompsonhine.com; Counsel to Kiebler Recreation, LLC |
| Mark A. Weintraub, Esquire; mark.weintraub@thompsonhine.com; Counsel to Kiebler Recreation, LLC |
| Joseph Zagraniczny, Esquire; jzagraniczny@bsk.com; Counsel to The Huntington National Bank |

Via First Class Mail, Postage Pre-Paid:

| | |
|---|---|
| United States Trustee<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Avenue<br>Cleveland, OH  44114 | |

Document #514705, v1