# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | |
| Kiebler Recreation, LLC, | ) | Case No. 10-15099 |
| | ) | |
| Debtor. | ) | Honorable Randolph Baxter |

## NOTICE OF DEMAND FOR RECLAMATION OF
## PEPSI BEVERAGES COMPANY, F/K/A
## BOTTLING GROUP, LLC D/B/A THE PEPSI BOTTLING GROUP

**PLEASE TAKE NOTICE** that Pepsi Beverages Company, f/k/a Bottling Group, LLC d/b/a The Pepsi Bottling Group ("Pepsi"), by and through its undersigned counsel, hereby files this notice of delivery of a demand, pursuant to sections 503 and 546 of title 11 of the United States Code and applicable non-bankruptcy law, upon the above-captioned jointly-administered debtors (collectively, the "Debtor") to recover certain assets (the "Goods") that are subject to reclamation.

Pepsi attaches as **Exhibit A** and incorporates herein by reference a copy of its Demand for Reclamation dated June 7, 2010, together with proof of delivery thereof to the Debtor and its counsel.

Pepsi hereby reserves all rights and interests with respect to the Goods.

Dated: June 16, 2010

Respectfully submitted,

*/s/ Joseph D. Frank*
Joseph D. Frank (IL No. 6216085)
Jeremy C. Kleinman (IL No. 6270080)
FRANK/GECKER LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
Telephone: (312) 276-1400
Facsimile: (312) 276-0035
jfrank@fgllp.com
jkleinman@fgllp.com

*Counsel for Pepsi Beverages Company*

# CERTIFICATE OF SERVICE

I, Joseph D. Frank, an attorney, state that on **June 16, 2010**, a copy of the foregoing **Notice of Demand for Reclamation of Pepsi Beverages Company, f/k/a Bottling Group, LLC d/b/a The Pepsi Bottling Group** was filed electronically. Notice of this filing will be sent to all parties listed on the attached Electronic Mail Notice List by operation of the Court's CM/ECF system. In addition, copies were served via first class U.S. mail, proper postage prepaid, upon the parties listed below:

| **Debtors' Counsel** | **United States Trustee** |
|---|---|
| Robert C. Folland | OFFICE OF THE UNITED STATES TRUSTEE |
| Andrew L. Turscak, Jr. | Andrew Vara |
| Mark A. Weintraub | Howard M. Metzenbaum U.S. Courthouse |
| THOMPSON HINE LLP | 201 Superior Avenue |
| 3900 Key Center | Cleveland, Ohio 44114 |
| 127 Public Square | *Telephone: (216) 522-7800, ext. 253* |
| Cleveland, Ohio 44114 | *Facsimile: (216) 522-7193* |
| *Telephone: (216) 566-5500* | |
| *Facsimile: (216) 566-5800* | |
| Robert.Folland@thompsonhine.com | |
| Andrew.Turscak@thompsonhine.com | |
| Mark.Weintraub@thompsonhine.com | |

**Proposed Counsel for Official Committee of Unsecured Creditors**
Daniel A. DeMarco
Christopher B. Wick
HAHN LOESER & PARKS LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
*Telephone: (216) 621-0150*
*Facsimile: (216) 241-2824*
dademarco@hahnlaw.com
cwick@hahnlaw.com

By: __/s/ Joseph D. Frank__

# Mailing Information for Case 10-15099-rb

**Electronic Mail Notice List**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case.

- Lawrence C Bolla    lbolla@quinnfirm.com, mboni@quinnfirm.com;dcornelius@quinnfirm.com;schermack@quinnfirm.com
- Carrie M Brosius    cmbrosius@vorys.com, mborr@vorys.com
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com
- Robert C Folland    rob.folland@thompsonhine.com
- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;jgray@bsk.com;tvanetti@bsk.com
- Drew T Parobek    dtparobek@vorys.com
- United States Trustee    (Registered address)@usdoj.gov
- Andrew L. Turscak    andrew.turscak@thompsonhine.com
- Mark A. Weintraub    Mark.Weintraub@ThompsonHine.com
- Joseph Zagraniczny    jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;tvanetti@bsk.com