UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

|  |  |  |
|---|---|---|
| In re: | ) | Case No. 10 - 15099 |
|  | ) |  |
|  | ) | Chapter 11 |
| KIEBLER RECREATION, LLC | ) |  |
|  | ) | Judge Randolph Baxter |
| Debtor. | ) |  |

**JOINDER BY OFFICIAL COMMITTEE OF UNSECURED CREDITORS IN
DEBTOR'S OBJECTION TO MOTION TO TRANSFER VENUE**

The Official Committee of Unsecured Creditors of Kiebler Recreation, LLC (the "Committee"), by and through its undersigned proposed counsel, hereby joins (the "Joinder") in the *Debtor's Objection to Motion to Transfer Venue* ("Debtor's Objection") to the *Motion of The Huntington National Bank to Transfer Venue to the United States Bankruptcy Court for the Western District of New York Pursuant to 28 U.S.C. § 1412* [Docket No. 56] (the "Transfer Motion").

This bankruptcy case should not be transferred to the United States Bankruptcy Court for the Western District of New York because venue is proper in this Court. *See* 11 U.S.C. § 1408(2). The Huntington National Bank ("Huntington") admits that the venue of this bankruptcy case is proper. *See Transfer Motion*, ¶ 15. Many courts have recognized that a presumption exists in favor of the venue selected by the debtor if the venue is considered proper. *See e.g. In re Enron Corp.*, 274 B.R. 327, 342 (Bankr. S.D.N.Y. 2002); *see also Piper Aircraft Co. v. Reyno*, 454 U.S. 235, 255-56 (1981) ("there is ordinarily a strong presumption in favor of the plaintiff's choice of forum"). Furthermore, some courts have noted that "the decision to transfer should be exercised cautiously where a case is commenced in the proper venue." *See In re Weatherly Frozen Food Group, Inc.*, 133 B.R. 862, 865 (Bankr. N.D. Ohio 1991) (citing *In re*

*Pope Vineyards*, 90 B.R. 252, 258 (Bankr. S.D. Tex. 1988)). For this reason alone, Debtor's Objection to the Transfer Motion should be sustained.

In addition, for the reasons stated in the Debtor's Objection, Huntington has failed to demonstrate clear and compelling circumstances warranting a transfer. *See In re LaGuardia Assocs., L.P.*, 316 B.R. 832 (Bankr. E.D. Pa. 2004) (party requesting transfer of venue bears the burden of persuasion).

The brevity of this response should not be construed as any lack of conviction. The denial of Huntington's *Motion to Transfer Venue* is critical to the preservation of value for this estate and the efficient administration of this case. Huntington's Motion should be denied.

The Committee reserves the right to amend or supplement this Joinder, in response to further filings by Huntington or otherwise.

June 23, 2010

Respectfully submitted by:

*Daniel A. DeMarco*
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail: dademarco@hahnlaw.com
cwick@hahnlaw.com

*Proposed Attorneys for the Official Committee of Unsecured Creditors*

## CERTIFICATE OF SERVICE

A true and correct copy of the foregoing Joinder was served on this 23rd day of June, 2010 upon the parties identified on the attached Service List by the method indicated.

Daniel A. DeMarco
*One of the Attorneys for the Official Committee of Unsecured Creditors*

CLE - 2818559.1

# SERVICE LIST

The following parties were served by the Court's electronic noticing system:

- Lawrence C Bolla    lbolla@quinnfirm.com, mboni@quinnfirm.com;dcornelius@quinnfirm.com;schermack@quinnfirm.com

- Carrie M Brosius    cmbrosius@vorys.com, mborr@vorys.com

- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com

- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com

- Robert C Folland    rob.folland@thompsonhine.com

- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com

- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;jgray@bsk.com;tvanetti@bsk.com

- Drew T Parobek    dtparobek@vorys.com

- United States Trustee    (Registered address)@usdoj.gov

- Andrew L. Turscak    andrew.turscak@thompsonhine.com

- Mark A. Weintraub    Mark.Weintraub@ThompsonHine.com

- Joseph Zagraniczny    jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;tvanetti@bsk.com

The following parties were served by United States Mail, postage prepaid:

| | | |
|---|---|---|
| **Kiebler Recreation, LLC**<br>**10823 Mayfield Road**<br>**Chardon, OH 44024** | **The Huntington National Bank**<br>**c/o Bond, Schoeneck & King, PLLC**<br>**Attn: Joseph Zagraniczny, Esq.**<br>**One Lincoln Center**<br>**Syracuse, NY 13202** | **Acushnet Company**<br>**PO Box 965**<br>**Fairhaven MA 02719** |
| **Assessment Evaluation Inc**<br>**800 State St**<br>**#400**<br>**Erie PA 16507** | **EMPIRE MERCHANTS NORTH**<br>**PO BOX 10**<br>**COXSACKIE NY 12051** | **GMAC**<br>**P O Box 130424**<br>**Roseville, MN 55113** |

- 4 -

CLE - 2818559.1

| | | |
|---|---|---|
| **General Electric Capital Corporation**<br>Attn: LMG Department<br>300 E John Carpenter Frwy, Ste. 207<br>Irving, TX 75062 | **Golfer's LIfestyle Magazine, Inc.**<br>c/o Aaron, Dautch, Sternberg & Lawson, L<br>43 Court Street, Suite 730<br>Buffalo, NY 14202 | **Golfers Lifestyle Magazine Inc**<br>%Aaron Dautch<br>Sternberg&Lawson LLP<br>430 Court St<br>#730<br>Buffalo NY 14202 |
| **Maplevale Farms Inc**<br>8956 West Main St<br>Clymer NY 14724 | **New York State Department of Taxation and Finance**<br>Bankruptcy Section<br>P.O. Box 5300<br>Albany, NY 12205-0300 | **PNC Bank, National Association**<br>c/o Carrie M. Brosius, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>2100 One Cleveland Cntr, 1375 E 9th St<br>Cleveland, OH 44114-1724 |
| **PNC Bank, National Association**<br>c/o Drew T. Parobek<br>Vorys, Sater, Seymour and Pease LLP<br>2100 One Cleveland Cntr, 1375 E 9th St<br>Cleveland, OH 44114-1724 | **R.W. Larson Associates, P.C.**<br>c/o GETMAN & BIRYLA, LLP<br>800 Rand Building<br>14 Lafayette Square<br>Buffalo, New York 14203-1995 | **Raquel Cross**<br>Executrix of the Estate of Eugene Cross<br>c/of Lawrence C. Bolla, Esquire<br>The Quinn Law Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 |
| **The CIT Group/Commercial Services Inc.**<br>11 West 42nd Street<br>New York, NY 10036 | **Time Warner Cable Media Sales (3689)**<br>c/o Szabo Associates, Inc.<br>3355 Lenox Road NE, 9th Floor<br>Atlanta, GA 30326 | **Vincent Cross**<br>Executor of the Estate of Norbert Cross<br>c/of Lawrence C. Bolla, Esquire<br>The Quinn Law Firm<br>2222 West Grandview Blvd.<br>Erie, PA 16506 |
| **Andrew L. Turscak Jr.**<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114 | **Mark A. Weintraub**<br>3900 Key Center<br>127 Public Square<br>Cleveland, OH 44114 | **Robert C Folland**<br>Thompson Hine LLP<br>127 Public Sq<br>3900 Key Center<br>Cleveland, OH 44114-121 |