**IT IS SO ORDERED.**

/s/ Randolph Baxter
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 29 July, 2010 02:53 PM**

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Kiebler Recreation, LLC | ) | Case No. 10-15099 |
| | ) | |
| Debtor. | ) | Judge Baxter |
| | ) | |

**AGREED ORDER APPROVING FIRST OMNIBUS MOTION FOR ORDER
AUTHORIZING DEBTOR TO ASSUME CONDOMINIUM
<u>RENTAL MANAGEMENT AGREEMENTS</u>**

This matter having come before the Court upon the motion of Kiebler Recreation, LLC (the "Debtor") for the entry of an order authorizing the Debtor to assume all prepetition condominium rental management agreements (the "Motion"), the limited objection to the Motion filed by The Huntington National Bank (the "Huntington Objection"), the Response to the

1727219.1 7/21/2010

Motion filed by Guy and Heidi Fustine (the "Fustine Response"), and the replies in support of the Motion filed by the Debtor and the Official Committee of Unsecured Creditors (the "Committee"), respectively; whereupon the Court finds that (i) it has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334; (ii) this is a core proceeding pursuant to 28 U.S.C. § 157(b)(2); (iii) venue of this proceeding is proper pursuant to 28 U.S.C. §§ 1408 and 1409; (iv) capitalized terms used in this agreed Order but not defined herein shall have the meanings given them in the Motion; (v) the Huntington Objection has been withdrawn and the Fustine Response has been resolved by agreement of the parties in accordance with the terms of this agreed Order; (vi) the Debtor has set forth good and sufficient cause for the relief requested in the Motion and the relief requested is appropriate and in the best interests of the Debtor and its estate; (vii) the assumption by the Debtor of the Management Agreements is a reasonable exercise of the Debtor's business judgment; (viii) the notice provided for in the Motion constitutes good and sufficient notice under the circumstances and no further notice need be given; and (ix) upon due deliberation and the arguments and statements of counsel presented at the hearing on the Motion held on July 20, 2010; it is hereby ADJUDGED, DECREED AND

**ORDERED** that the Motion is granted; and it is further

**ORDERED** that the Debtor is authorized to assume the Management Agreements and cure defaults arising thereunder; and it is further

**ORDERED** that the form and manner of notice of the Motion, including a waiver of the requirement of Bankruptcy Rule 6006(e) that a separate motion be filed for each Management Agreement, is approved; and it is further

**ORDERED** that, as adequate assurance of future performance under the Management Agreements, the Debtor shall, upon receipt of rental income derived from the Management

Agreements, deposit amounts due to the Owners into a segregated account (the "Deposit Account") upon receipt, and it is further

**ORDERED** that, nothing contained herein shall prejudice the rights of any Owner, to the extent such rights otherwise exist, to assert that any amounts due under the Management Agreements and received by the Debtor are held by the Debtor in trust for the Owners and are not property of the bankruptcy estate. Furthermore, all net amounts due to the Owners under the Management Agreements and received by the Debtor shall not be used to pay the Debtor's operating expenses or any other creditors in this case, and it is further

**ORDERED** that, as evidenced by its signature hereto, The Huntington National Bank consents that any net funds due to the Owners, regardless of whether they have been segregated into the Deposit Account, do not constitute Huntington's cash collateral, and Huntington consents to net payments due to the Owners. All other cash of the Debtor shall constitute Huntington's cash collateral to the same extent and priority as existed prior to the entry of this Order; and it is further

**ORDERED** that the Debtor shall include in each monthly operating report that it files with the Court a disclosure of the then-existing balance in the Deposit Account, along with a copy of the monthly bank statement for the Deposit Account.

**IT IS SO ORDERED.**

# # #

Submitted By:

*/s/ Robert C. Folland*
Robert C. Folland (0065728)
Andrew L. Turscak, Jr. (0073851)
Mark A. Weintraub (0078789)
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500 (phone)
(216) 566-5800 (fax)
Rob.Folland@thompsonhine.com
Andrew.Turscak@Thompsonhine.com
Mark.Weintraub@thompsonhine.com

*Counsel for Debtor*

*/s/ Guy C. Fustine*
Joseph F. Gula, III, Esq.
Guy C. Fustine, Esq.
Knox McLaughlin Gornall & Sennett, P.C.
120 West Tenth Street
Erie, PA 16501-1461
(814) 459-2800 (phone)
jgula@kmgslaw.com
gfustine@kmgslaw.com

*Counsel for Guy and Heidi Fustine*

*/s/ Philip E. Langer*
Philip E. Langer, Esq.
Porter Wright Morris & Arthur LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115-1483
(216) 443-2510 (phone)
(216) 443-9011 (fax)
planger@porterwright.com

