IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
Eastern Division

In Re:

KIEBLER RECREATION, LLC,

Debtor.

In Proceedings Under Chapter 11

Case No.: 10-15099

JUDGE RANDOLPH BAXTER

## JUDGMENT

In Cleveland, in said District, on this 4th day of August, 2010.

A Memorandum of Opinion and Order having been rendered by this Court in this matter.

**IT IS THEREFORE ORDERED, ADJUDGED AND DECREED** that Huntington National Bank's Motion to Transfer Venue to the United States Bankruptcy Court for the Western District of New York Pursuant to 28 U.S.C. § 1412 is hereby denied. The objections filed by the Debtor, the Unsecured Creditors' Committee and the Cross Family Estate are hereby sustained. Each party is to bear its respective costs.

**IT IS SO ORDERED.**

JUDGE RANDOLPH BAXTER
UNITED STATES BANKRUPTCY COURT