**IT IS SO ORDERED.**

Dated: 04 August, 2010 11:04 AM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10 – 15099 |
| | ) | |
| | ) | Chapter 11 |
| KIEBLER RECREATION, LLC | ) | |
| | ) | Judge Randolph Baxter |
| Debtor. | ) | |
| | ) | |

ORDER AUTHORIZING THE OFFICIAL COMMITTEE OF UNSECURED
CREDITORS OF KIEBLER RECREATION, LLC FOR AN ORDER AUTHORIZING IT
TO EMPLOY RSM MCGLADREY, INC. AS FINANCIAL ADVISORS,
<u>*NUNC PRO TUNC* AS OF JUNE 29, 2010</u>

This matter came before the Court on the Application of the Official Committee of Unsecured Creditors (the "Committee") of Kiebler Recreation, LLC for an Order Authorizing It to Employ RSM McGladrey, Inc. as financial advisors *nunc pro tunc* as of June 29, 2010 (the "Application") filed on June 29, 2010 [Docket No. 108] . The Court (i) having reviewed the Application and the Verified Statement of T. Steven Blake submitted pursuant to Bankruptcy Code Section 1103 and Federal Rules of Bankruptcy Procedure 2014(a), 2016(b) and 6003(a), a

CLE - 2825260.1

Director at RSM McGldarey, Inc. ("RSM") attached to the Application as <u>Exhibit B</u> (the "Blake Statement"); (ii) having heard the statements of counsel in support of the relief requested in the Application at any hearing before the Court (the "Hearing"); and (iii) having determined that the legal and factual bases set forth in the Application and the Blake Statement and at the Hearing establish just cause for the relief granted herein;

THE COURT HEREBY FINDS THAT:

A.     The Court has jurisdiction over this matter pursuant to 28 U.S.C. §§ 157 and 1334.  This is a core proceeding pursuant to 28 U.S.C. § 157(b)(2).  Notice of the Application and the relief requested therein was just and proper.

B.     After a due and appropriate deliberation and process, the Committee determined that it desires to employ RSM as financial advisors, pursuant to sections 328, 329(a) and1103 of the Bankruptcy Code and Rules 2014(a), 2016(b) and 6003(a) of the Federal Rules of Bankruptcy Procedure, *nunc pro tunc* as of June 29, 2010.  The Committee contemplates that RSM will render financial advisory consulting services to the Committee as needed throughout the course of the chapter 11 case, all as described more fully in the Application.

C.     The Committee requires knowledgeable financial advisors to render these essential professional services.  RSM has experience with financial restructuring of troubled companies, experience in arranging cash collateral use and financing, experience in selling troubled assets, tax advisory expertise and experience, experience in forensic accounting and valuation and experience in advising and analyzing financial reporting, and is well qualified to represent the Committee's interests in this chapter 11 case.  RSM will represent the Committee, and not any members of the Committee in their individual capacities, in this chapter 11 case.

D. RSM will charge the estate for its advisory services on an hourly basis in accordance with its ordinary and customary hourly rates in effect on the date services are rendered. RSM will maintain detailed, contemporaneous records of time and any actual and necessary or appropriate costs and expenses incurred in connection with the advisory services described above.

E. Other than in connection with this chapter 11 case and as disclosed in the Blake Statement, RSM has no connection with the Debtor, its creditors, the United States Trustee or any other party in this chapter 11 case or their respective attorneys or accountants.

F. The Application and the Blake Statement filed contemporaneously with the Application are in full compliance with all applicable provisions of the Bankruptcy Code, the Bankruptcy Rules and the Local Rules of this Court.

In light of the foregoing FINDINGS, IT IS HEREBY ORDERED, ADJUDGED AND DECREED THAT:

1. The Application shall be, and hereby is, GRANTED in its entirety.

2. The Committee shall be, and hereby is, authorized to employ RSM as its Financial Advisors in this chapter 11 case, pursuant to sections 328, 329(a) and 1103 of the Bankruptcy Code, *nunc pro tunc* as of June 29, 2010.

3. RSM shall be and hereby is authorized to perform any and all advisory services for the Committee as requested or required by the Committee in connection with this chapter 11 case.

4. RSM shall be compensated for such services and reimbursed for any related expenses in accordance with the applicable provisions of the Bankruptcy Code, the Bankruptcy

Rules and the Local Rules of this Court, and pursuant to any additional procedures that may be established by the Court in this chapter 11 case or otherwise.

