to Judge Randolph Baxter in
Matter of Kiebler Rec LLC   Case No 10-15099

Dr Sir
     As I am a concerned tax payer and
former employee of Peek & Peak for 14 yrs.
Just wanted you to know that Mr. Kiebler
has payed for nothing sense he took over
Peek & Peak. He has payed no taxes state
county + federal for 3 yrs. He has taken
in millions of dollars in the last two years
and payed no one. He has fooled many
other lawyers and judges. Hope he
doesn't fool you!

                              Yours truly
                              [signature]

FILED
U.S. BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
CLEVELAND
SEP -2 PM 3:32

cc:   Andrew L. Turscak, Jr.
      Mark A. Weintraub
      Robert C. Folland        (FOR RESPONSE TO JUDGE BAXTER)

      U.S. Trustee