**IT IS SO ORDERED.**

*/s/ Randolph Baxter*
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 02 September, 2010 02:37 PM**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Kiebler Recreation, LLC | ) | Case No. 10-15099 |
| | ) | |
| Debtor. | ) | Judge Baxter |
| | ) | |

**THIRD STIPULATION AND AGREED ORDER FURTHER EXTENDING:**

**AGREED THIRD INTERIM ORDER AUTHORIZING THE USE OF**
**CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

This matter having come before the Court upon the third stipulation of Debtor Kiebler Recreation, LLC, the Official Committee of Unsecured Creditors, The Huntington National Bank, PNC Bank, and Vincent Cross, Executor of the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross for the entry of an order (the "Third Extension Order")

extending the terms of that certain Interim Order, dated as of July 2, 2010, Authorizing the Use of Cash Collateral and Granting Adequate Protection, as amended (the "Third Interim Cash Collateral Order") [docket # 126],[1] and the Court finding that good cause exists for the entry of this Third Extension Order, it is hereby ADJUDGED, DECREED AND

**ORDERED** that paragraph 3(i) of the Third Interim Cash Collateral Order is replaced with the following: "September 21, 2010 (the "Investigation Period") with respect to any challenge relating to the Prepetition Loan Documents, provided, however, that if the Case is converted to a case under Chapter 7 of the Bankruptcy Code before the expiration of the Investigation Period, a trustee in such chapter 7 case shall have forty-five (45) days from the date of acceptance of the appointment as trustee to file said adversary proceeding; or"; and it is further

**ORDERED** that, in connection with the Final Hearing, appraisals and responses to pending subpoenas and discovery requests shall be produced on or before September 21, 2010.

**IT IS SO ORDERED.**

###

---

[1] The Third Interim Cash Collateral Order was initially amended by that certain Stipulation and Agreed Order Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of July 22, 2010 [docket # 155] (the "First Extension Order"). It was next amended by that certain Second Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of August 4, 2010 [docket # 180] (the "Second Extension Order").

- 2 -

10-15099-rb    Doc 215    FILED 09/02/10    ENTERED 09/03/10 12:42:05    Page 2 of 4

Jointly Submitted,

| | |
|---|---|
| /s/ Robert C. Folland | /s/ Ingrid Palermo |
| Robert C. Folland (0065728) | Stephen A. Donato |
| Andrew L. Turscak, Jr. (0073851) | Joseph Zagraniczny |
| Mark A. Weintraub (0078789) | Bond, Schoeneck & King, PLLC |
| THOMPSON HINE LLP | One Lincoln Center |
| 3900 Key Center | Syracuse, NY |
| 127 Public Square | (315) 218- 8000(phone) |
| Cleveland, Ohio 44114 | (315) 218- 8100(fax) |
| (216) 566-5500 (phone) | sdonato@bsk.com |
| (216) 566-5800 (fax) | jzagraniczny@bsk.com |
| Robert.Folland@thompsonhine.com | |
| Andrew.Turscak@thompsonhine.com | Ingrid S. Palermo |
| Mark.Weintraub@thompsonhine.com | Bond Schoeneck & King, PLLC |
| *Counsel for Debtor* | 350 Linden Oaks Drive, Suite 310 |
| | Rochester, NY 14526 |
| | *Counsel for Huntington* |
| /s/ Daniel A. DeMarco | /s/ Drew T. Parobek |
| Daniel A. DeMarco | Drew Parobek, Esq. |
| Christopher B. Wick | Carrie M. Brosius, Esq. |
| Hahn Loeser & Parks LLP | Vorys, Sater, Seymour and Pease LLP |
| 200 Public Square, Suite 2800 | 2100 One Cleveland Center, 1374 E. 9th |
| Cleveland, OH 44114 | Cleveland, OH 44114 |
| (216) 621-0150 (phone) | (216) 479-6100 (phone) |
| (216) 241-2824 (fax) | (216) 937-3719 (fax) |
| dademarco@hahnlaw.com | dtparobek@vorys.com |
| cwick@hahnlaw.com | cmbrosius@vorys.com |
| *Counsel for Committee* | *Counsel for PNC Bank* |

/s/ Lawrence C. Bolla
Lawrence C. Bolla
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506
(814) 833-2222 (phone)
(814) 835-2076 (fax)
lbolla@quinnfirm.com
*Counsel for Cross Estates*

## SERVICE LIST

Philip E. Langer, Esq.
Michael Shuster, Esq.
Porter Wright Morris & Arthur LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115-1483
*Counsel for Huntington National Bank*

Joseph Zagraniczny, Esq.
Ingrid S. Palermo, Esq.
Stephen A. Donato, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
*Counsel for Huntington National Bank*

Joseph D. Frank
Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
*Counsel for Pepsi Beverages Company*

Ronna G. Jackson, Esq.
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave
Cleveland, OH 44114
*United States Trustee*

Mark L. Hankin, Esq.
Hankin & Mazel, PLLC
7 Penn Plaza, Suite 904
New York, New York 10001
*Counsel for American Leisure Consulting Corporation*

Drew Parobek, Esq.
Carrie M. Brosius, Esq.
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center, 1374 E. 9th
Cleveland, OH 44114
*Counsel for PNC Bank*

Lawrence Bolla, Esq.
Quinn, Buseck, Leemhuis, Toohey & Kroto
2222 West Grandview Boulevard
Erie, Pennsylvania 16506
*Counsel for Vincent Cross, Executor for the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross*

Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
*Counsel for the Official Committee of Unsecured Creditors*

Kenneth C. Johnson, Esq.
Andria M. Beckham, Esq.
Robert T. Castor, Esq.
Bricker & Eckler, LLP
100 South Third St.
Columbus, Ohio 43215
*Counsel for Textron Financial Corporation*