**IT IS SO ORDERED.**

Dated: 28 September, 2010 02:09 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Kiebler Recreation, LLC | ) | Case No. 10-15099 |
| | ) | |
| Debtor. | ) | Judge Baxter |
| | ) | |

**FOURTH STIPULATION AND AGREED ORDER FURTHER EXTENDING:**

**AGREED THIRD INTERIM ORDER AUTHORIZING THE USE OF
CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

AND

**EXTENDING DEBTOR'S EXCLUSIVITY PERIODS PENDING
RULING ON MOTION TO EXTEND EXCLUSIVITY PERIODS**

This matter having come before the Court upon the fourth stipulation of Debtor Kiebler Recreation, LLC, the Official Committee of Unsecured Creditors, The Huntington National

Bank, PNC Bank, and Vincent Cross, Executor of the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross for the entry of an order (the "Third Extension Order") extending the terms of that certain Interim Order, dated as of July 2, 2010, Authorizing the Use of Cash Collateral and Granting Adequate Protection, as amended (the "Third Interim Cash Collateral Order") [docket # 126],[1] and the Court finding that good cause exists for the entry of this Fourth Extension Order, it is hereby ADJUDGED, DECREED AND

**ORDERED** that the second "ORDERED" paragraph on page 2 of the Third Interim Cash Collateral Order is hereby amended to state as follows: "The Debtor is authorized to use Cash Collateral to operate the Debtor's business in the ordinary course, including to pay its actual, necessary, ordinary course operating expenses, from the date of this Order through October 12, 2010, pursuant to section 363(c)(2) of the Bankruptcy Code; provided that the Debtor is authorized to use Cash Collateral only for the payment of, or reimbursement for permitted "Cash Disbursements," on a cumulative basis, as contained in the budget attached hereto as Exhibit A (the "Budget"), through October 12, 2010"; and it is further

**ORDERED** that the second "ORDERED" paragraph on page 2 of the Third Interim Cash Collateral Order is also amended to include the attached Exhibit A within the meaning of the defined term, "Budget"; and it is further

**ORDERED** that paragraph 3(i) of the Third Interim Cash Collateral Order is replaced with the following: "October 21, 2010 (the "Investigation Period") with respect to any challenge

---

[1] The Third Interim Cash Collateral Order was initially amended by that certain Stipulation and Agreed Order Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of July 22, 2010 [docket # 155] (the "First Extension Order"). It was next amended by that certain Second Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of August 4, 2010 [docket # 180] (the "Second Extension Order"). It was then amended by that certain Third Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of September 2, 2010 [docket # 215] (the "Third Extension Order").

relating to the Prepetition Loan Documents, provided, however, that if the Case is converted to a case under Chapter 7 of the Bankruptcy Code before the expiration of the Investigation Period, a trustee in such chapter 7 case shall have forty-five (45) days from the date of acceptance of the appointment as trustee to file said adversary proceeding; or"; and it is further

**ORDERED** that, in connection with the Final Hearing, appraisals and responses to pending subpoenas and discovery requests shall be produced on or before September 27, 2010; and it is further

**ORDERED** that the Exclusivity Periods during which the Debtor has the exclusive right, pursuant to Bankruptcy Code section 1121, to file a plan and to solicit acceptances thereof are hereby extended through and including such time as the Court makes a final determination on the relief requested in the Debtor's Extension Motion.

**IT IS SO ORDERED.**

###

- 3 -

10-15099-rb    Doc 258    FILED 09/28/10    ENTERED 09/28/10 14:41:03    Page 3 of 7

