UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

In re:

KIEBLER RECREATION, LLC

Debtor.

Case No. 10 - 15099

Chapter 11

Judge Randolph Baxter

**RESPONSE OF THE OFFICIAL COMMITTEE OF UNSECURED CREDITORS TO SECOND MOTION OF THE DEBTOR FOR AN ORDER EXTENDING THE PERIODS OF TIME WITHIN WHICH ONLY THE DEBTOR IS PERMITTED TO FILE A PLAN OF REORGANIZATION AND SOLICIT ACCEPTANCES THEREOF**

The Official Committee of Unsecured Creditors (the "Committee"), by and through its undersigned counsel, hereby responds to the *Second Motion of the Debtor for an Order Extending the Periods of Time Within Which Only the Debtor is Permitted to File a Plan of Reorganization and Solicit Acceptances Thereof* [Docket No. 265] (the "Motion"), respectfully states as follows:

**PRELIMINARY STATEMENT**

1. Debtor seeks an extension of 120 days of exclusivity. To permit Debtor and the Committee the time to lay the ground work for preparing an appropriate Chapter 11 plan, the Committee would consent to an extension of exclusivity for a shorter period of time, initially through and including November 30, 2010, as Debtor and Committee continue to work on a Chapter 11 plan.

## LEGAL STANDARD

2. The Committee acknowledges that Section 1121(d) of the Bankruptcy Code does not define "cause" for an extension of exclusivity and instead contemplates "a fact-based inquiry". (Motion, ¶ 13). Courts typically consider a number of factors including, without limitation: (i) the size and complexity of the case, (ii) the debtor's progress in the bankruptcy proceedings; (iii) the debtor's motivation for seeking an extension of exclusivity; (iv) the potential for harm to creditors; and (v) whether plan negotiations have reached an impasse. *See Elder-Beerman*, 1997 U.S. Dist. LEXIS 23785, at *14, *26 (S.D. Ohio 1997). Applying these factors in this case, the Motion simply falls short of justifying a 120-day extension at this time.

### Size and Complexity

3. While Debtor's chapter 11 case has certain elements of size, and certain complexities, neither compel an extension of exclusivity.

### Debtor's Progress in Chapter 11

4. Debtor's progress appears to have been adversely affected by the "divergent view of the Debtor and Huntington Bank on the vital issue of the value of the Debtor's resort real property." (Motion, ¶ 16).

5. A brief extension of exclusivity is justified.

### Debtor's Motivation for Seeking an Extension of Exclusivity

6. Debtor's motivation does not appear to impact this request.

Potential for Harm to Creditors

7. The Debtor's recent discussions with and commitment to the Committee appear designed to protect unsecured creditors, supporting the Debtor's statement that "the extension is not being sought for the purpose of pressuring creditors." (Motion, ¶ 18).

Plan Negotiations – Not at an Impasse

8. There is not an 'impasse" in plan negotiations.

9. The Committee reserves the right to amend, modify or supplement this Response.

## CONCLUSION

WHEREFORE, the Committee respectfully requests the Court (i) limit any present extension of the Debtor's plan exclusivity to November 30, 2010, without prejudice to further extension; (ii) reserving all rights of Debtor and the Committee, adjourned further hearings on the Motion and the Response and Limited Objection to November 30, 2010; and (iii) grant the Committee such other and further relief as is just and equitable.

November 1, 2010

*/s/ Daniel A. DeMarco*
Daniel A. DeMarco (0038920)
Christopher B. Wick (0073126)
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
Telephone: (216) 621-0150
Facsimile: (216) 241-2824
E-Mail: dademarco@hahnlaw.com
cwick@hahnlaw.com

Attorneys for the Official Committee of Unsecured Creditors

**CERTIFICATE OF SERVICE**

A true and correct copy of the foregoing Response was served on this 1st day of November, 2010 on the parties listed on the attached Service List in the manner so indicated.

            */s/ Daniel A. DeMarco*_____
            *One of the Attorneys for the Official Committee of*
            *Unsecured Creditors*

**SERVICE LIST**

The following is the list of **parties** who are currently on the list to receive e-mail notice/service for this case and who were served by the Court's electronic noticing system:

- Kathleen M. Bennett    kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com
- Lawrence C Bolla    lbolla@quinnfirm.com, mboni@quinnfirm.com;dcornelius@quinnfirm.com;mmiller@quinnfirm.com;npagliari@quinnfirm.com
- Carrie M Brosius    cmbrosius@vorys.com, mborr@vorys.com
- Brian J. Butler    bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com
- Robert C Folland    rob.folland@thompsonhine.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com
- Joseph F. Gula    jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com
- Mark L. Hankin    mhankin@hankinmazel.com
- Kenneth C Johnson    kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com
- Philip E Langer    planger@porterwright.com, cruehl@porterwright.com
- John P. Lennon    jplennon@trialadvocates.com
- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com
- Drew T Parobek    dtparobek@vorys.com
- United States Trustee    (Registered address)@usdoj.gov
- Curtis L. Tuggle    curtis.tuggle@thompsonhine.com
- Andrew L. Turscak    andrew.turscak@thompsonhine.com
- Mark A. Weintraub    Mark.Weintraub@ThompsonHine.com
- Linda E White    linda.white@ag.ny.gov
- Christopher B. Wick    cwick@hahnlaw.com, hlpcr@hahnlaw.com

- Joseph Zagraniczny     jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;tvanetti@bsk.com

The following is the list of **parties** who are **not** on the list to receive e-mail notice/service for this case and who were served by United States Mail, postage prepaid:

Ciuni&Panichi Inc
25201 Chagrin Blvd
#200
Beachwood, OH 44122

Guy C Fustine
120 W 10th St
Erie, PA 16501

RSM McGladrey, Inc.
One S. Wacker Drive
Suite 800
Chicago, IL 60606