**IT IS SO ORDERED.**

Dated: 02 November, 2010 12:54 PM

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| In re | ) | Chapter 11 |
|---|---|---|
| | ) | |
| Kiebler Recreation, LLC | ) | Case No. 10-15099 |
| | ) | |
| Debtor. | ) | Judge Baxter |
| | ) | |

**SEVENTH STIPULATION AND AGREED ORDER FURTHER EXTENDING:**

**AGREED THIRD INTERIM ORDER AUTHORIZING THE USE OF
CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION**

This matter having come before the Court upon the seventh stipulation of Debtor Kiebler Recreation, LLC, the Official Committee of Unsecured Creditors, The Huntington National Bank, PNC Bank, and Vincent Cross, Executor of the Estate of Norbert Cross and Raquel Cross,

Executrix of the Estate of Eugene Cross for the entry of an order (the "Seventh Extension Order") extending the terms of that certain Interim Order, dated as of July 2, 2010, Authorizing the Use of Cash Collateral and Granting Adequate Protection, as amended (the "Third Interim Cash Collateral Order") [docket # 126],[1] and the Court finding that good cause exists for the entry of this Seventh Extension Order, it is hereby ADJUDGED, DECREED AND

**ORDERED** that the second "ORDERED" paragraph on page 2 of the Third Interim Cash Collateral Order is hereby amended to state as follows: "The Debtor is authorized to use Cash Collateral to operate the Debtor's business in the ordinary course, including to pay its actual, necessary, ordinary course operating expenses, from the date of this Order through December 12, 2010, pursuant to section 363(c)(2) of the Bankruptcy Code; provided that the Debtor is authorized to use Cash Collateral only for the payment of, or reimbursement for permitted "Cash Disbursements," on a cumulative basis, as contained in the budget attached hereto as Exhibit A (the "Budget"), through December 12, 2010"; and it is further

**ORDERED** that notwithstanding anything contrary contained in the Budget, Huntington does not consent to the payment of any professional fees due to any Court-approved professional or to any carveout for the payment of such professional fees; and it is further

---

[1] The Third Interim Cash Collateral Order was initially amended by that certain First Stipulation and Agreed Order Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of July 22, 2010 [docket # 155] (the "First Extension Order"). It was next amended by that certain Second Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of August 4, 2010 [docket # 180] (the "Second Extension Order"). It was then amended by that certain Third Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of September 2, 2010 [docket # 215] (the "Third Extension Order"). It was then amended by that certain Fourth Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of September 28, 2010 [docket # 258] (the "Fourth Extension Order"). It was then amended by that certain Fifth Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of October 18, 2010 [docket # 285] (the "Fifth Extension Order"). It was most recently amended by that certain Sixth Stipulation and Agreed Order Further Extending: Agreed Third Interim Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of October 25, 2010 [docket # 296].

**ORDERED** in all other respects, the Third Interim Cash Collateral Order, as modified by the First, Second, Third, Fourth, Fifth and Sixth Extension Orders, shall remain in effect.

**IT IS SO ORDERED.**

###

Jointly Submitted,

/s/ Robert C. Folland
Robert C. Folland (0065728)
Andrew L. Turscak, Jr. (0073851)
Mark A. Weintraub (0078789)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500 (phone)
(216) 566-5800 (fax)
Robert.Folland@thompsonhine.com
Andrew.Turscak@thompsonhine.com
Mark.Weintraub@thompsonhine.com
*Counsel for Debtor*

/s/ Daniel A. DeMarco
Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
(216) 621-0150 (phone)
(216) 241-2824 (fax)
dademarco@hahnlaw.com
cwick@hahnlaw.com
*Counsel for Committee*

/s/ Lawrence C. Bolla
Lawrence C. Bolla
Quinn Law Firm
2222 West Grandview Boulevard
Erie, PA 16506
(814) 833-2222 (phone)
(814) 835-2076 (fax)
lbolla@quinnfirm.com
*Counsel for Cross Estates*

/s/ Ingrid Palermo
Stephen A. Donato
Joseph Zagraniczny
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY
(315) 218- 8000(phone)
(315) 218- 8100(fax)
sdonato@bsk.com
jzagraniczny@bsk.com

