IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re | ) Chapter 11 |
| | ) |
| Kiebler Recreation, LLC | ) Case No. 10-15099 |
| dba Peek'N Peak Resort & Spa | ) |
| | ) Judge Baxter |
| Debtor. | ) |
| | ) |

## JOINT EX PARTE MOTION FOR ENTRY OF STIPULATION AND AGREED ORDER EXTENDING: FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

Debtor Kiebler Recreation, LLC (the "Debtor"), the Official Committee of Unsecured Creditors (the "Committee"), and The Huntington National Bank ("Huntington" and collectively, the "Parties") have agreed to the attached Stipulation and Agreed Order (the "Extension Order") Extending: Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of December 7, 2010, as amended (the "Final Cash Collateral Order") [docket # 418].[1] The proposed Extension Order will continue to allow the Debtor to use cash collateral in accordance with the terms of the Final Cash Collateral Order and the attached Budget[2] through and including April 30, 2011.

The Extension Order will authorize and direct the Debtor to make a payment to Huntington on April 1, 2011 in the amount of $30,000 (the "Payment").[3] The Payment is made in exchange for Huntington's consent to the Debtor's ability to use cash collateral through April

---

[1] The Final Cash Collateral Order was subsequently amended by that certain Stipulation and Agreed Order Extending Certain Dates and Deadlines in this Chapter 11 Case, dated as of February 11, 2011 [docket # 513].

[2] Capitalized terms used and not defined herein shall have the meaning given them in the Final Cash Collateral Order.

[3] Pursuant to prior agreed orders, the Court has authorized the Debtor to make monthly payments to Huntington.

1822937.2 3/23/2011

30, 2011. The Parties reserve all rights concerning the application of the Payment. In all other respects, all terms and conditions contained in the Final Cash Collateral Order, as modified, including the agreement for extension of the Debtor's exclusive acceptance period only to April 13, 2011, shall remain in effect.

The Parties accordingly request that the Court enter the Extension Order in substantially the form attached hereto as Exhibit A. The Extension Order will be separately submitted in accordance with the Court's protocols for submission of proposed orders.

WHEREFORE, the Parties respectfully request that the Court (i) enter the Extension Order; (ii) authorize and direct the Debtor to make the Payment set forth in the Extension Order; (iii) grant such other and further relief as the Court deems just and proper.

Dated: March 23, 2011

Jointly Submitted,

/s/ Robert C. Folland
Robert C. Folland (0065728)
Andrew L. Turscak, Jr. (0073851)
Mark A. Weintraub (0078789)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500 (phone)
(216) 566-5800 (fax)
Robert.Folland@thompsonhine.com
Andrew.Turscak@thompsonhine.com
Mark.Weintraub@thompsonhine.com
*Counsel for Debtor*

/s/ Joseph Zagraniczny
Stephen A. Donato
Joseph Zagraniczny
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY
(315) 218-8000 (phone)
(315) 218-8100 (fax)
sdonato@bsk.com
jzagraniczny@bsk.com
*Counsel for Huntington*

/s/ Daniel A. DeMarco
Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
(216) 621-0150 (phone)
(216) 241-2824 (fax)
dademarco@hahnlaw.com
cwick@hahnlaw.com
*Counsel for Committee*

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| Kiebler Recreation, LLC ) | Case No. 10-15099 |
| dba Peek'N Peak Resort & Spa ) | |
| ) | Judge Baxter |
| Debtor. ) | |
| ) | |

### STIPULATION AND AGREED ORDER EXTENDING: FINAL ORDER AUTHORIZING THE USE OF CASH COLLATERAL AND GRANTING ADEQUATE PROTECTION

This matter having come before the Court upon the stipulation of Debtor Kiebler Recreation, LLC, the Official Committee of Unsecured Creditors, and The Huntington National Bank for the entry of an order (the "Extension Order") extending the terms of that certain Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of December 7, 2010, as amended (the "Final Cash Collateral Order") [docket # 418],[4] and the

---

[4] The Final Cash Collateral Order was subsequently amended by that certain Stipulation and Agreed Order Extending Certain Dates and Deadlines in this Chapter 11 Case, dated as of February 11, 2011 [docket # 513].

Court finding that good cause exists for the entry of this Extension Order, it is hereby ADJUDGED, DECREED AND

ORDERED that the second "ORDERED" paragraph on page 2 of the Final Cash Collateral Order is hereby amended to state as follows: "The Debtor is authorized to use Cash Collateral to operate the Debtor's business in the ordinary course, including to pay its actual, necessary, ordinary course operating expenses, from the date of this Order through April 30, 2011, pursuant to section 363(c)(2) of the Bankruptcy Code; provided that the Debtor is authorized to use Cash Collateral only for the payment of, or reimbursement for budgeted expenses, on a cumulative basis, as contained in the budget attached hereto as Exhibit A (the "Budget"), through April 30, 2011"; and it is further

ORDERED that the Debtor is authorized and directed to make a payment of $30,000 to Huntington on April 1, 2011 (the "Payment");[5] and it is further

ORDERED that the Payment is made in exchange for Huntington's consent to the extension of the Debtor's ability to use Cash Collateral; the Parties reserve all rights concerning the application of the Payment and its characterization as an adequate protection payment or otherwise; and it is further

ORDERED that notwithstanding anything contrary contained in the Budget, Huntington does not consent to the payment of any professional fees due to any Court-approved professional, other than as authorized pursuant to Order of the Court, or to any carveout for the payment of such professional fees, except that Huntington waives any objection to payment of professional fees on the basis that such payments are barred due to Huntington's interest in Cash Collateral; and it is further

---

[5] Pursuant to prior agreed orders, the Court has authorized the Debtor to make monthly payments to Huntington.

