# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15099 |
| | ) | |
| Kiebler Recreation, LLC d/b/a | ) | Judge Randolph Baxter |
| Peek-n-Peak Resort & Spa | ) | |
| | ) | Chapter 11 |
| Debtor | ) | |

## MOTION TO ADJOURN HEARING ON FEE APPLICATION

Robert Glowacki, on behalf of Assessment Evaluations, Inc., hereby moves this Court for an adjournment of the hearing currently set for March 29, 2011 to consider the Second Application for Allowance of Compensation filed by Hotel & Leisure Advisors, LLC ("Fee Application").

Mr. Glowacki has previously filed an objection to the Fee Application and is in the process of retaining counsel to pursue that objection on his behalf. In order to educate such counsel, Mr. Glowacki requests a two-week adjournment of the hearing on the Fee Application

Respectfully submitted,

/s/ Robert Glowacki
Robert Glowacki
c/o Assessment Evaluation, Inc.
800 Erie Street, Suite 400
Erie, Pennsylvania 16501
(814) 455-4266
(814) 455-3471 (Fax)
glowacki@assessmentevaluation.com

Pro Se

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2011a copy of the Motion to Adjourn Hearing on Fee Application was filed electronically. Notice of this filing will be sent to all parties on the Service List by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

## SERVICE LIST

Kathleen M. Bennett on behalf of Creditor The Huntington National Bank    kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com

Lawrence C Bolla  on behalf of Creditor Raquel Cross, Executrix of the Estate of Eugene Cross lbolla@quinnfirm.com, mboni@quinfirm.com;dcornelius@quinnfirm.com;mmiller@quinnfirm.com;npagliari@quinnfirm.com;mkruszewski@quinnfirm.com

Carrie M Brosius on behalf of Creditor PNC Bank, National Association cmbrosius@vorys.com, mborr@vorys.com

Brian J. Butler on behalf of Creditor The Huntington National Bank bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com

Daniel A DeMarco on behalf of Creditor Committee Official Committee of Unsecured Creditors dademarco@hahnlaw.com, hlpcr@hahnlaw.com

Stephen A. Donato on behalf of Creditor The Huntington National Bank sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com

Robert C Folland on behalf of Debtor Kiebler Recreation, LLC rob.folland@thompsonhine.com

Joseph D. Frank on behalf of Creditor Pepsi Beverages Company jfrank@fgllp.com, ccarpenter@fgllp.com

Bridget Aileen Franklin on behalf of Plaintiff Kiebler Recreation, LLC bfranklin@brouse.com

Joseph F. Gula on behalf of Respondent Guy and Heidi Fustine jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com

Mark L. Hankin on behalf of Creditor American Leisure Consulting Corporation mhankin@hankinmazel.com

Kenneth C Johnson on behalf of Creditor Textron Financial Corporation kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com

Alan M Koschik on behalf of Plaintiff Kiebler Recreation, LLC
akoschik@brouse.com, tpalcic@brouse.com

Philip E Langer on behalf of Creditor The Huntington National Bnak
planger@porterwright.com, cruehl@porterwright.com

John P. Lennon on behalf of Creditor Desiree and Drew Kate
jplennon@trialadvocates.com

Marc Merklin on behalf of Plaintiff Kiebler Recreation LLC
mmerklin@brouse.com, tpalcic@brouse.com

Ingrid S. Palermo on behalf of Creditor The Huntington National Bank
ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com

Drew T Parobek on behalf of Creditor PNC Bank, National Association
dtparobek@vorys.com

Curtis L. Tuggle on behalf of Debtor Kiebler Recreation, LLC
curtis.tuggle@thompsonhine.com

Andrew L. Turscak on behalf of Debtor Kiebler Recreation, LLC
andrew.turscak@thompsonhine.com

Mark A. Weintraub on behalf of Debtor Kiebler Recreation, LLC
Mark.Weintraub@ThompsonHine.com

Linda E White on behalf of Interested Party New York State Department of Environmental Conservation
linda.white@ag.ny.gov

Christopher B. Wick on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
cwick@hahnlaw.com, hlpcr@hahnlaw.com

Joseph Zagraniczny on behalf of Creditor The Huntington National Bank
jzagraniczny@bsk.com,kdoner@bsk.com;amasica@bsk.com;stemes@bsk.com;tvanetti@bsk.com

    /s/ Robert Glowacki
    Robert Glowacki
    c/o Assessment Evaluation, Inc.
    800 Erie Street, Suite 400
    Erie, Pennsylvania 16501
    (814) 455-4266
    (814) 455-3471 (Fax)
    glowacki@assessmentevaluation.com
    Pro Se