**IT IS SO ORDERED.**

**Dated: 28 March, 2011 12:03 PM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| Kiebler Recreation, LLC | ) | Case No. 10-15099 |
| dba Peek'N Peak Resort & Spa | ) | |
| | ) | Judge Baxter |
| Debtor. | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER EXTENDING: FINAL ORDER
AUTHORIZING THE USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION**

This matter having come before the Court upon the stipulation of Debtor Kiebler Recreation, LLC, the Official Committee of Unsecured Creditors, and The Huntington National Bank for the entry of an order (the "Extension Order") extending the terms of that certain Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of December 7, 2010, as amended (the "Final Cash Collateral Order") [docket # 418],[1] and the

---

[1] The Final Cash Collateral Order was subsequently amended by that certain Stipulation and Agreed Order Extending Certain Dates and Deadlines in this Chapter 11 Case, dated as of February 11, 2011 [docket # 513].

1824215.1 3/23/2011

Court finding that good cause exists for the entry of this Extension Order, it is hereby ADJUDGED, DECREED AND

ORDERED that the second "ORDERED" paragraph on page 2 of the Final Cash Collateral Order is hereby amended to state as follows: "The Debtor is authorized to use Cash Collateral to operate the Debtor's business in the ordinary course, including to pay its actual, necessary, ordinary course operating expenses, from the date of this Order through April 30, 2011, pursuant to section 363(c)(2) of the Bankruptcy Code; provided that the Debtor is authorized to use Cash Collateral only for the payment of, or reimbursement for budgeted expenses, on a cumulative basis, as contained in the budget attached hereto as Exhibit A (the "Budget"), through April 30, 2011"; and it is further

ORDERED that the Debtor is authorized and directed to make a payment of $30,000 to Huntington on April 1, 2011 (the "Payment");[2] and it is further

ORDERED that the Payment is made in exchange for Huntington's consent to the extension of the Debtor's ability to use Cash Collateral; the Parties reserve all rights concerning the application of the Payment and its characterization as an adequate protection payment or otherwise; and it is further

ORDERED that notwithstanding anything contrary contained in the Budget, Huntington does not consent to the payment of any professional fees due to any Court-approved professional, other than as authorized pursuant to Order of the Court, or to any carveout for the payment of such professional fees, except that Huntington waives any objection to payment of professional fees on the basis that such payments are barred due to Huntington's interest in Cash Collateral; and it is further

---

[2] Pursuant to prior agreed orders, the Court has authorized the Debtor to make monthly payments to Huntington.

1824215.1 3/23/2011

10-15099-rb    Doc 569    FILED 03/28/11    ENTERED 03/28/11 12:32:38    Page 2 of 6

ORDERED in all other respects, the Final Collateral Order, as subsequently modified, including the extension of the Debtor's exclusive acceptance period only to April 13, 2011, shall remain in effect; and it is further

**IT IS SO ORDERED.**

# # #

Respectfully submitted by,

| | |
|---|---|
| */s/ Robert C. Folland* | */s/ Joseph Zagraniczny* |
| Robert C. Folland (0065728) | Stephen A. Donato |
| Andrew L. Turscak, Jr. (0073851) | Joseph Zagraniczny |
| Mark A. Weintraub (0078789) | Bond, Schoeneck & King, PLLC |
| THOMPSON HINE LLP | One Lincoln Center |
| 3900 Key Center | Syracuse, NY |
| 127 Public Square | (315) 218- 8000(phone) |
| Cleveland, Ohio 44114 | (315) 218- 8100(fax) |
| (216) 566-5500 (phone) | sdonato@bsk.com |
| (216) 566-5800 (fax) | jzagraniczny@bsk.com |
| Robert.Folland@thompsonhine.com | *Counsel for Huntington* |
| Andrew.Turscak@thompsonhine.com | |
| Mark.Weintraub@thompsonhine.com | |
| *Counsel for Debtor* | |

*/s/ Daniel A. DeMarco*
Daniel A. DeMarco
Christopher B. Wick
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114
(216) 621-0150 (phone)
(216) 241-2824 (fax)
dademarco@hahnlaw.com
cwick@hahnlaw.com
*Counsel for Committee*

Kiebler Recreation, LLC dba Peek'n Peak Resort Spa -- Bankruptcy Operating Budget - Cash Basis