*Counsel for The Huntington National Bank*

**SERVICE LIST**

| | |
|---|---|
| Philip E. Langer, Esq.<br>Michael Shuster, Esq.<br>Porter Wright Morris & Arthur LLP<br>925 Euclid Avenue, Suite 1700<br>Cleveland, Ohio 44115-1483<br>*Counsel for Huntington National Bank* | Drew Parobek, Esq.<br>Carrie M. Brosius, Esq.<br>Vorys, Sater, Seymour and Pease LLP<br>2100 One Cleveland Center, 1374 E. 9th<br>Cleveland, OH 44114<br>*Counsel for PNC Bank* |
| Joseph Zagraniczny, Esq.<br>Ingrid S. Palermo, Esq.<br>Stephen A. Donato, Esq.<br>Bond, Schoeneck & King, PLLC<br>One Lincoln Center<br>Syracuse, NY 13202<br>*Counsel for Huntington National Bank* | Lawrence Bolla, Esq.<br>Quinn, Buseck, Leemhuis, Toohey & Kroto<br>2222 West Grandview Boulevard<br>Erie, Pennsylvania 16506<br>*Counsel for Vincent Cross, Executor for the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross* |
| Joseph D. Frank<br>Jeremy C. Kleinman<br>Frank/Gecker LLP<br>325 North LaSalle Street, Suite 625<br>Chicago, Illinois 60654<br>*Counsel for Pepsi Beverages Company* | Daniel A. DeMarco<br>Christopher B. Wick<br>Hahn Loeser & Parks LLP<br>200 Public Square, Suite 2800<br>Cleveland, Ohio 44114<br>*Counsel for the Official Committee of Unsecured Creditors* |
| Ronna G. Jackson, Esq.<br>Howard M. Metzenbaum U.S. Courthouse<br>201 Superior Ave<br>Cleveland, OH 44114<br>*United States Trustee* | Joseph F. Gula, III, Esq.<br>Guy C. Fustine, Esq.<br>Knox McLaughlin Gornall & Sennett, P.C.<br>120 West Tenth Street<br>Erie, PA 16501-1461 |

Michael and Carol Baglia
7097 Brightwood Drive
Painesville, OH 44077

Ruzhdi & Afijete Bakalli
16 Brook Street
Warren, PA 16365

John & Debora Battaglia
149 Barrisville Road
Beaver Falls, PA 15010

Todd & Allison Baughman
601 Oakcrest Drive
Wadsworth, OH 44281

Chester Bloom
24 Kensington Drive
Conway, AR 72034

Jeff Briggs
3253 Hood Road
Medina, OH 44256

Christopher & Kathleen Brown
98-707 Iho Place, Apt. 805
Aiea, Ohau, HI 96701

Ed & Cheryl Bruss
8060 Wedgewood Drive
Chesterland, OH 44026

Michael & Gayle Bukowski
18688 Northrup Lane
Strongsville, OH 44149

Jeanne Carney-Hagen
39454 Evergreen Drive
Avon, OH 44011

Lloyd Chapman
12095 Summerwood Drive
Concord Township, OH 44077

Joseph & Leanne Chylik
5562 Lake Shore Avenue
Westerville, OH 40382

6

1727219.1 7/21/2010

10-15099-rb    Doc 168    FILED 07/29/10    ENTERED 07/30/10 11:11:53    Page 6 of 12