###

Submitted by:

/s/ Daniel A. DeMarco
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-mail: dademarco@hahnlaw.com
cwick@hahnlaw.com

*Proposed Counsel to the Official Committee*
*of Unsecured Creditors for Kiebler Recreation, LLC*

copies to:

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case and who were served by the Court's electronic noticing system:

- Lawrence C Bolla    lbolla@quinnfirm.com, mboni@quinnfirm.com;dcornelius@quinnfirm.com;schermack@quinnfirm.com

- Carrie M Brosius    cmbrosius@vorys.com, mborr@vorys.com

- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com

- Robert C Folland    rob.folland@thompsonhine.com

- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;jgray@bsk.com;tvanetti@bsk.com

- Drew T Parobek    dtparobek@vorys.com

- United States Trustee    (Registered address)@usdoj.gov

- Andrew L. Turscak    andrew.turscak@thompsonhine.com

- Mark A. Weintraub    Mark.Weintraub@ThompsonHine.com

- Joseph Zagraniczny    jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;tvanetti@bsk.com

The following is the list of **parties** who are **not** currently on the list to receive e-mail notice/service for this case and who were served by United States Mail, postage prepaid:

**Kiebler Recreation, LLC**
10823 Mayfield Road
Chardon, OH 44024

**The Huntington National Bank**
c/o Bond, Schoeneck & King, PLLC
Attn: Joseph Zagraniczny, Esq.
One Lincoln Center
Syracuse, NY 13202

**Acushnet Company**
PO Box 965
Fairhaven MA 02719

**Assessment Evaluation Inc**
800 State St
#400
Erie PA 16507

**EMPIRE MERCHANTS NORTH**
PO BOX 10
COXSACKIE NY 12051
PHONE (800)-724-3960

**GMAC**
P O Box 130424
Roseville, MN 55113

| | | |
|---|---|---|
| **General Electric Capital Corporation**<br>**Attn: LMG Department**<br>**300 E John Carpenter Frwy, Ste. 207**<br>**Irving, TX 75062** | **Golfer's LIfestyle Magazine, Inc.**<br>**c/o Aaron, Dautch, Sternberg &**<br>**Lawson, L**<br>**43 Court Street, Suite 730**<br>**Buffalo, NY 14202** | **Golfers Lifestyle Magazine Inc**<br>**%Aaron Dautch Sternberg&Lawson LLP**<br>**430 Court St**<br>**#730**<br>**Buffalo NY 14202** |
| **Maplevale Farms Inc**<br>**8956 West Main St**<br>**Clymer NY 14724** | **New York State Department of Taxation and Finance**<br>**Bankruptcy Section**<br>**P.O. Box 5300**<br>**Albany, NY 12205-0300** | **PNC Bank, National Association**<br>**c/o Carrie M. Brosius, Esq.**<br>**Vorys, Sater, Seymour and Pease LLP**<br>**2100 One Cleveland Cntr, 1375 E 9th St**<br>**Cleveland, OH 44114-1724** |
| **PNC Bank, National Association**<br>**c/o Drew T. Parobek**<br>**Vorys, Sater, Seymour and Pease LLP**<br>**2100 One Cleveland Cntr, 1375 E 9th St**<br>**Cleveland, OH 44114-1724** | **R.W. Larson Associates, P.C.**<br>**c/o GETMAN & BIRYLA, LLP**<br>**800 Rand Building**<br>**14 Lafayette Square**<br>**Buffalo, New York 14203-1995** | **Raquel Cross**<br>**Executrix of the Estate of Eugene Cross**<br>**c/of Lawrence C. Bolla, Esquire**<br>**The Quinn Law Firm**<br>**2222 West Grandview Blvd.**<br>**Erie, PA 16506** |
| **The CIT Group/Commercial Services Inc.**<br>**11 West 42nd Street**<br>**New York, NY 10036** | **Time Warner Cable Media Sales (3689)**<br>**c/o Szabo Associates, Inc.**<br>**3355 Lenox Road NE, 9th Floor**<br>**Atlanta, GA 30326** | **Vincent Cross**<br>**Executor of the Estate of Norbert Cross**<br>**c/of Lawrence C. Bolla, Esquire**<br>**The Quinn Law Firm**<br>**2222 West Grandview Blvd.**<br>**Erie, PA 16506** |
| **Andrew L. Turscak Jr.**<br>**3900 Key Center**<br>**127 Public Square**<br>**Cleveland, OH 44114** | **Mark A. Weintraub**<br>**3900 Key Center**<br>**127 Public Square**<br>**Cleveland, OH 44114** | **Robert C Folland**<br>**Thompson Hine LLP**<br>**127 Public Sq**<br>**3900 Key Center**<br>**Cleveland, OH 44114-121** |