EXHIBIT A

BUDGET

Peek'n Peak Resort
Bankruptcy Operating Budget - Cash Basis

| | Week Ending | | | | | | | | | | | | | | | | 16-Week Total | Accrual Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/15/10 | 9/22/10 | 9/29/10 | 10/6/10 | 10/13/10 | 10/20/10 | 10/27/10 | 11/3/10 | 11/10/10 | 11/17/10 | 11/24/10 | 12/1/10 | 12/8/10 | 12/15/10 | 12/22/10 | 12/29/10 | | |
| **Cash Receipts** | | | | | | | | | | | | | | | | | | |
| Ski | 0 | 0 | 0 | 50,000 | 125,000 | 125,000 | 66,354 | 150,000 | 500,000 | 150,000 | 125,516 | 126,000 | 126,000 | 191,000 | 252,300 | 500,000 | 2,487,170 | |
| Golf | 87,500 | 84,250 | 76,000 | 40,000 | 40,000 | 20,953 | 20,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 368,703 | |
| Hotel | 72,805 | 64,275 | 58,244 | 60,000 | 70,000 | 70,000 | 55,061 | 40,000 | 40,000 | 37,500 | 40,431 | 40,000 | 40,000 | 45,000 | 100,991 | 200,000 | 1,034,307 | |
| Fairways Condominiums | 14,695 | 8,726 | 7,756 | 10,000 | 15,000 | 15,000 | 10,000 | 11,250 | 11,250 | 11,250 | 11,250 | 7,000 | 7,000 | 7,000 | 10,000 | 14,000 | 171,177 | |
| Food & Beverage | 87,125 | 78,913 | 70,700 | 90,000 | 110,000 | 110,000 | 78,117 | 41,000 | 41,000 | 41,000 | 42,474 | 42,000 | 50,000 | 90,000 | 130,000 | 182,700 | 1,293,029 | |
| Property Management | 15,375 | 13,838 | 12,300 | 15,000 | 25,000 | 25,000 | 10,374 | 12,000 | 12,000 | 12,000 | 12,375 | 15,000 | 15,000 | 20,000 | 39,422 | 60,000 | 314,684 | |
| | 277,500 | 250,000 | 225,000 | 265,000 | 385,000 | 365,953 | 239,906 | 254,250 | 604,250 | 251,750 | 232,046 | 238,000 | 238,000 | 353,000 | 532,713 | 956,700 | 5,669,068 | |
| **Cash Disbursements** | | | | | | | | | | | | | | | | | | |
| *Personnel* | | | | | | | | | | | | | | | | | | |
| Salaries & Wages | 100,000 | 95,000 | 95,000 | 100,000 | 115,000 | 110,000 | 90,000 | 85,000 | 85,000 | 85,000 | 85,000 | 94,000 | 100,000 | 115,000 | 150,000 | 185,000 | 1,689,000 | |
| Taxes & Benefits | 3,000 | 3,000 | 43,000 | 3,000 | 3,000 | 3,000 | 43,000 | 6,000 | 3,000 | 3,000 | 48,000 | 6,000 | 3,000 | 3,000 | 3,000 | 51,000 | 227,000 | |
| | 103,000 | 98,000 | 138,000 | 103,000 | 118,000 | 113,000 | 133,000 | 91,000 | 88,000 | 88,000 | 133,000 | 100,000 | 103,000 | 118,000 | 153,000 | 236,000 | 1,916,000 | |
| *Operations* | | | | | | | | | | | | | | | | | | |
| Food | 20,000 | 25,000 | 20,000 | 25,000 | 40,000 | 35,000 | 20,000 | 15,000 | 15,000 | 20,000 | 25,000 | 15,600 | 20,000 | 30,000 | 50,000 | 60,000 | 435,600 | |
| Beverage - Beer / Liquor | 4,000 | 4,000 | 4,000 | 5,000 | 5,000 | 4,000 | 2,000 | 2,000 | 2,000 | 2,000 | 2,000 | 4,000 | 4,000 | 6,000 | 8,000 | 10,000 | 68,000 | |
| Purchases for Resale | 22,000 | 1,500 | 1,500 | 2,000 | 3,000 | 3,000 | 1,842 | 2,200 | 2,200 | 6,200 | 2,265 | 3,000 | 15,000 | 3,361 | 3,500 | 4,000 | 76,568 | |
| Ski Maintenance & Supplies | 0 | 0 | 0 | 8,000 | 10,000 | 10,000 | 10,000 | 43,750 | 43,750 | 43,750 | 43,750 | 32,000 | 32,000 | 32,000 | 32,000 | 32,000 | 373,000 | |
| Golf Supplies | 2,000 | 4,000 | 1,000 | 4,000 | 4,000 | 1,000 | 1,000 | 1,000 | 5,000 | 1,000 | 1,000 | 0 | 0 | 0 | 0 | 0 | 25,000 | |
| Golf Merchandise | 5,700 | 5,700 | 5,700 | 5,000 | 5,000 | 5,000 | 5,000 | 2,500 | 2,500 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 42,100 | |
| Vehicle & Equipment Leases | 0 | 0 | 11,831 | 633 | 0 | 0 | 11,831 | 0 | 0 | 0 | 12,464 | 0 | 0 | 0 | 0 | 1,164 | 37,923 | |
| Snowmaking Equipment Lease | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 37,748 | 0 | 0 | 0 | 37,748 | 0 | 0 | 75,496 | |