Ingrid S. Palermo
Bond Schoeneck & King, PLLC
350 Linden Oaks Drive, Suite 310
Rochester, NY 14526
*Counsel for Huntington*

/s/ Drew T. Parobek
Drew Parobek, Esq.
Carrie M. Brosius, Esq.
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center, 1374 E. 9th
Cleveland, OH 44114
(216) 479-6100 (phone)
(216) 937-3719 (fax)
dtparobek@vorys.com
cmbrosius@vorys.com
*Counsel for PNC Bank*

Peek'n Peak Resort
Bankruptcy Operating Budget – Cash Basis

| | Average % of sales | 4-day Stub Period Ending 10/3/10 | Week Ending on Sunday to Match Company's Internal Cash Management Tool | | | | | | | | | | | Totals 9.30.2010 thru 12.2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | 10/10/10 | 10/17/10 | 10/24/10 | 10/31/10 | 11/7/10 | 11/14/10 | 11/21/10 | 11/28/10 | 12/5/10 | 12/12/10 | 12/19/10 | 12/26/10 | 1/2/11 | |
| **Beginning Cash Balance** | | 202,723.00 | 56,941.00 | 6,697.00 | 16,958.00 | 46,131.00 | 3,066.00 | 106,033.00 | 105,863.00 | 376,305.00 | 61,886.00 | 53,191.00 | 43,709.00 | 43,540.00 | 96,335.00 | 202,723.00 |
| **Cash Receipts** | | | | | | | | | | | | | | | | |
| Total Cash Receipts | | 81,030.00 | 160,000.00 | 352,000.00 | 220,000.00 | 548,000.00 | 385,000.00 | 256,000.00 | 355,063.00 | 376,305.00 | 255,000.00 | 256,000.00 | 312,000.00 | 530,000.00 | 1,043,500.00 | 5,052,030.00 |
| **Cash Disbursements** | | | | | | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | | | | | | |
| Salaries & Wages | 29.885% | 111,965.00 | 100,000.00 | 115,000.00 | 110,000.00 | 99,000.00 | 85,000.00 | 85,000.00 | 85,000.00 | 85,000.00 | 94,000.00 | 100,000.00 | 115,000.00 | 150,000.00 | 185,000.00 | 1,510,005.00 |
| Taxes & Benefits | 4.315% | 40,001.00 | 3,900.00 | 3,000.00 | 3,000.00 | 43,000.00 | 6,000.00 | 3,000.00 | 48,000.00 | 48,000.00 | 6,000.00 | 3,500.00 | 3,000.00 | 3,000.00 | 51,000.00 | 218,901.00 |
| **Total Personnel** | 34.200% | 161,906.00 | 103,000.00 | 118,000.00 | 113,000.00 | 133,000.00 | 91,000.00 | 88,000.00 | 133,000.00 | 133,000.00 | 100,000.00 | 103,500.00 | 118,000.00 | 153,000.00 | 236,000.00 | 1,728,906.00 |
| **Operations** | | | | | | | | | | | | | | | | |
| 1 General Hotel, Ski, and Operations Costs | 2.630% | 4,308.00 | 10,000.00 | 9,300.00 | 9,000.00 | 8,500.00 | 11,000.00 | 11,300.00 | 4,500.00 | 10,000.00 | 5,500.00 | 5,000.00 | 5,000.00 | 20,000.00 | 20,000.00 | 132,835.00 |
| 4 Food | 7.504% | 8,469.00 | 25,000.00 | 40,000.00 | 35,000.00 | 20,900.00 | 15,000.00 | 15,000.00 | 20,000.00 | 25,000.00 | 15,600.00 | 20,000.00 | 30,000.00 | 50,000.00 | 60,000.00 | 379,969.00 |