1822937.2 3/23/2011

ORDERED in all other respects, the Final Collateral Order, as subsequently modified, including the extension of the Debtor's exclusive acceptance period only to April 13, 2011, shall remain in effect; and it is further

**IT IS SO ORDERED.**

### ###

Respectfully submitted by,

/s/ Robert C. Folland
Robert C. Folland (0065728)
Andrew L. Turscak, Jr. (0073851)
Mark A. Weintraub (0078789)
THOMPSON HINE LLP
3900 Key Center
127 Public Square
Cleveland, Ohio 44114
(216) 566-5500 (phone)
(216) 566-5800 (fax)
Robert.Folland@thompsonhine.com
Andrew.Turscak@thompsonhine.com
Mark.Weintraub@thompsonhine.com
*Counsel for Debtor*

/s/ Joseph Zagraniczny
Stephen A. Donato
Joseph Zagraniczny
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY
(315) 218- 8000(phone)
(315) 218- 8100(fax)
sdonato@bsk.com
jzagraniczny@bsk.com
*Counsel for Huntington*

/s/ Daniel A. DeMarco
Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
(216) 621-0150 (phone)
(216) 241-2824 (fax)
dademarco@hahnlaw.com
cwick@hahnlaw.com
*Counsel for Committee*

1822937.2 3/23/2011

Kiebler Recreation, LLC dba Peek'n Peak Resort Spa -- Bankruptcy Operating Budget - Cash Basis