| | 4Q10 Average % of Cash Receipts | 4 day Stub Period Ending 10/3/10 | 10/10/10 | 10/17/10 | 10/24/10 | 10/31/10 | 11/7/10 | 11/14/10 | 11/21/10 | 11/28/10 | 12/5/10 | 12/12/10 | 12/19/10 |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | | | Marked to Actual Through 11/21/2010 | | | | | | | Marked to Actual for the Budget to be filed on Dec 20 2010 | | | |
| | | | | | | | | | | | Includes 8th CCO Revisions | | |
| **Beginning Cash Balance** | | 202,723 | 50,097 | 25,694 | 52,097 | 113,339 | 83,179 | 134,080 | 385,551 | 380,313 | 296,877 | 164,598 | 24,210 |
| **Cash Receipts** | | | | | | | | | | | | | |
| Total Cash Receipts | | 58,138 | 177,323 | 364,422 | 308,800 | 216,204 | 267,375 | 653,940 | 211,707 | 131,330 | 162,690 | 155,970 | 385,861 |
| **Less: Cash Collected on Behalf of Other Parties** | | | | | | | | | | | | | |
| Sales / Use Tax | 5.645% | - | - | 5,000 | - | 51,029 | 5,000 | - | - | - | 47,000 | 100 | - |
| Occupancy Tax | 1.155% | - | - | - | - | - | 52,807 | - | - | - | - | - | - |
| Condo Rental Program (65% net of fees) | 2.381% | - | - | - | 45,938 | - | - | - | 48,938 | - | - | - | - |
| Sewage System & Water Company Costs | 0.114% | - | - | 650 | 428 | 50 | 594 | 3,072 | 166 | 191 | - | - | 50 |
| Golf Merchandise Paid to Pro (95%) | 0.330% | - | 3,704 | 2,302 | 3,588 | 2,635 | 2,866 | - | - | - | - | - | - |
| Total Payments of Cash Collected on Behalf of C | 9.625% | - | 3,704 | 7,952 | 49,954 | 53,714 | 61,267 | 3,072 | 49,104 | 191 | 47,000 | 100 | 50 |
| **Net Cash Receipts Relating to Peek'n Peak Op** | 90.375% | 58,138 | 173,619 | 356,470 | 258,846 | 162,490 | 206,108 | 650,868 | 162,603 | 131,139 | 115,690 | 155,870 | 385,811 |
| **Cash Disbursements Relating to Peek'n Peak Operation** | | | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | | | |
| Salaries & Wages | 35.300% | 111,005 | 104,264 | 123,416 | 114,616 | 100,933 | 94,362 | 93,116 | 91,763 | 87,304 | 98,123 | 98,708 | 146,556 |
| Taxes & Benefits | 4.253% | 40,001 | - | 303 | 1,238 | 46,937 | 579 | 6,745 | 672 | 1,430 | 41,994 | 512 | 80 |
| Total Personnel | 39.554% | 151,006 | 104,264 | 123,719 | 115,854 | 147,870 | 94,941 | 99,861 | 92,435 | 88,734 | 140,117 | 99,220 | 146,636 |
| **Operations** | | | | | | | | | | | | | |
| General Hotel, Ski, and Operations Costs | 4.465% | 3,463 | 17,136 | 19,465 | 16,087 | 3,627 | 10,837 | 18,589 | 7,758 | 4,406 | 12,430 | 23,643 | 16,740 |
| Food | 9.377% | 8,488 | 45,030 | 36,604 | 13,228 | 17,200 | 12,572 | 16,949 | 22,826 | 23,975 | 18,815 | 50,473 | 57,602 |
| Beverage - Beer / Liquor | 1.234% | 165 | 4,601 | 2,647 | 3,646 | 2,261 | 561 | 898 | 2,185 | 2,384 | 3,921 | 5,311 | 9,829 |
| Purchases for Resale | 1.046% | 184 | 2,910 | 2,753 | 1,904 | 472 | 593 | 508 | 3,484 | 732 | 18,528 | 4,469 | 3,800 |
| Ski Maintenance & Supplies | 4.070% | - | - | 4,257 | 2,429 | 2,274 | 8,156 | 65,780 | 7,620 | 7,390 | 9,495 | 5,912 | 42,793 |
| Golf Supplies and Maintenance Costs | 0.732% | 3,585 | 1,582 | 3,198 | 3,000 | - | 550 | 20,944 | - | 632 | - | - | - |