Cleveland KRS, LLC
3200 Euclid Avenue
Cleveland, OH 44115

Pascal & Christine Confer
3098 Great Reward Way
Huntingtown, MD 20639

Frank Corapi
12080 Ashton Road
Wattsburg, PA 16442

James & Melissa Dandrea, III
6068 Estate Drive
Erie, PA 16509

Thomas & Donna DeChant
32113 Willow Circle
Avon Lake, OH 44012

Jeff and Julie Delaney
11520 Abbey Road
Mokena, IL 60448

Dennis & Deborah Doughty
110 Walnut Street
Girard, PA 16417

Brian & Donna Duffy
2695 Myrick Lane
Twinsburg, OH 44087

Steve Elias
136 Lake Otis Road
Winter Haven, FL 33884

John & Sandra Fiumara
11169 Rapp Road
New Middleton, OH 44442

Gerald & Denise Fowler
6021 North East County Road 340
High Springs, FL 32643

Guy & Heidi Fustine
5066 Walnut Ridge
Erie, PA 16506

Terry & Owen Gallagher
20914 Morewood Parkway
Rocky River, OH 44116

Jerald & Diane Gardner
89 Radcliffe Road
Buffalo, NY 14214

Gregory & Patricia Griffith
19776 S. Griffith Drive
Meadville, PA 16335

Grinch LLC
10203 Hickory Ridge Drive
Brecksville, OH 44141

Grinch LLC
10178 Old Orchard Drive
Brecksville, OH 44141

John & Annette Gritti
10203 Hickory Ridge Drive
Brecksville, OH 44141

John and Mary Hartnett
12265 Leslie Road
Meadville, PA 16335

Robert & Rebecca Haverly
4060 Aveniel Court
Erie, PA 16506

Richard Heidt
5121 Emmaline Drive
Erie, PA 16509

Lee Allen & Kathi Marie Ickes
541 Highlands Hills Drive
Howard, OH 43028

Barry and Barbara Jackson
6730 Walnut Creek Drive
Fairview, PA 16415

John & Kristine Jansen
405 Pasadena Drive
Erie, PA 16505

Andre' & Kimberly Jeanneret
355 Northbridge Court
Brunswick, OH 44202

Richard & Karen Johnston
845 Niagara Parkway
Fort Erie, ONT L2A 5M4

Gregory & Kristen Jones
2600 Chestnut Boulevard
Cuyahoga Falls, OH 44223

Donna & Michael Kennedy
8733 Slade Road
Harborcreek, PA 16421

Bruce and Mary Ellen Kolesnick
638 Woodland Drive
Tonawanda, NY 14223

Kenneth & Pamela Lahn
3435 West Prescott Circle
Cuyahoga Falls, OH 44223

Richard & Carol Loll
6350 Platz Road
Fairview, PA 16415

Pat Goeller and Lynn Steinbrenner
5431 Shimmerville Road
Clarence, NY 14031

Joseph and Olga Malmisur
910 Ravine Drive
Youngstown, OH 44505

Jeffrey Manucci
2846 Marcella Drive
Erie, PA 16506

John and Gail Maurer
3590 Jeffrey Boulevard
Buffalo, NY 14219-2390

Jatin & Dennyse Mehta
235 Ridgewood Road
Shippenville, PA 16254

LBM Properties
Mehta / Meyers
125 Crestmont Drive
Shippenville, PA 16254

Robert & Gail Miller
1845 Lake Road
Silver Creek, NY 14136

Kevin and Jennifer Morse
1 Whisper Lane
Jamestown, NY 14701

Robert & Beverly Nobles
32045 Kossuth Drive
Avon Lake, OH 44012

Gary and Kathleen Novak
428 Laurel Oak Drive
Sewickley, PA 15143

Brian O'Leary
7930 W Calla Drive
Canfield, OH 44406

Kevin & Jennifer Ouweleen
477 Water Street
Fredonia, NY 14063

Frank Pagano
10 Stewart Avenue
Silvercreek, NY 14136

Scott and Denise Perry
6 Chisholm Trail
Orchard Park, NY 14127

Jerome Pomeranz, MD
450 Old Reservoir Road
Berea, OH 44017

Jacqueline Presutti
6765 Wildflower Court
Erie, PA 16509

Michael & Barbara Primovero
4021 Deerspring Court
Norton, OH 44203

Sonny Rana
135 Anaqua Drive
Sewickley, PA 15143

William & Susan Sapone
5703 Langmore Lane
Erie, PA 16505

Nancy & Robert Sayer
3730 Clay Mountain Drive
Medina, OH 44256

Al & Linda Sayer
6636 Silvermound Drive
Mentor, OH 44060

Paul & Jerome Simon
7650 Birkmire Drive
Fairview, PA 16415

John Slater
328 Ashford Court
Heathrow, FL 32746

Robert & Betsey Spaulding
3530 25th Street, NW
Canton, OH 44708

Kristen & Larry Stimpert
215 Deer Run Drive
Butler, PA 16001

Paul & Deborah Strojny
7398 Michael Road
Orchard Park, NY 14127

Chris & Julie Strzalka
5760 Wind Chime Lane
Fairview, PA 16415

Debbie Tavernese
29915 N Gecko Trail
Queen Creek, AZ 85143

John & Colby Tucker
865 Dutch Road
Fairview, PA 16415

Michael Victor
4851 Wolfe Road
Erie, PA 16505

Michael & Ann White
856 Ghent Ridge Road
Akron, OH 44333

Yungman, Iafigliola, Roach, Schirmer
31350 Industrial Parkway
N. Olmsted, OH 44070

Randy & Leslie Zanassi
11370 Eastview Point
San Diego, CA 92131