| Spa Supplies | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 500 | 0 | 0 | 500 | 0 | 0 | 500 | 1,000 | 0 | 3,500 | |
| Fuel Purchases | 5,000 | 5,000 | 5,000 | 4,000 | 4,000 | 4,000 | 3,000 | 3,000 | 4,500 | 5,000 | 5,000 | 6,000 | 6,000 | 6,000 | 6,000 | 6,000 | 77,500 | |
| Repairs & Maintenance | 15,400 | 10,000 | 10,000 | 15,000 | 10,000 | 10,000 | 10,432 | 15,414 | 10,750 | 10,750 | 10,750 | 22,000 | 12,350 | 12,000 | 12,350 | 12,000 | 199,196 | |
| Sales & Marketing | 5,000 | 14,500 | 5,000 | 11,500 | 11,000 | 11,500 | 8,000 | 2,575 | 2,575 | 2,575 | 8,575 | 13,000 | 13,000 | 13,000 | 10,000 | 10,000 | 141,800 | |
| | 79,100 | 69,700 | 64,031 | 81,133 | 92,000 | 83,500 | 73,105 | 87,939 | 88,275 | 129,023 | 111,304 | 95,600 | 102,350 | 140,609 | 122,850 | 135,164 | 1,555,683 | |
| *General & Administrative* | | | | | | | | | | | | | | | | | | |
| Bank & CC Charges | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 2,000 | 0 | 0 | 0 | 0 | 6,000 | |
| General Business Insurance | 0 | 0 | 0 | 49,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 8,500 | 107,500 | |
| Worker's Comp Insurance | 0 | 20,100 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 20,100 | |
| Postage | 1,000 | 0 | 0 | 1,500 | 2,000 | 1,500 | 1,500 | 1,500 | 2,000 | 1,500 | 2,000 | 500 | 250 | 500 | 500 | 500 | 16,750 | |
| Office Equip. Leases | 0 | 0 | 0 | 774 | 1,222 | 0 | 0 | 774 | 0 | 0 | 0 | 774 | 0 | 0 | 0 | 0 | 3,544 | |
| Office Supplies | 250 | 250 | 250 | 1,500 | 1,500 | 1,000 | 1,000 | 1,250 | 1,250 | 1,250 | 1,250 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 15,750 | |
| Information Technology | 6,000 | 4,000 | 1,500 | 10,500 | 6,300 | 3,000 | 3,000 | 4,000 | 6,200 | 4,000 | 3,000 | 4,000 | 4,000 | 4,000 | 4,000 | 4,000 | 71,500 | |
| Telecom Projects | 0 | 0 | 0 | 2,750 | 2,750 | 2,750 | 2,750 | 2,250 | 2,250 | 2,250 | 2,250 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 31,000 | |
| Travel & Mileage | 200 | 200 | 200 | 450 | 534 | 450 | 534 | 440 | 445 | 440 | 448 | 360 | 360 | 360 | 360 | 360 | 6,141 | |
| | 7,450 | 24,550 | 1,950 | 68,474 | 14,306 | 8,700 | 8,784 | 12,214 | 12,145 | 9,440 | 8,948 | 10,834 | 7,810 | 58,060 | 8,060 | 16,560 | 278,285 | |
| *Utilities* | | | | | | | | | | | | | | | | | | |
| Cable & Internet | 0 | 3,500 | 5,500 | 0 | 0 | 3,500 | 5,500 | 0 | 0 | 3,500 | 5,500 | 0 | 0 | 0 | 3,500 | 5,500 | 36,000 | |
| Electric | 0 | 0 | 1,500 | 0 | 0 | 0 | 1,500 | 0 | 40,000 | 0 | 1,500 | 0 | 40,000 | 0 | 0 | 1,500 | 146,000 | |
| Natural Gas | 0 | 0 | 5,000 | 0 | 2,000 | 0 | 0 | 6,000 | 3,000 | 0 | 0 | 6,000 | 3,000 | 6,000 | 0 | 8,000 | 33,000 | |
| Telephone | 0 | 0 | 250 | 1,250 | 2,500 | 0 | 250 | 1,250 | 2,500 | 0 | 250 | 1,250 | 2,500 | 1,250 | 0 | 250 | 12,250 | |
| Sewage System | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 1,000 | 0 | 0 | 0 | 0 | 3,000 | |
| Trash Disposal | 0 | 300 | 0 | 300 | 0 | 500 | 0 | 500 | 0 | 300 | 0 | 400 | 0 | 500 | 0 | 1,000 | 3,800 | |
| | 0 | 3,800 | 12,250 | 2,550 | 4,500 | 4,000 | 7,250 | 8,750 | 45,500 | 3,800 | 7,250 | 8,650 | 45,500 | 500 | 3,500 | 16,250 | 234,050 | |
| **Total Cash Disbursements** | 189,550 | 196,050 | 216,231 | 255,157 | 288,806 | 209,200 | 222,139 | 199,903 | 233,920 | 230,263 | 260,502 | 215,084 | 258,660 | 317,169 | 287,410 | 403,974 | 3,984,018 | |
| **Net Operating Cash Flow** | 87,950 | 53,950 | 8,769 | 9,843 | 96,194 | 156,753 | 17,767 | 54,347 | 370,330 | 21,487 | (28,456) | 22,916 | (20,660) | 35,831 | 245,303 | 552,726 | 1,685,050 | |