| 5 Beverage – Beer / Liquor | 1.112% | 166.00 | 5,000.00 | 5,000.00 | 4,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 4,000.00 | 4,000.00 | 6,000.00 | 8,000.00 | 10,000.00 | 56,166.00 |
| 6 Purchases for Resale | 1.022% | 2,690.00 | 3,000.00 | 3,000.00 | 3,000.00 | 2,000.00 | 2,200.00 | 2,200.00 | 2,265.00 | 2,000.00 | 3,000.00 | 3,361.00 | 3,500.00 | 4,000.00 | 4,000.00 | 51,725.00 |
| 7 Ski Maintenance & Supplies | 7.383% | 8,000.00 | 10,000.00 | 10,000.00 | 10,000.00 | 43,750.00 | 43,750.00 | 43,750.00 | 43,750.00 | 43,750.00 | 32,000.00 | 32,000.00 | 32,000.00 | 32,000.00 | 32,000.00 | 373,000.00 |
| 8 Golf Supplies | 0.356% | 4,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | | | | | | 18,000.00 |
| 9 Golf Merchandise | 0.639% | 3,595.00 | 5,000.00 | 5,000.00 | 8,704.00 | 2,500.00 | 2,500.00 | 2,500.00 | | | | | | | | 32,289.00 |
| 10 Vehicle & Equipment Leases | 0.063% | | 633.00 | | 531.00 | | | | | 1,164.00 | | | | | 1,164.00 | 3,492.00 |
| 11 Snowmaking Equipment Lease | 1.494% | | | | | | | | 37,748.00 | | | | | 37,748.00 | | 75,496.00 |
| 12 Spa Supplies | 0.089% | | 1,000.00 | | | 500.00 | 500.00 | | 500.00 | 500.00 | | | | 500.00 | 1,000.00 | 3,500.00 |
| 13 Fuel Purchases | 1.237% | | 4,000.00 | 4,000.00 | 4,000.00 | 3,000.00 | 3,000.00 | 4,500.00 | 5,000.00 | 5,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 6,000.00 | 62,500.00 |
| 14 Repairs & Maintenance | 1.976% | | 5,000.00 | 1,000.00 | 3,714.00 | 2,000.00 | 6,000.00 | 1,000.00 | 759.00 | 10,750.00 | 22,000.00 | 12,350.00 | 12,000.00 | 12,000.00 | 12,000.00 | 99,914.00 |
| 15 Sales & Marketing | 2.522% | 11,500.00 | 21,552.00 | | | 6,575.00 | 2,575.00 | 2,575.00 | 8,575.00 | 8,575.00 | 13,000.00 | 13,000.00 | 13,000.00 | 10,000.00 | 10,000.00 | 127,752.00 |
| **Total Operations** | 28.025% | 16,628.00 | 92,603.00 | 100,370.00 | 58,031.00 | 92,525.00 | 89,525.00 | 121,145.00 | 133,522.00 | 100,604.00 | 101,100.00 | 107,350.00 | 145,609.00 | 142,850.00 | 155,164.00 | 1,415,813.00 |
| **General & Administrative** | | | | | | | | | | | | | | | | |
| 16 Bank Charges | 0.720% | 64.00 | 2,000.00 | | | | | | | | | | | | 8,500.00 | 6,064.00 |
| 17 General Business Insurance | 2.129% | | | 49,000.00 | 20,098.00 | | | | | | | | | 50,000.00 | | 107,500.00 |
| 18 Workers Comp Insurance | 0.398% | | | | | | 2,000.00 | | | | | | | | | 20,098.00 |
| 19 Postage | 0.312% | | | 2,000.00 | 1,500.00 | 1,500.00 | 1,500.00 | 2,000.00 | 1,500.00 | 500.00 | 500.00 | 250.00 | 500.00 | 500.00 | 500.00 | 15,750.00 |
| 20 Office Equip. Leases | 0.087% | | 1,500.00 | 864.00 | | 774.00 | | | 1,250.00 | 774.00 | 774.00 | | | | | 4,408.00 |