| | 4Q10 Average % of Cash Receipts | 4 day Stub Period Ending 10/3/10 | 10/10/10 | 10/17/10 | Marked to Actual Through 11/21/2010 10/24/10 | 10/31/10 | 11/7/10 | 11/14/10 | 11/21/10 | Marked to Actual for the Budget to be filed on Dec 20 2010 11/28/10 | 12/5/10 | 12/12/10 | 12/19/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | | | Includes 8th CCO Revisions | | |
| **Beginning Cash Balance** | | 202,723 | 50,097 | 25,694 | 52,097 | 113,339 | 83,179 | 134,080 | 385,551 | 380,313 | 296,877 | 164,598 | 24,210 |
| **Cash Receipts** | | | | | | | | | | | | | |
| Total Cash Receipts | | 58,138 | 177,323 | 364,422 | 308,800 | 216,204 | 267,375 | 653,940 | 211,707 | 131,330 | 162,690 | 155,970 | 385,861 |
| **Less: Cash Collected on Behalf of Other Parties** | | | | | | | | | | | | | |
| Sales / Use Tax | 5.645% | - | - | 5,000 | - | 51,029 | 5,000 | - | - | - | 47,000 | 100 | - |
| Occupancy Tax | 1.155% | - | - | - | - | - | 52,807 | - | - | - | - | - | - |
| Condo Rental Program (65% net of fees) | 2.381% | - | - | - | 45,938 | - | - | - | 48,938 | - | - | - | - |
| Sewage System & Water Company Costs | 0.114% | - | - | 650 | 428 | 50 | 594 | 3,072 | 166 | 191 | - | - | 50 |
| Golf Merchandise Paid to Pro (95%) | 0.330% | - | 3,704 | 2,302 | 3,588 | 2,635 | 2,866 | - | - | - | - | - | - |
| Total Payments of Cash Collected on Behalf of C | 9.625% | - | 3,704 | 7,952 | 49,954 | 53,714 | 61,267 | 3,072 | 49,104 | 191 | 47,000 | 100 | 50 |
| Net Cash Receipts Relating to Peek'n Peak Op | 90.375% | 58,138 | 173,619 | 356,470 | 258,846 | 162,490 | 206,108 | 650,868 | 162,603 | 131,139 | 115,690 | 155,870 | 385,811 |
| **Cash Disbursements Relating to Peek'n Peak Operation** | | | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | | | |
| Salaries & Wages | 35.300% | 111,005 | 104,264 | 123,416 | 114,616 | 100,933 | 94,362 | 93,116 | 91,763 | 87,304 | 98,123 | 98,708 | 146,556 |
| Taxes & Benefits | 4.253% | 40,001 | - | 303 | 1,238 | 46,937 | 579 | 6,745 | 672 | 1,430 | 41,994 | 512 | 80 |
| Total Personnel | 39.554% | 151,006 | 104,264 | 123,719 | 115,854 | 147,870 | 94,941 | 99,861 | 92,435 | 88,734 | 140,117 | 99,220 | 146,636 |
| **Operations** | | | | | | | | | | | | | |
| General Hotel, Ski, and Operations Costs | 4.465% | 3,463 | 17,136 | 19,465 | 16,087 | 3,627 | 10,837 | 18,589 | 7,758 | 4,406 | 12,430 | 23,643 | 16,740 |
| Food | 9.377% | 8,488 | 45,030 | 36,604 | 13,228 | 17,200 | 12,572 | 16,949 | 22,826 | 23,975 | 18,815 | 50,473 | 57,602 |
| Beverage - Beer / Liquor | 1.234% | 165 | 4,601 | 2,647 | 3,646 | 2,261 | 561 | 898 | 2,185 | 2,384 | 3,921 | 5,311 | 9,829 |
| Purchases for Resale | 1.046% | 184 | 2,910 | 2,753 | 1,904 | 472 | 593 | 508 | 3,484 | 732 | 18,528 | 4,469 | 3,800 |
| Ski Maintenance & Supplies | 4.070% | - | - | 4,257 | 2,429 | 2,274 | 8,156 | 65,780 | 7,620 | 7,390 | 9,495 | 5,912 | 42,793 |
| Golf Supplies and Maintenance Costs | 0.732% | 3,585 | 1,582 | 3,198 | 3,000 | - | 550 | 20,944 | - | 632 | - | - | - |
| Spa Supplies | 0.060% | - | - | 1,196 | - | - | 48 | - | - | 489 | - | - | - |
| Fuel Purchases | 1.531% | - | 4,376 | 5,986 | 4,945 | - | 3,347 | 6,105 | - | 3,164 | 6,279 | 3,088 | 20,739 |
| Repairs & Maintenance | 1.195% | 2,766 | 709 | 7,485 | 2,863 | 1,069 | 1,420 | 2,926 | 5,066 | 2,288 | 2,061 | 2,526 | 7,457 |
| Sales & Marketing | 1.682% | - | 455 | 2,886 | 99 | 3,294 | 2,390 | 7,122 | 1,864 | 129 | 1,346 | 50,000 | 2,325 |
| Total Operations | 25.392% | 18,651 | 76,799 | 86,477 | 48,201 | 30,197 | 40,474 | 139,821 | 50,803 | 45,587 | 72,875 | 145,421 | 161,286 |
| **Leases** | | | | | | | | | | | | | |
| **Operating Leases** | | | | | | | | | | | | | |
| Office Equip. Leases | 0.338% | - | - | - | 405 | 500 | - | 2,004 | 500 | 11,552 | - | - | 500 |
| Vehicle & Equipment Leases | -0.083% | - | - | - | - | - | - | (4,431) | 633 | - | - | - | - |
| Snowmaking Equipment Lease | 1.651% | - | - | - | - | - | - | 37,748 | - | - | - | - | - |
| Total Operating Leases | 1.906% | - | - | - | 405 | 500 | - | 35,321 | 1,133 | 11,552 | - | - | 500 |
| **Capital Leases** | | | | | | | | | | | | | |
| GE Capital (Shuttles) | 0.061% | - | 2,795 | - | - | - | - | - | - | - | - | - | - |
| HNB (2 Chevy Trucks) | 0.052% | - | - | 795 | - | - | - | 795 | - | - | - | - | - |
| GMAC (2) | 0.258% | 1,307 | - | - | 9,317 | - | - | - | - | - | - | - | - |
| Leasenet (Quarterly in advance) | 1.120% | - | - | - | - | - | - | 25,611 | - | - | - | - | - |