| Spa Supplies | 0.060% | - | - | 1,196 | - | - | 48 | - | - | 489 | - | - | - |
| Fuel Purchases | 1.531% | - | 4,376 | 5,986 | 4,945 | - | 3,347 | 6,105 | - | 3,164 | 6,279 | 3,088 | 20,739 |
| Repairs & Maintenance | 1.195% | 2,766 | 709 | 7,485 | 2,863 | 1,069 | 1,420 | 2,926 | 5,066 | 2,288 | 2,061 | 2,526 | 7,457 |
| Sales & Marketing | 1.682% | - | 455 | 2,886 | 99 | 3,294 | 2,390 | 7,122 | 1,864 | 129 | 1,346 | 50,000 | 2,325 |
| Total Operations | 25.392% | 18,651 | 76,799 | 86,477 | 48,201 | 30,197 | 40,474 | 139,821 | 50,803 | 45,587 | 72,875 | 145,421 | 161,286 |
| **Leases** | | | | | | | | | | | | | |
| **Operating Leases** | | | | | | | | | | | | | |
| Office Equip. Leases | 0.338% | - | - | - | 405 | 500 | - | 2,004 | 500 | 11,552 | - | - | 500 |
| Vehicle & Equipment Leases | -0.083% | - | - | - | - | - | - | (4,431) | 633 | - | - | - | - |
| Snowmaking Equipment Lease | 1.651% | - | - | - | - | - | - | 37,748 | - | - | - | - | - |
| Total Operating Leases | 1.906% | - | - | - | 405 | 500 | - | 35,321 | 1,133 | 11,552 | - | - | 500 |
| **Capital Leases** | | | | | | | | | | | | | |
| GE Capital (Shuttles) | 0.061% | - | 2,795 | - | - | - | - | - | - | - | - | - | - |
| HNB (2 Chevy Trucks) | 0.052% | - | - | 795 | - | - | - | 795 | - | - | - | - | - |
| GMAC (2) | 0.258% | 1,307 | - | - | 9,317 | - | - | - | - | - | - | - | - |
| Leasenet (Quarterly in advance) | 1.120% | - | - | - | - | - | - | 25,611 | - | - | - | - | - |
| Textron Leases (No Payments March, April, May) | 1.462% | - | - | - | - | - | - | 16,718 | 16,718 | - | - | - | - |
| Everbank (FKA Tygris) Lease | 1.231% | - | 11,260 | - | - | - | - | 11,260 | - | - | - | - | - |
| Total Capital Leases | 4.185% | 1,307 | 14,055 | 795 | 9,317 | - | - | 54,384 | 16,718 | - | - | - | - |
| **General & Administrative** | | | | | | | | | | | | | |
| Bank Charges | 0.056% | 584 | 20 | 20 | 20 | 589 | 10 | 20 | 20 | 83 | 1,143 | 20 | 20 |
| General Business Insurance | 5.584% | - | - | 49,531 | - | 847 | - | 2,148 | 1,754 | - | - | - | 59,376 |
| Worker's Comp Insurance | 0.440% | - | - | - | 20,098 | - | - | - | - | - | - | - | - |
| Postage | 0.189% | 1,000 | 1,141 | 66 | 105 | 1,117 | 289 | 1,073 | - | 1,110 | 1,441 | - | 295 |
| Office Supplies | 0.318% | 58 | 305 | - | - | 402 | 1,219 | 1,092 | 4,121 | 69 | 1,185 | 1,597 | 2,502 |
| Information Technology | 1.096% | 5,434 | - | 3,869 | - | - | 3,619 | 9,474 | - | 14,562 | - | - | 5,160 |
| Telecom Projects | 0.182% | - | - | - | - | - | - | - | - | - | 2,827 | - | 1,115 |
| Travel & Mileage | 0.097% | 155 | - | 1,307 | 231 | 165 | 691 | 596 | 78 | 161 | 181 | - | 154 |
| Total General & Administrative | 7.962% | 7,231 | 1,466 | 54,793 | 20,454 | 3,120 | 5,828 | 14,403 | 5,973 | 15,986 | 6,777 | 1,617 | 68,622 |
| **Utilities** | | | | | | | | | | | | | |
| Cable & Internet | 0.691% | - | - | 7,172 | - | - | 5,533 | 3,157 | - | - | 6,739 | - | - |
| Electric | 3.263% | - | - | 57,111 | - | 1,376 | - | 48,313 | 779 | 652 | 23 | - | 39,441 |