Peek'n Peak Resort
Bankruptcy Operating Budget - Cash Basis

| | \multicolumn{14}{c}{Week Ending} | 16-Week Total | Accrual Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 9/15/10 | 9/22/10 | 9/29/10 | 10/6/10 | 10/13/10 | 10/20/10 | 10/27/10 | 11/3/10 | 11/10/10 | 11/17/10 | 11/24/10 | 12/1/10 | 12/8/10 | 12/15/10 | 12/22/10 | 12/29/10 | | |
| **Debt Service** | | | | | | | | | | | | | | | | | | |
| Term Loans | | | | | | | | | | | | | | | | | | |
| HNB - $1.44 Million | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HNB - $1.00 Million LOC | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HNB - $4.19 Million | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HNB - $6.81 Million | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HNB - Ridgeview | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| PNC - Fairways | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Capital Leases | | | | | | | | | | | | | | | | | | |
| GE Capital (Shuttles) | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| HNB (2 Chev Trucks) | 0 | 795 | 0 | 0 | 0 | 795 | 0 | 0 | 0 | 795 | 0 | 0 | 0 | 0 | 795 | 0 | 3,180 | 132,000 |
| GMAC (2) | 0 | 0 | 0 | 1,822 | 0 | 0 | 0 | 1,822 | 0 | 0 | 0 | 0 | 1,822 | 0 | 0 | 0 | 5,466 | 25,000 |
| Leasenet | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,611 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 25,611 | |
| Textron Leases | 0 | 0 | 0 | 0 | 25,764 | 0 | 0 | 0 | 25,764 | 0 | 0 | 0 | 0 | 25,764 | 0 | 0 | 77,292 | 132,000 |
| Tygris Lease | 0 | 0 | 0 | 0 | 11,260 | 0 | 0 | 0 | 11,260 | 0 | 0 | 0 | 0 | 11,260 | 0 | 0 | 33,780 | 5,000 |
| | 0 | 795 | 0 | 1,822 | 37,024 | 795 | 0 | 1,822 | 62,635 | 795 | 0 | 0 | 1,822 | 37,024 | 795 | 0 | 145,329 | 162,000 |
| **Cash from Operations** | 87,950 | 53,155 | 8,769 | 8,021 | 59,170 | 155,958 | 17,767 | 52,525 | 307,695 | 20,692 | (28,456) | 22,916 | (22,482) | (1,193) | 244,508 | 552,726 | 1,539,721 | |
| **Accrued Expenses** | | | | | | | | | | | | | | | | | | |
| *General & Administrative* | | | | | | | | | | | | | | | | | | |
| Debtor Legal Fees | 8,000 | 8,000 | 8,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 11,000 | 8,800 | 8,800 | 8,800 | 8,800 | 8,800 | 156,000 | |
| Creditor Comm Legal Fees | 2,000 | 2,000 | 2,000 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,750 | 2,200 | 2,200 | 2,200 | 2,200 | 2,200 | 39,000 | |
| Accounting Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 1,250 | 1,250 | 1,250 | 1,250 | 1,100 | 1,100 | 1,100 | 1,100 | 1,100 | 10,500 | |
| U. S. Trustee Fees | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 15,000 | |
| | 10,000 | 10,000 | 10,000 | 18,750 | 13,750 | 13,750 | 13,750 | 20,000 | 15,000 | 15,000 | 15,000 | 17,100 | 12,100 | 12,100 | 12,100 | 12,100 | 220,500 | |
| *Property Taxes* | | | | | | | | | | | | | | | | | | |
| Chautauqua County Taxes | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 4,500 | 72,000 | |
| Clymer School Taxes | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 4,125 | 4,125 | 4,125 | 4,125 | 4,100 | 4,100 | 4,100 | 4,100 | 4,100 | 107,000 | |
| | 14,500 | 14,500 | 14,500 | 14,500 | 14,500 | 14,500 | 14,500 | 8,625 | 8,625 | 8,625 | 8,625 | 8,600 | 8,600 | 8,600 | 8,600 | 8,600 | 179,000 | |