| 21 Office Supplies | 0.336% | | 774.00 | 1,222.00 | 1,000.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,250.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 17,000.00 |
| 22 Information Technology | 1.692% | 1,900.00 | 1,500.00 | 1,500.00 | 2,000.00 | 3,000.00 | 20,995.00 | 6,200.00 | 4,000.00 | 3,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 82,429.00 |
| 23 Telecom Projects | 1.632% | 5,434.00 | 10,500.00 | 6,300.00 | 3,000.00 | 3,000.00 | 2,250.00 | 4,000.00 | 43,750.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 4,000.00 | 31,000.00 |
| 24 Travel & Mileage | 0.614% | | 2,750.00 | 2,750.00 | 2,750.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,250.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 2,200.00 | 5,660.00 |
| | 0.132% | | 450.00 | 534.00 | 450.00 | 531.00 | 1,559.00 | 446.00 | 446.00 | 416.00 | 360.00 | 360.00 | 360.00 | 360.00 | 360.00 | 290,909.00 |
| **Total General & Administrative** | 5.758% | 6,498.00 | 19,474.00 | 63,306.00 | 30,662.00 | 8,784.00 | 30,328.00 | 12,145.00 | 9,440.00 | 8,946.00 | 10,834.00 | 7,810.00 | 8,060.00 | 58,660.00 | 16,560.00 | 290,909.00 |
| **Utilities** | | | | | | | | | | | | | | | | |
| 25 Cable & Internet | 0.810% | | | | 3,500.00 | 5,500.00 | 13,911.00 | | 3,500.00 | 5,500.00 | | | | | 5,500.00 | 40,911.00 |
| 26 Electric | 3.991% | | | | | 1,500.00 | 60,000.00 | 40,000.00 | 1,500.00 | | | | 40,000.00 | | 1,500.00 | 201,611.00 |
| 27 Natural Gas | 0.718% | | | 57,111.00 | | | 14,261.00 | 3,000.00 | | | | 3,000.00 | | | 8,000.00 | 30,261.00 |
| 28 Telephone | 0.290% | | | 2,000.00 | 250.00 | | 3,915.00 | 2,500.00 | 6,000.00 | 250.00 | 6,000.00 | 2,500.00 | | | 250.00 | 14,665.00 |
| 29 Security System | 0.060% | | 1,250.00 | 2,500.00 | | | | | | | 1,250.00 | | | | | 3,000.00 |
| 30 Sewage System | 0.069% | | 1,000.00 | | | 1,000.00 | 500.00 | | | 1,000.00 | 1,000.00 | 400.00 | | | 1,000.00 | 3,500.00 |
| 31 Trash Disposal | 0.069% | | 300.00 | | 500.00 | | 300.00 | | 300.00 | | 400.00 | 360.00 | | 500.00 | 16,250.00 | 3,500.00 |
| **Total Utilities** | 5.937% | | 2,550.00 | 61,611.00 | 4,000.00 | 7,260.00 | 93,587.00 | 45,500.00 | 3,800.00 | 7,250.00 | 8,650.00 | 3,500.00 | 40,500.00 | 3,500.00 | 16,250.00 | 299,948.00 |
| **Total Cash Disbursements – Operating** | 73.824% | 174,133.00 | 206,167.00 | 334,917.00 | 248,032.00 | 207,085.00 | 307,440.00 | 235,170.00 | 234,763.00 | 249,202.00 | 220,584.00 | 233,660.00 | 312,169.00 | 357,410.00 | 423,974.00 | 3,734,676.00 |
| **Net Operating Cash Flow** | 26.076% | (93,103.00) | (46,187.00) | 17,083.00 | (28,032.00) | 340,915.00 | 177,560.00 | 20,830.00 | 121,237.00 | (65,202.00) | 66,416.00 | 22,340.00 | (169.00) | 172,590.00 | 619,026.00 | 1,317,354.00 |