| Textron Leases (No Payments March, April, May) | 1.462% | - | - | - | - | - | - | 16,718 | 16,718 | - | - | - | - |
| Everbank (FKA Tygris) Lease | 1.231% | - | 11,260 | - | - | - | - | 11,260 | - | - | - | - | - |
| Total Capital Leases | 4.185% | 1,307 | 14,055 | 795 | 9,317 | - | - | 54,384 | 16,718 | - | - | - | - |
| **General & Administrative** | | | | | | | | | | | | | |
| Bank Charges | 0.056% | 584 | 20 | 20 | 20 | 589 | 10 | 20 | 20 | 83 | 1,143 | 20 | 20 |
| General Business Insurance | 5.584% | - | - | 49,531 | - | 847 | - | 2,148 | 1,754 | - | - | - | 59,376 |
| Worker's Comp Insurance | 0.440% | - | - | - | 20,098 | - | - | - | - | - | - | - | - |
| Postage | 0.189% | 1,000 | 1,141 | 66 | 105 | 1,117 | 289 | 1,073 | - | 1,110 | 1,441 | - | 295 |
| Office Supplies | 0.318% | 58 | 305 | - | - | 402 | 1,219 | 1,092 | 4,121 | 69 | 1,185 | 1,597 | 2,502 |
| Information Technology | 1.096% | 5,434 | - | 3,869 | - | - | 3,619 | 9,474 | - | 14,562 | - | - | 5,160 |
| Telecom Projects | 0.182% | - | - | - | - | - | - | - | - | - | 2,827 | - | 1,115 |
| Travel & Mileage | 0.097% | 155 | - | 1,307 | 231 | 165 | 691 | 596 | 78 | 161 | 181 | - | 154 |
| Total General & Administrative | 7.962% | 7,231 | 1,466 | 54,793 | 20,454 | 3,120 | 5,828 | 14,403 | 5,973 | 15,986 | 6,777 | 1,617 | 68,622 |
| **Utilities** | | | | | | | | | | | | | |
| Cable & Internet | 0.691% | - | - | 7,172 | - | - | 5,533 | 3,157 | - | - | 6,739 | - | - |
| Electric | 3.263% | - | - | 57,111 | - | 1,376 | - | 48,313 | 779 | 652 | 23 | - | 39,441 |
| Natural Gas | 0.833% | - | - | - | - | 9,016 | - | - | - | - | 21,092 | - | - |
| Telephone | 0.188% | - | 645 | - | 3,373 | - | 631 | 3,066 | - | - | - | - | 637 |
| Security System | 0.012% | - | - | - | - | 571 | - | - | - | - | - | - | - |
| Trash Disposal | 0.087% | - | 793 | - | - | - | 658 | 1,071 | - | 107 | 346 | - | - |
| Total Utilities | 5.075% | - | 1,438 | 64,283 | 3,373 | 10,963 | 6,822 | 55,607 | 779 | 759 | 28,201 | - | 40,079 |
| **Payments of Real Estate Taxes and Development Asses** | | | | | | | | | | | | | |
| Chautauqua County Taxes | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Clymer School Taxes | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Developer Assessment Fees | 1.215% | 32,569 | - | - | - | - | - | - | - | - | - | - | - |
| Total Payments of Real Estate Taxes and Develo | 1.215% | 32,569 | - | - | - | - | - | - | - | - | - | - | - |
| Total Disbursements Relating to Peek'n Peak | 85.289% | 210,764 | 198,022 | 330,067 | 197,604 | 192,650 | 148,065 | 399,397 | 167,841 | 162,618 | 247,970 | 246,258 | 417,122 |
| Net Operating Cash Flow | 5.086% | (152,626) | (24,403) | 26,403 | 61,242 | (30,160) | 58,043 | 251,471 | (5,238) | (31,479) | (132,279) | (90,388) | (31,311) |
| **Debt Service** | | | | | | | | | | | | | |
| HNB - $1.44 Million | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| PNC -Fairways | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per 8th CCC | 1.968% | - | - | - | - | - | - | - | - | 40,000 | - | 50,000 | - |
| Total Debt Service on Term Loans | 1.968% | - | - | - | - | - | - | - | - | 40,000 | - | 50,000 | - |
| Net Operating Cash Flow After Debt Service | 3.118% | (152,626) | (24,403) | 26,403 | 61,242 | (30,160) | 58,043 | 251,471 | (5,238) | (71,479) | (132,279) | (140,388) | (31,311) |
| **Chapter 11 Administrative and Professional Fees** | | | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine) | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Legal Fees (Schaack Nelson) | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Appraiser (Hotel & Leisure Advisors directly and to Apollo for reimbursement for retainer) | 0.918% | - | - | - | - | - | - | - | - | 11,957 | - | - | - |
| Debtor Financial Advisor (Inglewood) | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditors - Hahn Loeser | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditors Financial - McGladery | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| U. S. Trustee Fees | 0.156% | - | - | - | - | - | 7,142 | - | - | - | - | - | - |
| Total Chapter 11 Administrative and Professiona | 1.074% | - | - | - | - | - | 7,142 | - | - | 11,957 | - | - | - |
| Net Cash Flow | 2.044% | (152,626) | (24,403) | 26,403 | 61,242 | (30,160) | 50,901 | 251,471 | (5,238) | (83,436) | (132,279) | (140,388) | (31,311) |
| **Ending Cash Balance** | | 50,097 | 25,694 | 52,097 | 113,339 | 83,179 | 134,080 | 385,551 | 380,313 | 296,877 | 164,598 | 24,210 | (7,102) |
| | | | | | | (119,544) | | | | 213,698 | | | |