| Natural Gas | 0.833% | - | - | - | - | 9,016 | - | - | - | - | 21,092 | - | - |
| Telephone | 0.188% | - | 645 | - | 3,373 | - | 631 | 3,066 | - | - | - | - | 637 |
| Security System | 0.012% | - | - | - | - | 571 | - | - | - | - | - | - | - |
| Trash Disposal | 0.087% | - | 793 | - | - | - | 658 | 1,071 | - | 107 | 346 | - | - |
| Total Utilities | 5.075% | - | 1,438 | 64,283 | 3,373 | 10,963 | 6,822 | 55,607 | 779 | 759 | 28,201 | - | 40,079 |
| **Payments of Real Estate Taxes and Development Asses** | | | | | | | | | | | | | |
| Chautauqua County Taxes | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Clymer School Taxes | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Developer Assessment Fees | 1.215% | 32,569 | - | - | - | - | - | - | - | - | - | - | - |
| Total Payments of Real Estate Taxes and Develo | 1.215% | 32,569 | - | - | - | - | - | - | - | - | - | - | - |
| **Total Disbursements Relating to Peek'n Peak** | 85.289% | 210,764 | 198,022 | 330,067 | 197,604 | 192,650 | 148,065 | 399,397 | 167,841 | 162,618 | 247,970 | 246,258 | 417,122 |
| **Net Operating Cash Flow** | 5.086% | (152,626) | (24,403) | 26,403 | 61,242 | (30,160) | 58,043 | 251,471 | (5,238) | (31,479) | (132,279) | (90,388) | (31,311) |
| **Debt Service** | | | | | | | | | | | | | |
| HNB - $1.44 Million | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| PNC -Fairways | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per 8th CCC | 1.968% | - | - | - | - | - | - | - | - | 40,000 | - | 50,000 | - |
| Total Debt Service on Term Loans | 1.968% | - | - | - | - | - | - | - | - | 40,000 | - | 50,000 | - |
| **Net Operating Cash Flow After Debt Service** | 3.118% | (152,626) | (24,403) | 26,403 | 61,242 | (30,160) | 58,043 | 251,471 | (5,238) | (71,479) | (132,279) | (140,388) | (31,311) |
| **Chapter 11 Administrative and Professional Fees** | | | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine) | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Legal Fees (Schaack Nelson) | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Debtor Appraiser (Hotel & Leisure Advisors directly and to Apollo for reimbursement for retainer) | 0.918% | - | - | - | - | - | - | - | - | 11,957 | - | - | - |
| Debtor Financial Advisor (Inglewood) | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditors - Hahn Loeser | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| Unsecured Creditors Financial - McGladery | 0.000% | - | - | - | - | - | - | - | - | - | - | - | - |
| U. S. Trustee Fees | 0.156% | - | - | - | - | - | 7,142 | - | - | - | - | - | - |
| Total Chapter 11 Administrative and Professiona | 1.074% | - | - | - | - | - | 7,142 | - | - | 11,957 | - | - | - |
| **Net Cash Flow** | 2.044% | (152,626) | (24,403) | 26,403 | 61,242 | (30,160) | 50,901 | 251,471 | (5,238) | (83,436) | (132,279) | (140,388) | (31,311) |
| **Ending Cash Balance** | | 50,097 | 25,694 | 52,097 | 113,339 | 83,179 | 134,080 | 385,551 | 380,313 | 296,877 | 164,598 | 24,210 | (7,102) |
| | | | | | | (119,544) | | | | 213,698 | | | |