| *Escrowed Funds* | | | | | | | | | | | | | | | | | | |
| Condo Rental Program | 9,600 | 9,500 | 9,500 | 10,000 | 17,500 | 17,500 | 10,000 | 5,250 | 5,250 | 5,250 | 5,250 | 30,000 | 30,000 | 30,000 | 30,000 | 48,000 | 272,600 | |
| Sales / Use Tax | 13,563 | 12,206 | 10,850 | 12,000 | 16,000 | 16,000 | 13,000 | 8,000 | 8,000 | 8,000 | 8,000 | 15,000 | 15,000 | 25,000 | 35,000 | 60,000 | 275,619 | |
| Occupancy Tax | 3,250 | 3,000 | 3,000 | 3,000 | 4,000 | 4,000 | 2,000 | 1,250 | 1,250 | 1,250 | 1,250 | 2,000 | 2,000 | 2,500 | 7,500 | 15,000 | 56,250 | |
| Developer Assessment Fees | 0 | 3,000 | 4,500 | 0 | 0 | 3,000 | 4,500 | 3,000 | 0 | 3,000 | 4,500 | 0 | 0 | 0 | 3,000 | 4,500 | 30,000 | |
| | 26,413 | 27,706 | 27,850 | 25,000 | 37,500 | 40,500 | 29,500 | 14,500 | 14,500 | 17,500 | 19,000 | 47,000 | 47,000 | 57,500 | 75,500 | 127,500 | 634,469 | |
| **Total Accrued Expenses** | 50,913 | 52,206 | 52,350 | 58,250 | 65,750 | 68,750 | 57,750 | 43,125 | 38,125 | 41,125 | 42,625 | 72,700 | 67,700 | 78,200 | 96,200 | 148,200 | 1,033,969 | 162,000 |
| **Net Income** | 37,038 | 949 | (43,581) | (50,229) | (6,580) | 87,208 | (39,983) | 9,400 | 269,570 | (20,433) | (71,081) | (49,784) | (90,182) | (79,393) | 148,308 | 404,526 | 505,752 | |
| **Cash Reconciliation** | | | | | | | | | | | | | | | | | | |
| Beginning Cash Balance | 57,208 | 145,158 | 198,313 | 1,532 | 9,553 | 1,532 | 68,723 | 448 | 52,973 | 160,668 | 181,360 | 1,683 | 24,599 | 2,117 | 924 | 245,432 | 57,208 | |
| Cash from Operations | 87,950 | 53,155 | 8,769 | 8,021 | 59,170 | 155,958 | 17,767 | 52,525 | 307,695 | 20,692 | (28,456) | 22,916 | (22,482) | (1,193) | 244,508 | 552,726 | 1,539,721 | |
| Accrued Expense Payments | | | | | | | | | | | | | | | | | | |
| Debtor Legal Fees | 0 | 0 | 44,000 | 0 | 0 | 0 | 44,000 | 0 | 0 | 0 | 44,000 | 0 | 0 | 0 | 0 | 44,000 | 176,000 | |
| Creditor Comm Legal Fees | 0 | 0 | 11,000 | 0 | 0 | 0 | 11,000 | 0 | 0 | 0 | 11,000 | 0 | 0 | 0 | 0 | 11,000 | 44,000 | |
| Accounting Fees | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 5,500 | 10,500 | |
| U.S. Trustee Fees | 0 | 0 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 5,000 | 0 | 0 | 0 | 0 | 5,000 | 20,000 | |
| Chautauqua County Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | |
| Clymer School Taxes | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 200,000 | |
| Condo Rental Program | 0 | 0 | 57,800 | 0 | 0 | 0 | 65,000 | 0 | 0 | 0 | 31,000 | 0 | 0 | 0 | 0 | 168,000 | 321,800 | |
| Sales / Use Tax | 0 | 0 | 63,744 | 0 | 0 | 0 | 57,000 | 0 | 0 | 0 | 32,000 | 0 | 0 | 0 | 0 | 150,000 | 302,744 | |
| Occupancy Tax | 0 | 0 | 0 | 0 | 0 | 60,000 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 60,000 | |
| Developer Assessment Fees | 0 | 0 | 24,006 | 0 | 0 | 0 | 0 | 0 | 0 | 0 | 23,221 | 0 | 0 | 0 | 0 | 0 | 47,227 | |
| | 0 | 0 | 205,550 | 0 | 0 | 60,000 | 182,000 | 0 | 200,000 | 0 | 151,221 | 0 | 0 | 0 | 0 | 383,500 | 1,182,271 | |
| **Ending Cash Balance** | 145,158 | 198,313 | 1,532 | 9,553 | 9,553 | 68,723 | 448 | 52,973 | 160,668 | 181,360 | 1,683 | 24,599 | 2,117 | 924 | 245,432 | 414,658 | 414,658 | |