| **Payments of Taxes, Condo Fees and Administrative Expenses** | | | | | | | | | | | | | | | | |
| 32 Chautauqua County Taxes | 0.000% | | | | | | | | | 200,000.00 | | | | | | 200,000.00 |
| 33 Clymer School Taxes | 3.959% | | | | | | | | | | | | | | 169,303.00 | 169,303.00 |
| 34 Condo Rental Program | 3.747% | | 18,503.00 | | | | | | | 36,850.00 | 27,500.00 | 40,000.00 | | 100,000.00 | 34,500.00 | 247,000.00 |
| 35 Sales / Use Tax | 4.885% | | | | 5,000.00 | | 56,000.00 | | | | | | | | 50,000.00 | 52,000.00 |
| 36 Occupancy Tax | 1.029% | | | | | 56,000.00 | | 68,500.00 | | | 27,500.00 | | | | 4,700.00 | 55,790.00 |
| 37 Developer Assessment Fees | 1.104% | | | | 52,000.00 | | | | | | | | | | 23,221.00 | 257,500.00 |
| 38 Debtor Legal Fees (Thompson Hine/Schaack Nelser | 5.097% | | 32,589.00 | | | | | | | | | | | | 257,500.00 | 267,500.00 |
| 39 Debtor Appraiser (Hotel & Leisure Adv) | 1.127% | | | | | | | | | | | | | | 45,000.00 | 45,000.00 |
| 40 Debtor Financial Advisor (Inglewood) | 0.950% | | | | | | | 11,957.00 | | | | | | | 50,000.00 | 56,957.00 |
| 44 Unsecured Creditors – Palm Leeser | 1.188% | | | | | | | | | | | | | | 60,000.00 | 60,000.00 |
| 45 Unsecured Creditors Financial – McGladrey | 0.594% | | | | | | | | | | | | | | 30,000.00 | 30,000.00 |
| 46 U.S. Trustee Fees | 0.206% | | | | | | 16,400.00 | | | | | | | | 30,000.00 | 10,400.00 |
| **Total Payments of Taxes, Condo Fees and Admins** | 23.930% | | 51,372.00 | | 5,000.00 | 52,000.00 | 56,000.00 | 78,500.00 | | | 247,957.00 | 27,500.00 | 40,000.00 | | 100,000.00 | 660,221.00 | 1,208,950.00 |
| **Debt Service** | | | | | | | | | | | | | | | | |
| **Term Loans** | | | | | | | | | | | | | | | | |
| 47 HNB – $1.44 Million | 0.000% | | | | | | | | | | | | | | | |
| 48 HNB – Ridgedew | 0.000% | | | | | | | | | | | | | | | |
| 49 HNB – $4.19 Million | 0.000% | | | | | | | | | | | | | | | |
| 50 HNB – $6.61 Million | 0.000% | | | | | | | | | | | | | | | |
| 51 HNB – $1.00 Million LOC | 0.000% | | | | | | | | | | | | | | | |
| 52 PNC - Fairways | 0.000% | | | | | | | | | | | | | | | |
| **Total Term Loans** | 0.000% | | | | | | | | | | | | | | | |
| **Capital Leases** | | | | | | | | | | | | | | | | |
| 53 GE Capital (Shuttles) | 0.065% | | | 2,795.00 | | | | | | | | | | | | 2,795.00 |
| 54 HNB (2 Chevy Trucks) | 0.047% | | | 1,292.00 | 1,822.00 | 795.00 | 1,822.00 | | 795.00 | | 1,822.00 | | | 795.00 | | 2,385.00 |
| 55 GMAC (2) | 0.160% | | | 1,307.00 | | | | | | | | | | | | 8,060.00 |