Kiebler Recreation, LLC dba Peek'n Peak Resort Spa -- Bankruptcy Operating Budget - Cash Basis

| | Revised 12/20/2010 | | Proj'd Totals 9.30.2010 thru 1.2.2011 | 1/9/11 | 1/16/11 | 1/23/11 | 1/30/11 | 2/6/11 | 2/13/11 | 2/20/11 | New Budget for 1 2/27/11 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/26/10 | 1/2/11 | | | | | | | | | |
| **Beginning Cash Balance** | (7,102) | (13,282) | 202,723 | 296,200 | 810,542 | 695,300 | 921,724 | 807,532 | 435,134 | 311,148 | 886,572 |
| **Cash Receipts** | | | | | | | | | | | |
| Total Cash Receipts | 528,900 | 950,000 | 4,572,661 | 1,195,000 | 750,000 | 950,000 | 550,000 | 575,000 | 650,000 | 1,175,000 | 775,000 |
| **Less: Cash Collected on Behalf of Other Parties** | | | | | | | | | | | |
| Sales / Use Tax | 100,000 | 50,000 | 258,129 | - | - | 60,000 | 130,000 | - | - | 60,000 | 136,000 |
| Occupancy Tax | | | 52,807 | | | 46,000 | | | | | |
| Condo Rental Program (65% net of fees) | 14,000 | - | 108,876 | - | - | 167,000 | - | - | - | 167,000 | - |
| Sewage System & Water Company Costs | | | 5,201 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Golf Merchandise Paid to Pro (95%) | | | 15,095 | | | | | | | | |
| Total Payments of Cash Collected on Behalf of O | 114,000 | 50,000 | 440,108 | 250 | 250 | 273,250 | 130,250 | 250 | 250 | 227,250 | 136,250 |
| Net Cash Receipts Relating to Peek'n Peak Op | 414,900 | 900,000 | 4,132,553 | 1,194,750 | 749,750 | 676,750 | 419,750 | 574,750 | 649,750 | 947,750 | 638,750 |
| **Cash Disbursements Relating to Peek'n Peak Operation** | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | |
| Salaries & Wages | 160,000 | 190,000 | 1,614,166 | 199,000 | 197,000 | 206,000 | 193,000 | 190,000 | 215,000 | 220,000 | 187,000 |
| Taxes & Benefits | 3,000 | 51,000 | 194,491 | 6,000 | 3,000 | 3,000 | 42,000 | 6,000 | 3,000 | 3,000 | 42,000 |
| Total Personnel | 163,000 | 241,000 | 1,808,657 | 205,000 | 200,000 | 209,000 | 235,000 | 196,000 | 218,000 | 223,000 | 229,000 |
| **Operations** | | | | | | | | | | | |
| General Hotel, Ski, and Operations Costs | 20,000 | 30,000 | 204,181 | 60,000 | 55,000 | 30,000 | 15,000 | 17,000 | 15,000 | 25,000 | 10,000 |
| Food | 50,000 | 55,000 | 428,761 | 75,000 | 60,000 | 60,000 | 87,660 | 60,000 | 75,000 | 60,000 | 50,000 |
| Beverage - Beer / Liquor | 8,000 | 10,000 | 56,409 | 20,000 | 22,000 | 23,000 | 15,000 | 15,000 | 15,000 | 20,000 | 10,000 |
| Purchases for Resale | 3,500 | 4,000 | 47,837 | 25,000 | 25,000 | 25,000 | 25,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Ski Maintenance & Supplies | 15,000 | 15,000 | 186,106 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 4,000 | 3,000 |
| Golf Supplies and Maintenance Costs | - | - | 33,491 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Spa Supplies | 1,000 | - | 2,733 | 500 | - | 500 | - | 500 | - | 500 | - |
| Fuel Purchases | 6,000 | 6,000 | 70,029 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Repairs & Maintenance | 6,000 | 10,000 | 54,635 | 5,000 | 5,000 | 5,000 | 5,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Sales & Marketing | 2,500 | 2,500 | 76,910 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 |
| Total Operations | 112,000 | 132,500 | 1,161,092 | 214,000 | 195,500 | 167,000 | 171,360 | 128,000 | 135,500 | 135,000 | 98,500 |
| **Leases** | | | | | | | | | | | |
| **Operating Leases** | | | | | | | | | | | |
| Office Equip. Leases | - | - | 15,461 | - | 114 | - | - | - | 1,336 | - | - |
| Vehicle & Equipment Leases | - | - | (3,798) | - | - | - | - | - | - | - | - |
| Snowmaking Equipment Lease | - | 37,748 | 75,496 | 37,748 | - | - | - | 37,748 | - | - | - |
| Total Operating Leases | - | 37,748 | 87,159 | 37,748 | 114 | - | - | 37,748 | 1,336 | - | - |
| **Capital Leases** | | | | | | | | | | | |
| GE Capital (Shuttles) | - | - | 2,795 | - | - | - | - | - | - | - | - |
| HNB (2 Chevy Trucks) | 795 | - | 2,385 | - | - | 795 | - | - | - | 795 | - |
| GMAC (2) | 531 | 633 | 11,788 | - | - | 531 | 633 | - | - | 531 | 633 |
| Leasenet (Quarterly in advance) | - | 25,611 | 51,222 | - | - | - | - | - | - | - | - |
| Textron Leases (No Payments March, April, May) | | 33,436 | 66,872 | - | 16,718 | - | 16,718 | - | - | - | 16,718 |
| Everbank (FKA Tygris) Lease | | 33,780 | 56,300 | 11,260 | 11,260 | - | 11,260 | - | - | - | 11,260 |
| Total Capital Leases | 1,326 | 93,460 | 191,362 | 11,260 | 27,978 | 1,326 | 28,611 | - | - | 1,326 | 28,611 |
| **General & Administrative** | | | | | | | | | | | |
| Bank Charges | - | - | 2,549 | 2,000 | - | - | - | 2,000 | - | - | - |
| General Business Insurance | 133,194 | 8,500 | 255,350 | - | - | - | 83,071 | - | - | - | 83,071 |
| Worker's Comp Insurance | - | - | 20,098 | - | - | 60,000 | - | - | - | - | 20,000 |
| Postage | 500 | 500 | 8,636 | 500 | - | 500 | - | 500 | - | 500 | - |
| Office Supplies | 1,000 | 1,000 | 14,551 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Information Technology | 4,000 | 4,000 | 50,118 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Telecom Projects | 2,200 | 2,200 | 8,342 | - | - | - | - | - | - | - | - |
| Travel & Mileage | 360 | 360 | 4,440 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Total General & Administrative | 141,254 | 16,560 | 364,083 | 5,900 | 3,400 | 63,900 | 86,471 | 5,900 | 3,400 | 3,900 | 106,471 |
| **Utilities** | | | | | | | | | | | |
| Cable & Internet | 3,500 | 5,500 | 31,601 | - | - | 8,600 | - | - | - | 8,600 | - |
| Electric | - | 1,500 | 149,195 | 150,000 | - | - | - | 148,000 | - | - | - |
| Natural Gas | - | 8,000 | 38,108 | 2,000 | - | - | 12,000 | 2,000 | - | - | 10,000 |
| Telephone | - | 250 | 8,602 | 4,000 | - | - | - | 4,000 | - | - | - |
| Security System | - | - | 571 | - | - | - | - | - | - | - | - |
| Trash Disposal | - | 1,000 | 3,975 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Total Utilities | 3,500 | 16,250 | 232,053 | 156,500 | 500 | 9,100 | 12,500 | 154,500 | 500 | 9,100 | 10,500 |
| **Payments of Real Estate Taxes and Development Asset** | | | | | | | | | | | |
| Chautauqua County Taxes | - | - | - | - | - | - | - | 165,000 | - | - | - |
| Clymer School Taxes | - | - | - | - | - | - | - | 200,000 | - | - | - |
| Developer Assessment Fees | - | 23,000 | 55,569 | - | - | - | - | - | - | - | - |
| Total Payments of Real Estate Taxes and Develo | - | 23,000 | 55,569 | - | - | - | - | 365,000 | - | - | - |
| **Total Disbursements Relating to Peek'n Peak** | 421,080 | 560,518 | 3,899,976 | 630,408 | 427,492 | 450,326 | 533,942 | 887,148 | 358,736 | 372,326 | 473,082 |
| **Net Operating Cash Flow** | (6,180) | 339,482 | 232,576 | 564,342 | 322,258 | 226,424 | (114,192) | (312,398) | 291,014 | 575,424 | 165,668 |
| **Debt Service** | | | | | | | | | | | |
| HNB - $1.44 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC | - | - | - | - | - | - | - | - | - | - | - |
| PNC -Fairways | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per 8th CCC | - | - | 90,000 | 50,000 | - | - | - | - | 60,000 | - | - |
| Total Debt Service on Term Loans | - | - | 90,000 | 50,000 | - | - | - | - | 60,000 | - | - |
| **Net Operating Cash Flow After Debt Service** | (6,180) | 339,482 | 142,576 | 514,342 | 322,258 | 226,424 | (114,192) | (372,398) | 291,014 | 575,424 | 165,668 |
| **Chapter 11 Administrative and Professional Fees** | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine) | - | - | - | - | 250,000 | - | - | - | - | 250,000 | 137,500 |
| Debtor Legal Fees (Schaack Nelson) | - | - | - | - | 7,500 | - | - | - | - | - | - |
| Debtor Appraiser (Hotel & Leisure Advisors directly and to Apollo for reimbursement for retainer) | - | 30,000 | 41,957 | - | 15,000 | - | - | - | - | - | - |
| Debtor Financial Advisor (Inglewood) | - | - | - | - | 75,000 | - | - | - | - | 75,000 | 10,000 |
| Unsecured Creditors - Hahn Loeser | - | - | - | - | 60,000 | - | - | - | - | 60,000 | 5,000 |
| Unsecured Creditors Financial - McGladery | - | - | - | - | 30,000 | - | - | - | - | 30,000 | - |
| U. S. Trustee Fees | - | - | 7,142 | - | - | - | - | - | - | - | 13,000 |
| Total Chapter 11 Administrative and Professiona | - | 30,000 | 49,099 | - | 437,500 | - | - | - | - | 415,000 | 165,500 |
| **Net Cash Flow** | (6,180) | 309,482 | 93,477 | 514,342 | (115,242) | 226,424 | (114,192) | (372,398) | (123,986) | 575,424 | 168 |
| **Ending Cash Balance** | (13,282) | 296,200 | 296,200 | 810,542 | 695,300 | 921,724 | 807,532 | 435,134 | 311,148 | 886,572 | 886,740 |
| | | (677) | | | | | | | | | |