Kiebler Recreation, LLC dba Peek'n Peak Resort Spa -- Bankruptcy Operating Budget - Cash Basis

| | Revised 12/20/2010 | | Proj'd Totals 9.30.2010 thru 1.2.2011 | New Budget for 1 | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 12/26/10 | 1/2/11 | | 1/9/11 | 1/16/11 | 1/23/11 | 1/30/11 | 2/6/11 | 2/13/11 | 2/20/11 | 2/27/11 |
| **Beginning Cash Balance** | (7,102) | (13,282) | 202,723 | 296,200 | 810,542 | 695,300 | 921,724 | 807,532 | 435,134 | 311,148 | 886,572 |
| **Cash Receipts** | | | | | | | | | | | |
| Total Cash Receipts | 528,900 | 950,000 | 4,572,661 | 1,195,000 | 750,000 | 950,000 | 550,000 | 575,000 | 650,000 | 1,175,000 | 775,000 |
| **Less: Cash Collected on Behalf of Other Parties** | | | | | | | | | | | |
| Sales / Use Tax | 100,000 | 50,000 | 258,129 | - | - | 60,000 | 130,000 | - | - | 60,000 | 136,000 |
| Occupancy Tax | - | - | 52,807 | - | - | 46,000 | - | - | - | - | - |
| Condo Rental Program (65% net of fees) | 14,000 | - | 108,876 | - | - | 167,000 | - | - | - | 167,000 | - |
| Sewage System & Water Company Costs | - | - | 5,201 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 |
| Golf Merchandise Paid to Pro (95%) | - | - | 15,095 | - | - | - | - | - | - | - | - |
| Total Payments of Cash Collected on Behalf of C | 114,000 | 50,000 | 440,108 | 250 | 250 | 273,250 | 130,250 | 250 | 250 | 227,250 | 136,250 |
| Net Cash Receipts Relating to Peek'n Peak Op | 414,900 | 900,000 | 4,132,553 | 1,194,750 | 749,750 | 676,750 | 419,750 | 574,750 | 649,750 | 947,750 | 638,750 |
| **Cash Disbursements Relating to Peek'n Peak Operation** | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | |
| Salaries & Wages | 160,000 | 190,000 | 1,614,166 | 199,000 | 197,000 | 206,000 | 193,000 | 190,000 | 215,000 | 220,000 | 187,000 |
| Taxes & Benefits | 3,000 | 51,000 | 194,491 | 6,000 | 3,000 | 3,000 | 42,000 | 6,000 | 3,000 | 3,000 | 42,000 |
| Total Personnel | 163,000 | 241,000 | 1,808,657 | 205,000 | 200,000 | 209,000 | 235,000 | 196,000 | 218,000 | 223,000 | 229,000 |
| **Operations** | | | | | | | | | | | |
| General Hotel, Ski, and Operations Costs | 20,000 | 30,000 | 204,181 | 60,000 | 55,000 | 30,000 | 15,000 | 17,000 | 15,000 | 25,000 | 10,000 |
| Food | 50,000 | 55,000 | 428,761 | 75,000 | 60,000 | 60,000 | 87,860 | 60,000 | 75,000 | 60,000 | 50,000 |
| Beverage - Beer / Liquor | 8,000 | 10,000 | 56,409 | 20,000 | 22,000 | 23,000 | 15,000 | 15,000 | 15,000 | 20,000 | 10,000 |
| Purchases for Resale | 3,500 | 4,000 | 47,837 | 25,000 | 25,000 | 25,000 | 25,000 | 10,000 | 10,000 | 10,000 | 10,000 |
| Ski Maintenance & Supplies | 15,000 | 15,000 | 186,106 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 | 5,000 | 4,000 | 3,000 |
| Golf Supplies and Maintenance Costs | - | - | 33,491 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Spa Supplies | 1,000 | - | 2,733 | 500 | - | 500 | - | 500 | - | 500 | - |
| Fuel Purchases | 6,000 | 6,000 | 70,029 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 | 8,000 |
| Repairs & Maintenance | 6,000 | 10,000 | 54,635 | 5,000 | 5,000 | 5,000 | 5,000 | 2,000 | 2,000 | 2,000 | 2,000 |
| Sales & Marketing | 2,500 | 2,500 | 76,910 | 10,000 | 10,000 | 10,000 | 10,000 | 10,000 | 5,000 | 5,000 | 5,000 |
| Total Operations | 112,000 | 132,500 | 1,161,092 | 214,000 | 195,500 | 167,000 | 171,360 | 128,000 | 135,500 | 135,000 | 98,500 |
| **Leases** | | | | | | | | | | | |
| **Operating Leases** | | | | | | | | | | | |
| Office Equip. Leases | - | - | 15,461 | - | 114 | - | - | - | 1,336 | - | - |
| Vehicle & Equipment Leases | - | - | (3,798) | - | - | - | - | - | - | - | - |
| Snowmaking Equipment Lease | - | 37,748 | 75,496 | 37,748 | - | - | - | 37,748 | - | - | - |
| Total Operating Leases | - | 37,748 | 87,159 | 37,748 | 114 | - | - | 37,748 | 1,336 | - | - |
| **Capital Leases** | | | | | | | | | | | |
| GE Capital (Shuttles) | - | - | 2,795 | - | - | - | - | - | - | - | - |
| HNB (2 Chevy Trucks) | 795 | - | 2,385 | - | - | 795 | - | - | - | 795 | - |
| GMAC (2) | 531 | 633 | 11,788 | - | - | 531 | 633 | - | - | 531 | 633 |
| Leasenet (Quarterly in advance) | - | 25,611 | 51,222 | - | - | - | - | - | - | - | - |
| Textron Leases (No Payments March, April, May) | - | 33,436 | 66,872 | - | 16,718 | - | 16,718 | - | - | - | 16,718 |