9/15/2010 12:00 PM

- 2 -

# SERVICE LIST

Philip E. Langer, Esq.
Michael Shuster, Esq.
Porter Wright Morris & Arthur LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115-1483
*Counsel for Huntington National Bank*

Joseph Zagraniczny, Esq.
Ingrid S. Palermo, Esq.
Stephen A. Donato, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
*Counsel for Huntington National Bank*

Joseph D. Frank
Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
*Counsel for Pepsi Beverages Company*

Ronna G. Jackson, Esq.
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave
Cleveland, OH 44114
*United States Trustee*

Mark L. Hankin, Esq.
Hankin & Mazel, PLLC
7 Penn Plaza, Suite 904
New York, New York 10001
*Counsel for American Leisure Consulting Corporation*

Drew Parobek, Esq.
Carrie M. Brosius, Esq.
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center, 1374 E. 9th
Cleveland, OH 44114
*Counsel for PNC Bank*

Lawrence Bolla, Esq.
Quinn, Buseck, Leemhuis, Toohey & Kroto
2222 West Grandview Boulevard
Erie, Pennsylvania 16506
*Counsel for Vincent Cross, Executor for the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross*

Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
*Counsel for the Official Committee of Unsecured Creditors*

Kenneth C. Johnson, Esq.
Andria M. Beckham, Esq.
Robert T. Castor, Esq.
Bricker & Eckler, LLP
100 South Third St.
Columbus, Ohio 43215
*Counsel for Textron Financial Corporation*