10/19/2010 9:52 PM

10-15099-rb   Doc 304   FILED 11/02/10   ENTERED 11/02/10 15:09:33   Page 5 of 7

Peek'n Peak Resort
Bankruptcy Operating Budget - Cash Basis

## Week Ending on Sunday to Match Company's Internal Cash Management Tool

| | | Average % of sales | 3 day Stub Period Ending 10/3/10 | 10/10/10 | 10/17/10 | 10/24/10 | 10/31/10 | 11/7/10 | 11/14/10 | 11/21/10 | 11/28/10 | 12/5/10 | 12/12/10 | 12/19/10 | 12/26/10 | 1/2/11 | Totals 9.30.2010 thru 1.2.2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| Leasenet | | 1.014% | - | - | - | - | - | 25,611.00 | - | - | - | 25,611.00 | - | - | - | - | 51,222.00 |
| Textron Leases | | 1.584% | - | - | - | - | - | 20,000.00 | - | - | - | 20,000.00 | - | - | 20,000.00 | 20,000.00 | 80,000.00 |
| Everbank (FKA Tygris) Lease | | 1.560% | - | - | - | - | - | 11,260.00 | - | - | 11,260.00 | - | - | - | - | 65,200.00 | 78,620.00 |
| Total Capital Leases | 56 | 4.420% | 1,307.00 | 4,087.00 | 1,822.00 | 795.00 | - | 56,893.00 | - | 795.00 | 11,260.00 | 45,611.00 | 1,822.00 | - | 20,795.00 | 85,200.00 | 221,287.82 |
| Total Debt Service | 57 | 4.420% | 1,307.00 | 4,087.00 | 1,822.00 | 795.00 | - | 58,693.00 | - | 795.00 | 11,260.00 | 45,611.00 | 1,822.00 | - | 20,795.00 | 76,390.00 | 221,287.60 |
| Net Cash from Operations After Debt Service | 58 | -2.274% | (145,782.00) | (50,244.00) | 10,261.00 | 29,173.00 | (43,065.00) | 102,567.00 | 249,830.00 | 20,442.00 | (314,419.00) | (8,655.00) | (9,442.00) | (169.00) | 51,795.00 | (7,495.00) | (114,883.00) |
| Ending Cash Balance | | | 56,941.00 | 6,697.00 | 16,958.00 | 46,131.00 | 3,066.00 | 106,133.00 | 355,863.00 | 376,305.00 | 61,886.00 | 53,191.00 | 43,769.00 | 43,540.00 | 95,335.00 | 87,840.00 | 87,840.00 |

(189,857.00)
Oct Net Cash Flows

56,820.00
Nov Net Cash Flows

25,954.00
Dec Net Cash Flows

* Beginning Cash Balances on this spreadsheet comes from the Budget to Actual Reconciliation filed through September 29, 2010
** Some of the smaller leases are included in the operating expense lines above while some are in the capital lease section below. These line items will be combined in the next version of this budget file. The information to accurately accumulate those leases is not available at this time.

# SERVICE LIST

Philip E. Langer, Esq.
Michael Shuster, Esq.
Porter Wright Morris & Arthur LLP
925 Euclid Avenue, Suite 1700
Cleveland, Ohio 44115-1483
*Counsel for Huntington National Bank*

Joseph Zagraniczny, Esq.
Ingrid S. Palermo, Esq.
Stephen A. Donato, Esq.
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202
*Counsel for Huntington National Bank*

Joseph D. Frank
Jeremy C. Kleinman
Frank/Gecker LLP
325 North LaSalle Street, Suite 625
Chicago, Illinois 60654
*Counsel for Pepsi Beverages Company*

Ronna G. Jackson, Esq.
Howard M. Metzenbaum U.S. Courthouse
201 Superior Ave
Cleveland, OH 44114
*United States Trustee*

Mark L. Hankin, Esq.
Hankin & Mazel, PLLC
7 Penn Plaza, Suite 904
New York, New York 10001
*Counsel for American Leisure Consulting Corporation*

Drew Parobek, Esq.
Carrie M. Brosius, Esq.
Vorys, Sater, Seymour and Pease LLP
2100 One Cleveland Center, 1374 E. 9th
Cleveland, OH 44114
*Counsel for PNC Bank*

Lawrence Bolla, Esq.
Quinn, Buseck, Leemhuis, Toohey & Kroto
2222 West Grandview Boulevard
Erie, Pennsylvania 16506
*Counsel for Vincent Cross, Executor for the Estate of Norbert Cross and Raquel Cross, Executrix of the Estate of Eugene Cross*

Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, Ohio 44114
*Counsel for the Official Committee of Unsecured Creditors*

Kenneth C. Johnson, Esq.
Andria M. Beckham, Esq.
Robert T. Castor, Esq.
Bricker & Eckler, LLP
100 South Third St.
Columbus, Ohio 43215
*Counsel for Textron Financial Corporation*