Kiebler Recreation, LLC dba Peek'n Peak Resort Spa -- Bankruptcy Operating Budget - Cash Basis

1st Quarter of 2011 as of 12.20.2010

| | 3/6/11 | 3/13/11 | 3/20/11 | 3/27/11 | 4/3/11 | 4/10/11 | 4/17/11 | 4/24/11 | 5/1/11 | Proj'd Totals 1.3.2011 thru 5.1.2011 | Proj'd Totals 9.30.2010 thru 5.1.2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 886,740 | 1,029,842 | 1,192,767 | 1,017,391 | 927,777 | 709,979 | 667,515 | 521,903 | 421,483 | 296,200 | 202,723 |
| **Cash Receipts** | | | | | | | | | | | |
| Total Cash Receipts | 631,000 | 558,800 | 260,200 | 270,500 | 95,900 | 131,200 | 135,600 | 113,000 | 126,300 | 8,942,500 | 13,515,161 |
| **Less: Cash Collected on Behalf of Other Parties** | | | | | | | | | | | |
| Sales / Use Tax | - | - | 5,000 | 61,000 | - | - | 5,000 | 24,000 | - | 481,000 | 739,129 |
| Occupancy Tax | - | - | - | - | - | - | 80,000 | - | - | 126,000 | 178,807 |
| Condo Rental Program (65% net of fees) | - | - | 239,500 | - | - | - | 91,000 | - | - | 664,500 | 773,376 |
| Sewage System & Water Company Costs | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 4,250 | 9,451 |
| Golf Merchandise Paid to Pro (95%) | - | - | - | - | - | - | - | 500 | 500 | 1,000 | 16,095 |
| Total Payments of Cash Collected on Behalf of O | 250 | 250 | 244,750 | 61,250 | 250 | 250 | 176,250 | 24,750 | 750 | 1,276,750 | 1,716,858 |
| Net Cash Receipts Relating to Peek'n Peak Ope | 630,750 | 558,550 | 15,450 | 209,250 | 95,650 | 130,950 | (40,650) | 88,250 | 125,550 | 7,665,750 | 11,798,303 |
| **Cash Disbursements Relating to Peek'n Peak Operation** | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | |
| Salaries & Wages | 186,000 | 153,000 | 133,000 | 112,000 | 78,000 | 72,000 | 73,000 | 76,000 | 80,000 | 2,570,000 | 4,184,166 |
| Taxes & Benefits | 6,000 | 3,000 | 3,000 | 40,000 | 6,000 | 3,000 | 3,000 | 50,000 | 6,000 | 228,000 | 422,491 |
| Total Personnel | 192,000 | 156,000 | 136,000 | 152,000 | 84,000 | 75,000 | 76,000 | 126,000 | 86,000 | 2,798,000 | 4,606,657 |
| **Operations** | | | | | | | | | | | |
| General Hotel, Ski, and Operations Costs | 10,000 | 8,000 | 8,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 8,000 | 286,000 | 490,181 |
| Food | 40,000 | 30,000 | 20,000 | 10,000 | 5,000 | 10,000 | 10,000 | 10,000 | 15,000 | 677,860 | 1,106,621 |
| Beverage - Beer / Liquor | 8,000 | 5,000 | 2,000 | 2,000 | - | - | 500 | 500 | 1,000 | 159,000 | 215,409 |
| Purchases for Resale | 2,000 | 2,000 | - | - | - | - | - | 500 | 500 | 145,000 | 192,837 |
| Ski Maintenance & Supplies | 2,500 | 2,500 | 2,500 | - | - | - | - | - | - | 54,500 | 240,606 |
| Golf Supplies and Maintenance Costs | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 43,991 |
| Spa Supplies | 500 | - | 500 | - | - | - | - | - | - | 3,000 | 5,733 |
| Fuel Purchases | 5,000 | 5,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 95,000 | 165,029 |
| Repairs & Maintenance | 2,000 | 2,000 | 2,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 40,000 | 94,635 |
| Sales & Marketing | 2,500 | 2,500 | 2,500 | - | - | 1,000 | 1,000 | 1,000 | 2,500 | 78,000 | 154,910 |
| Total Operations | 73,000 | 57,500 | 41,000 | 21,500 | 14,500 | 21,000 | 21,500 | 22,000 | 32,000 | 1,548,860 | 2,709,952 |
| **Leases** | | | | | | | | | | | |
| **Operating Leases** | | | | | | | | | | | |
| Office Equip. Leases | - | 114 | - | - | - | 114 | - | - | - | 1,678 | 17,139 |
| Vehicle & Equipment Leases | - | - | - | - | - | - | - | - | - | - | (3,798) |
| Snowmaking Equipment Lease | 37,748 | - | - | - | 37,748 | - | - | - | - | 150,992 | 226,488 |
| Total Operating Leases | 37,748 | 114 | - | - | 37,748 | 114 | - | - | - | 152,670 | 239,829 |
| **Capital Leases** | | | | | | | | | | | |
| GE Capital (Shuttles) | - | - | - | - | - | - | - | - | - | - | 2,795 |
| HNB (2 Chevy Trucks) | - | - | 795 | - | - | - | 795 | - | - | 3,180 | 5,565 |
| GMAC (2) | - | - | 531 | 633 | - | - | 531 | 633 | - | 4,656 | 16,444 |
| Leasenet (Quarterly in advance) | - | 25,611 | - | - | - | - | - | - | - | 25,611 | 76,833 |
| Textron Leases (No Payments March, April, May) | - | - | - | - | - | - | - | - | - | 50,154 | 117,026 |
| Everbank (FKA Tygris) Lease | - | - | - | 11,260 | - | - | - | 11,260 | - | 67,560 | 123,860 |
| Total Capital Leases | - | 25,611 | 1,326 | 11,893 | - | - | 1,326 | 11,893 | - | 151,161 | 342,523 |