| Everbank (FKA Tygris) Lease | - | 33,780 | 56,300 | 11,260 | 11,260 | - | 11,260 | - | - | - | 11,260 |
| Total Capital Leases | 1,326 | 93,460 | 191,362 | 11,260 | 27,978 | 1,326 | 28,611 | - | - | 1,326 | 28,611 |
| **General & Administrative** | | | | | | | | | | | |
| Bank Charges | - | - | 2,549 | 2,000 | - | - | - | 2,000 | - | - | - |
| General Business Insurance | 133,194 | 8,500 | 255,350 | - | - | - | 83,071 | - | - | - | 83,071 |
| Worker's Comp Insurance | - | - | 20,098 | - | - | 60,000 | - | - | - | - | 20,000 |
| Postage | 500 | 500 | 8,636 | 500 | - | 500 | - | 500 | - | 500 | - |
| Office Supplies | 1,000 | 1,000 | 14,551 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Information Technology | 4,000 | 4,000 | 50,118 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 | 2,500 |
| Telecom Projects | 2,200 | 2,200 | 8,342 | - | - | - | - | - | - | - | - |
| Travel & Mileage | 360 | 360 | 4,440 | 400 | 400 | 400 | 400 | 400 | 400 | 400 | 400 |
| Total General & Administrative | 141,254 | 16,560 | 364,083 | 5,900 | 3,400 | 63,900 | 86,471 | 5,900 | 3,400 | 3,900 | 106,471 |
| **Utilities** | | | | | | | | | | | |
| Cable & Internet | 3,500 | 5,500 | 31,601 | - | - | 8,600 | - | - | - | 8,600 | - |
| Electric | - | 1,500 | 149,195 | 150,000 | - | - | - | 148,000 | - | - | - |
| Natural Gas | - | 8,000 | 38,108 | 2,000 | - | - | 12,000 | 2,000 | - | - | 10,000 |
| Telephone | - | 250 | 8,602 | 4,000 | - | - | - | 4,000 | - | - | - |
| Security System | - | - | 571 | - | - | - | - | - | - | - | - |
| Trash Disposal | - | 1,000 | 3,975 | 500 | 500 | 500 | 500 | 500 | 500 | 500 | 500 |
| Total Utilities | 3,500 | 16,250 | 232,053 | 156,500 | 500 | 9,100 | 12,500 | 154,500 | 500 | 9,100 | 10,500 |
| **Payments of Real Estate Taxes and Development Asses** | | | | | | | | | | | |
| Chautauqua County Taxes | - | - | - | - | - | - | - | 165,000 | - | - | - |
| Clymer School Taxes | - | - | - | - | - | - | - | 200,000 | - | - | - |
| Developer Assessment Fees | - | 23,000 | 55,569 | - | - | - | - | - | - | - | - |
| Total Payments of Real Estate Taxes and Develo | - | 23,000 | 55,569 | - | - | - | - | 365,000 | - | - | - |
| Total Disbursements Relating to Peek'n Peak | 421,080 | 560,518 | 3,899,976 | 630,408 | 427,492 | 450,326 | 533,942 | 887,148 | 358,736 | 372,326 | 473,082 |
| **Net Operating Cash Flow** | (6,180) | 339,482 | 232,576 | 564,342 | 322,258 | 226,424 | (114,192) | (312,398) | 291,014 | 575,424 | 165,668 |
| **Debt Service** | | | | | | | | | | | |
| HNB - $1.44 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC | - | - | - | - | - | - | - | - | - | - | - |
| PNC -Fairways | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per 8th CCC | - | - | 90,000 | 50,000 | - | - | - | 60,000 | - | - | - |
| Total Debt Service on Term Loans | - | - | 90,000 | 50,000 | - | - | - | 60,000 | - | - | - |
| **Net Operating Cash Flow After Debt Service** | (6,180) | 339,482 | 142,576 | 514,342 | 322,258 | 226,424 | (114,192) | (372,398) | 291,014 | 575,424 | 165,668 |
| **Chapter 11 Administrative and Professional Fees** | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine) | - | - | - | - | 250,000 | - | - | - | 250,000 | - | 137,500 |
| Debtor Legal Fees (Schaack Nelson) | - | - | - | - | 7,500 | - | - | - | - | - | - |
| Debtor Appraiser (Hotel & Leisure Advisors directly and to Apollo for reimbursement for retainer) | - | 30,000 | 41,957 | - | 15,000 | - | - | - | - | - | - |
| Debtor Financial Advisor (Inglewood) | - | - | - | - | 75,000 | - | - | - | 75,000 | - | 10,000 |
| Unsecured Creditors - Hahn Loeser | - | - | - | - | 60,000 | - | - | - | 60,000 | - | 5,000 |
| Unsecured Creditors Financial - McGladery | - | - | - | - | 30,000 | - | - | - | 30,000 | - | - |
| U. S. Trustee Fees | - | - | 7,142 | - | - | - | - | - | - | - | 13,000 |
| Total Chapter 11 Administrative and Professiona | - | 30,000 | 49,099 | - | 437,500 | - | - | - | 415,000 | - | 165,500 |
| **Net Cash Flow** | (6,180) | 309,482 | 93,477 | 514,342 | (115,242) | 226,424 | (114,192) | (372,398) | (123,986) | 575,424 | 168 |
| **Ending Cash Balance** | (13,282) | 296,200 | 296,200 | 810,542 | 695,300 | 921,724 | 807,532 | 435,134 | 311,148 | 886,572 | 886,740 |
| | | | (677) | | | | | | | | |