| **General & Administrative** | | | | | | | | | | | |
| Bank Charges | 2,000 | - | - | - | 2,000 | - | - | - | - | 8,000 | 10,549 |
| General Business Insurance | - | - | - | 83,071 | - | - | - | - | - | 249,213 | 504,563 |
| Worker's Comp Insurance | - | - | - | 20,000 | - | - | - | 20,000 | - | 120,000 | 140,098 |
| Postage | 500 | - | - | - | 500 | - | - | - | 500 | 3,500 | 12,136 |
| Office Supplies | 500 | 500 | - | - | 250 | - | 250 | - | 250 | 5,750 | 20,301 |
| Information Technology | 10,000 | 3,000 | 3,000 | 2,000 | - | - | 1,000 | 1,000 | 2,000 | 42,000 | 92,118 |
| Telecom Projects | - | - | - | - | - | - | - | - | - | - | 8,342 |
| Travel & Mileage | 400 | 400 | 400 | 400 | 200 | 200 | 200 | 200 | 200 | 5,800 | 10,240 |
| Total General & Administrative | 13,400 | 3,900 | 3,400 | 105,471 | 2,950 | 200 | 1,450 | 21,200 | 2,950 | 434,263 | 798,346 |
| **Utilities** | | | | | | | | | | | |
| Cable & Internet | - | - | 8,600 | - | - | - | 3,236 | 5,377 | - | 34,413 | 66,014 |
| Electric | 105,000 | - | - | - | - | 75,000 | - | - | - | 478,000 | 627,195 |
| Natural Gas | 2,000 | - | - | 8,000 | - | 1,500 | - | - | 4,000 | 41,500 | 79,608 |
| Telephone | 4,000 | - | - | - | - | 600 | 1,200 | 2,200 | - | 16,000 | 24,602 |
| Security System | - | - | - | - | - | - | - | - | - | - | 571 |
| Trash Disposal | 500 | - | 500 | - | 250 | - | 250 | - | 250 | 5,750 | 9,725 |
| Total Utilities | 111,500 | - | 9,100 | 8,000 | 250 | 77,100 | 4,686 | 7,577 | 4,250 | 575,663 | 807,716 |
| **Payments of Real Estate Taxes and Development Asse** | | | | | | | | | | | |
| Chautauqua County Taxes | - | - | - | - | - | - | - | - | - | 165,000 | 165,000 |
| Clymer School Taxes | - | - | - | - | - | - | - | - | - | 200,000 | 200,000 |
| Developer Assessment Fees | - | - | - | - | 26,500 | - | - | - | - | 26,500 | 82,069 |
| Total Payments of Real Estate Taxes and Develo | - | - | - | - | 26,500 | - | - | - | - | 391,500 | 447,069 |
| Total Disbursements Relating to Peek'n Peak | 427,648 | 243,125 | 190,826 | 298,864 | 165,948 | 173,414 | 104,962 | 188,670 | 125,200 | 6,052,117 | 9,952,093 |
| Net Operating Cash Flow | 203,102 | 315,425 | (175,376) | (89,614) | (70,298) | (42,464) | (145,612) | (100,420) | 350 | 1,613,633 | 1,846,209 |
| **Debt Service** | | | | | | | | | | | |
| HNB - $1.44 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC | - | - | - | - | - | - | - | - | - | - | - |
| PNC -Fairways | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per 8th CCC | 60,000 | - | - | - | - | - | - | - | - | 170,000 | 260,000 |
| Total Debt Service on Term Loans | 60,000 | - | - | - | - | - | - | - | - | 170,000 | 260,000 |
| Net Operating Cash Flow After Debt Service | 143,102 | 315,425 | (175,376) | (89,614) | (70,298) | (42,464) | (145,612) | (100,420) | 350 | 1,443,633 | 1,586,209 |
| **Chapter 11 Administrative and Professional Fees** | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine) | - | 137,500 | - | - | 137,500 | - | - | - | 137,512 | 1,050,012 | 1,050,012 |
| Debtor Legal Fees (Schaack Nelson) | - | - | - | - | - | - | - | - | - | 7,500 | 7,500 |
| Debtor Appraiser (Hotel & Leisure Advisors directly and to Apollo for reimbursement for retainer) | - | - | - | - | - | - | - | - | - | 15,000 | 56,957 |
| Debtor Financial Advisor (Inglewood) | - | 5,000 | - | - | 5,000 | - | - | - | 5,065 | 175,065 | 175,065 |
| Unsecured Creditors - Hahn Loeser | - | 5,000 | - | - | 5,000 | - | - | - | 5,413 | 140,413 | 140,413 |
| Unsecured Creditors Financial - McGladery | - | 5,000 | - | - | - | - | - | - | 5,053 | 70,053 | 70,053 |
| U. S. Trustee Fees | - | - | - | - | - | - | - | - | 13,000 | 26,000 | 33,142 |
| Total Chapter 11 Administrative and Professiona | - | 152,500 | - | - | 147,500 | - | - | - | 166,043 | 1,484,043 | 1,533,142 |
| Net Cash Flow | 143,102 | 162,925 | (175,376) | (89,614) | (217,798) | (42,464) | (145,612) | (100,420) | (165,693) | (40,410) | 53,067 |
| **Ending Cash Balance** | 1,029,842 | 1,192,767 | 1,017,391 | 927,777 | 709,979 | 667,515 | 521,903 | 421,483 | 255,790 | 255,790 | 255,790 |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing Joint *Ex Parte* Motion was served electronically through the Court's ECF System upon the parties listed below on March 23, 2011.