| | 3/6/11 | 3/13/11 | 3/20/11 | 3/27/11 | 4/3/11 | 4/10/11 | 4/17/11 | 4/24/11 | 5/1/11 | Proj'd Totals 1.3.2011 thru 5.1.2011 | Proj'd Totals 9.30.2010 thru 5.1.2011 |
|---|---|---|---|---|---|---|---|---|---|---|---|
| **Beginning Cash Balance** | 886,740 | 1,029,842 | 1,192,767 | 1,017,391 | 927,777 | 709,979 | 667,515 | 521,903 | 421,483 | 296,200 | 202,723 |
| **Cash Receipts** | | | | | | | | | | | |
| Total Cash Receipts | 631,000 | 558,800 | 260,200 | 270,500 | 95,900 | 131,200 | 135,600 | 113,000 | 126,300 | 8,942,500 | 13,515,161 |
| **Less: Cash Collected on Behalf of Other Parties** | | | | | | | | | | | |
| Sales / Use Tax | - | - | 5,000 | 61,000 | - | - | 5,000 | 24,000 | - | 481,000 | 739,129 |
| Occupancy Tax | - | - | - | - | - | - | 80,000 | - | - | 126,000 | 178,807 |
| Condo Rental Program (65% net of fees) | - | - | 239,500 | - | - | - | 91,000 | - | - | 664,500 | 773,376 |
| Sewage System & Water Company Costs | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 250 | 4,250 | 9,451 |
| Golf Merchandise Paid to Pro (95%) | - | - | - | - | - | - | - | 500 | 500 | 1,000 | 16,095 |
| Total Payments of Cash Collected on Behalf of C | 250 | 250 | 244,750 | 61,250 | 250 | 250 | 176,250 | 24,750 | 750 | 1,276,750 | 1,716,858 |
| Net Cash Receipts Relating to Peek'n Peak Op | 630,750 | 558,550 | 15,450 | 209,250 | 95,650 | 130,950 | (40,650) | 88,250 | 125,550 | 7,665,750 | 11,798,303 |
| **Cash Disbursements Relating to Peek'n Peak Operation** | | | | | | | | | | | |
| **Personnel** | | | | | | | | | | | |
| Salaries & Wages | 186,000 | 153,000 | 133,000 | 112,000 | 78,000 | 72,000 | 73,000 | 76,000 | 80,000 | 2,570,000 | 4,184,166 |
| Taxes & Benefits | 6,000 | 3,000 | 3,000 | 40,000 | 6,000 | 3,000 | 3,000 | 50,000 | 6,000 | 228,000 | 422,491 |
| Total Personnel | 192,000 | 156,000 | 136,000 | 152,000 | 84,000 | 75,000 | 76,000 | 126,000 | 86,000 | 2,798,000 | 4,606,657 |
| **Operations** | | | | | | | | | | | |
| General Hotel, Ski, and Operations Costs | 10,000 | 8,000 | 8,000 | 5,000 | 5,000 | 5,000 | 5,000 | 5,000 | 8,000 | 286,000 | 490,181 |
| Food | 40,000 | 30,000 | 20,000 | 10,000 | 5,000 | 10,000 | 10,000 | 10,000 | 15,000 | 677,860 | 1,106,621 |
| Beverage - Beer / Liquor | 8,000 | 5,000 | 2,000 | 2,000 | - | - | 500 | 500 | 1,000 | 159,000 | 215,409 |
| Purchases for Resale | 2,000 | 2,000 | - | - | - | - | - | 500 | 500 | 145,000 | 192,837 |
| Ski Maintenance & Supplies | 2,500 | 2,500 | 2,500 | - | - | - | - | - | - | 54,500 | 240,606 |
| Golf Supplies and Maintenance Costs | 500 | 500 | 500 | 500 | 500 | 1,000 | 1,000 | 1,000 | 1,000 | 10,500 | 43,991 |
| Spa Supplies | 500 | - | 500 | - | - | - | - | - | - | 3,000 | 5,733 |
| Fuel Purchases | 5,000 | 5,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 3,000 | 95,000 | 165,029 |
| Repairs & Maintenance | 2,000 | 2,000 | 2,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 1,000 | 40,000 | 94,635 |
| Sales & Marketing | 2,500 | 2,500 | 2,500 | - | - | 1,000 | 1,000 | 1,000 | 2,500 | 78,000 | 154,910 |
| Total Operations | 73,000 | 57,500 | 41,000 | 21,500 | 14,500 | 21,000 | 21,500 | 22,000 | 32,000 | 1,548,860 | 2,709,952 |
| **Leases** | | | | | | | | | | | |
| **Operating Leases** | | | | | | | | | | | |
| Office Equip. Leases | - | 114 | - | - | - | 114 | - | - | - | 1,678 | 17,139 |
| Vehicle & Equipment Leases | - | - | - | - | - | - | - | - | - | - | (3,798) |
| Snowmaking Equipment Lease | 37,748 | - | - | - | 37,748 | - | - | - | - | 150,992 | 226,488 |
| Total Operating Leases | 37,748 | 114 | - | - | 37,748 | 114 | - | - | - | 152,670 | 239,829 |
| **Capital Leases** | | | | | | | | | | | |
| GE Capital (Shuttles) | - | - | - | - | - | - | - | - | - | - | 2,795 |
| HNB (2 Chevy Trucks) | - | - | 795 | - | - | - | 795 | - | - | 3,180 | 5,565 |
| GMAC (2) | - | - | 531 | 633 | - | - | 531 | 633 | - | 4,656 | 16,444 |
| Leasenet (Quarterly in advance) | - | 25,611 | - | - | - | - | - | - | - | 25,611 | 76,833 |
| Textron Leases (No Payments March, April, May) | - | - | - | - | - | - | - | - | - | 50,154 | 117,026 |
| Everbank (FKA Tygris) Lease | - | - | - | 11,260 | - | - | - | 11,260 | - | 67,560 | 123,860 |