Kathleen M. Bennett on behalf of Creditor The Huntington National Bank
kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com

Lawrence C Bolla on behalf of Creditor Raquel Cross, Executrix of the Estate of Eugene Cross
lbolla@quinnfirm.com,
mboni@quinnfirm.com;dcornelius@quinnfirm.com;mmiller@quinnfirm.com;npagliari@quinnfirm.com;mkruszewski@quinnfirm.com

Carrie M Brosius on behalf of Creditor PNC Bank, National Association
cmbrosius@vorys.com, mborr@vorys.com

Brian J. Butler on behalf of Creditor The Huntington National Bank
bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com

Daniel A DeMarco on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
dademarco@hahnlaw.com, hlpcr@hahnlaw.com

Stephen A. Donato on behalf of Creditor The Huntington National Bank
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com

Robert C Folland on behalf of Debtor Kiebler Recreation, LLC
rob.folland@thompsonhine.com

Joseph D. Frank on behalf of Creditor Pepsi Beverages Company
jfrank@fgllp.com, ccarpenter@fgllp.com

Bridget Aileen Franklin on behalf of Plaintiff Kiebler Recreation, LLC
bfranklin@brouse.com

Joseph F. Gula on behalf of Respondent Guy and Heidi Fustine
jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com

Mark L. Hankin on behalf of Creditor American Leisure Consulting Corporation
mhankin@hankinmazel.com

Kenneth C Johnson on behalf of Creditor Textron Financial Corporation
kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com

Alan M Koschik on behalf of Plaintiff Kiebler Recreation, LLC
akoschik@brouse.com, tpalcic@brouse.com

Philip E Langer on behalf of Creditor The Huntington National Bank
planger@porterwright.com, cruehl@porterwright.com

John P. Lennon on behalf of Creditor Desiree and Drew Kate
jplennon@trialadvocates.com

Marc Merklin on behalf of Plaintiff Kiebler Recreation, LLC
mmerklin@brouse.com, tpalcic@brouse.com

Ingrid S. Palermo on behalf of Creditor The Huntington National Bank
ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com

Drew T Parobek on behalf of Creditor PNC Bank, National Association
dtparobek@vorys.com

Curtis L. Tuggle on behalf of Debtor Kiebler Recreation, LLC
curtis.tuggle@thompsonhine.com

Andrew L. Turscak on behalf of Debtor Kiebler Recreation, LLC
andrew.turscak@thompsonhine.com

Mark A. Weintraub on behalf of Debtor Kiebler Recreation, LLC
Mark.Weintraub@ThompsonHine.com

Linda E White on behalf of Interested Party New York State Department of Environmental Conservation
linda.white@ag.ny.gov

Christopher B. Wick on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
cwick@hahnlaw.com, hlpcr@hahnlaw.com

/s/ Joseph Zagraniczny
Joseph Zagraniczny

1822937.2 3/23/2011