| Total Capital Leases | - | 25,611 | 1,326 | 11,893 | - | - | 1,326 | 11,893 | - | 151,161 | 342,523 |
| **General & Administrative** | | | | | | | | | | | |
| Bank Charges | 2,000 | - | - | - | 2,000 | - | - | - | - | 8,000 | 10,549 |
| General Business Insurance | - | - | - | 83,071 | - | - | - | - | - | 249,213 | 504,563 |
| Worker's Comp Insurance | - | - | - | 20,000 | - | - | - | 20,000 | - | 120,000 | 140,098 |
| Postage | 500 | - | - | - | 500 | - | - | - | 500 | 3,500 | 12,136 |
| Office Supplies | 500 | 500 | - | - | 250 | - | 250 | - | 250 | 5,750 | 20,301 |
| Information Technology | 10,000 | 3,000 | 3,000 | 2,000 | - | - | 1,000 | 1,000 | 2,000 | 42,000 | 92,118 |
| Telecom Projects | - | - | - | - | - | - | - | - | - | - | 8,342 |
| Travel & Mileage | 400 | 400 | 400 | 400 | 200 | 200 | 200 | 200 | 200 | 5,800 | 10,240 |
| Total General & Administrative | 13,400 | 3,900 | 3,400 | 105,471 | 2,950 | 200 | 1,450 | 21,200 | 2,950 | 434,263 | 798,346 |
| **Utilities** | | | | | | | | | | | |
| Cable & Internet | - | - | 8,600 | - | - | - | 3,236 | 5,377 | - | 34,413 | 66,014 |
| Electric | 105,000 | - | - | - | - | 75,000 | - | - | - | 478,000 | 627,195 |
| Natural Gas | 2,000 | - | - | 8,000 | - | 1,500 | - | - | 4,000 | 41,500 | 79,608 |
| Telephone | 4,000 | - | - | - | - | 600 | 1,200 | 2,200 | - | 16,000 | 24,602 |
| Security System | - | - | - | - | - | - | - | - | - | - | 571 |
| Trash Disposal | 500 | - | 500 | - | 250 | - | 250 | - | 250 | 5,750 | 9,725 |
| Total Utilities | 111,500 | - | 9,100 | 8,000 | 250 | 77,100 | 4,686 | 7,577 | 4,250 | 575,663 | 807,716 |
| **Payments of Real Estate Taxes and Development Asses** | | | | | | | | | | | |
| Chautauqua County Taxes | - | - | - | - | - | - | - | - | - | 165,000 | 165,000 |
| Clymer School Taxes | - | - | - | - | - | - | - | - | - | 200,000 | 200,000 |
| Developer Assessment Fees | - | - | - | - | 26,500 | - | - | - | - | 26,500 | 82,069 |
| Total Payments of Real Estate Taxes and Develo | - | - | - | - | 26,500 | - | - | - | - | 391,500 | 447,069 |
| Total Disbursements Relating to Peek'n Peak | 427,648 | 243,125 | 190,826 | 298,864 | 165,948 | 173,414 | 104,962 | 188,670 | 125,200 | 6,052,117 | 9,952,093 |
| **Net Operating Cash Flow** | 203,102 | 315,425 | (175,376) | (89,614) | (70,298) | (42,464) | (145,612) | (100,420) | 350 | 1,613,633 | 1,846,209 |
| **Debt Service** | | | | | | | | | | | |
| HNB - $1.44 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC | - | - | - | - | - | - | - | - | - | - | - |
| PNC -Fairways | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per 8th CCC | 60,000 | - | - | - | - | - | - | - | - | 170,000 | 260,000 |
| Total Debt Service on Term Loans | 60,000 | - | - | - | - | - | - | - | - | 170,000 | 260,000 |
| **Net Operating Cash Flow After Debt Service** | 143,102 | 315,425 | (175,376) | (89,614) | (70,298) | (42,464) | (145,612) | (100,420) | 350 | 1,443,633 | 1,586,209 |
| **Chapter 11 Administrative and Professional Fees** | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine) | - | 137,500 | - | - | 137,500 | - | - | - | 137,512 | 1,050,012 | 1,050,012 |
| Debtor Legal Fees (Schaack Nelson) | - | - | - | - | - | - | - | - | - | 7,500 | 7,500 |
| Debtor Appraiser (Hotel & Leisure Advisors directly and to Apollo for reimbursement for retainer) | - | - | - | - | - | - | - | - | - | 15,000 | 56,957 |
| Debtor Financial Advisor (Inglewood) | - | 5,000 | - | - | 5,000 | - | - | - | 5,065 | 175,065 | 175,065 |
| Unsecured Creditors - Hahn Loeser | - | 5,000 | - | - | 5,000 | - | - | - | 5,413 | 140,413 | 140,413 |
| Unsecured Creditors Financial - McGladery | - | 5,000 | - | - | - | - | - | - | 5,053 | 70,053 | 70,053 |
| U. S. Trustee Fees | - | - | - | - | - | - | - | - | 13,000 | 26,000 | 33,142 |
| Total Chapter 11 Administrative and Professiona | - | 152,500 | - | - | 147,500 | - | - | - | 166,043 | 1,484,043 | 1,533,142 |
| **Net Cash Flow** | 143,102 | 162,925 | (175,376) | (89,614) | (217,798) | (42,464) | (145,612) | (100,420) | (165,693) | (40,410) | 53,067 |
| **Ending Cash Balance** | 1,029,842 | 1,192,767 | 1,017,391 | 927,777 | 709,979 | 667,515 | 521,903 | 421,483 | 255,790 | 255,790 | 255,790 |