**IT IS SO ORDERED.**

_/s/ Randolph Baxter_
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 28 March, 2011 03:21 PM**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| In re | ) | Chapter 11 |
| | ) | |
| KIEBLER RECREATION, LLC | ) | Case No. 10-15099 |
| d/b/a Peek'N Peak Resort & Spa, | ) | |
| | ) | Judge Baxter |
| Debtor. | ) | |
| | ) | |

**ORDER DENYING DEBTOR'S MOTION FOR ENTRY OF ORDER (1) APPROVING DISCLOSURE STATEMENT; (2) APPROVING SOLICITATION PROCEDURES AND ESTABLISHING DEADLINES IN CONNECTION THEREWITH; AND (3) SCHEDULING CONFIRMATION HEARING AND <u>SHORTENING NOTICE PERIOD WITH RESPECT THERETO</u>**

This matter having come before the Court on the Debtor's Motion for Entry of Order (1) Approving the Debtor's Disclosure Statement related to its Plan of Reorganization (the "Disclosure Statement"); (2) Approving Solicitation Procedures and Establishing Deadlines in

1

1823106.1 3/23/2011

10-15099-rb    Doc 577    FILED 03/28/11    ENTERED 03/29/11 09:18:42    Page 1 of 4

Connection Therewith; and (3) Scheduling Confirmation Hearing and Shortening Notice Period With Respect Thereto [docket nos. 438, 533 and 534] (the "Motion"); responses or objections to the Motion having been filed by C.A. Curtze Co., Inc. a/d/b/a Specialty Steak Service [docket no. 456], Guy and Heidi Fustine [docket no. 457], the New York State Department of Environmental Conservation [docket no. 458], The Huntington National Bank [docket nos. 507, 510 and 539], the Official Committee of Unsecured Creditors [docket no. 527] and Vincent Cross as Executor of the Estate of Norbert Cross and Raquel Cross as Executrix of the Estate of Eugene Cross [docket no. 531]; the Court having reviewed the Motion and having held a hearing on the Motion on March 15, 2011 (the "Hearing"); and upon due deliberation and the statements of counsel present at the Hearing and on the findings of the Court set forth on the record at the Hearing; it is hereby ADJUDGED, DECREED AND

**ORDERED**, that the Motion is hereby denied in its entirety; and it is further

**ORDERED**, that the Disclosure Statement fails to comply with the requirements set forth in 11 U.S.C. § 1125(a).

**IT IS SO ORDERED**.

###

_____*/s/ Stephen A. Donato*_____
Joseph Zagraniczny
Stephen A. Donato
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY
(315) 218- 8000(phone)
(315) 218- 8100(fax)
jzagraniczny@bsk.com
sdonato@bsk.com

*Counsel for The Huntington National Bank*

2

1823106.1 3/23/2011

10-15099-rb   Doc 577   FILED 03/28/11   ENTERED 03/29/11 09:18:42   Page 2 of 4

## CERTIFICATE OF SERVICE

The following have been served by ECF:

Kathleen M. Bennett on behalf of Creditor The Huntington National Bank
kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com

Lawrence C Bolla on behalf of Creditor Raquel Cross, Executrix of the Estate of Eugene Cross
lbolla@quinnfirm.com,boni@quinnfirm.com; dcornelius@quinnfirm.com; mmiller@quinnfirm.com; npagliari@quinnfirm.com; mkruszewski@quinnfirm.com

Carrie M Brosius on behalf of Creditor PNC Bank, National Association
cmbrosius@vorys.com, mborr@vorys.com

Brian J. Butler on behalf of Creditor The Huntington National Bank
bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com

Daniel A DeMarco on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
dademarco@hahnlaw.com, hlpcr@hahnlaw.com

Robert C Folland on behalf of Debtor Kiebler Recreation, LLC
rob.folland@thompsonhine.com

Joseph D. Frank on behalf of Creditor Pepsi Beverages Company
jfrank@fgllp.com, ccarpenter@fgllp.com

Bridget Aileen Franklin on behalf of Plaintiff Kiebler Recreation, LLC
bfranklin@brouse.com

Joseph F. Gula on behalf of Respondent Guy and Heidi Fustine
jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com

Mark L. Hankin on behalf of Creditor American Leisure Consulting Corporation
mhankin@hankinmazel.com

Kenneth C Johnson on behalf of Creditor Textron Financial Corporation
kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com

Alan M Koschik on behalf of Plaintiff Kiebler Recreation, LLC
akoschik@brouse.com, tpalcic@brouse.com

Philip E Langer on behalf of Creditor The Huntington National Bank
planger@porterwright.com, cruehl@porterwright.com

John P. Lennon on behalf of Creditor Desiree and Drew Kate
jplennon@trialadvocates.com

Marc Merklin on behalf of Plaintiff Kiebler Recreation, LLC
mmerklin@brouse.com, tpalcic@brouse.com

Ingrid S. Palermo on behalf of Creditor The Huntington National Bank
ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com

Drew T Parobek on behalf of Creditor PNC Bank, National Association
dtparobek@vorys.com

Curtis L. Tuggle on behalf of Debtor Kiebler Recreation, LLC
curtis.tuggle@thompsonhine.com

Andrew L. Turscak on behalf of Debtor Kiebler Recreation, LLC
andrew.turscak@thompsonhine.com

Mark A. Weintraub on behalf of Debtor Kiebler Recreation, LLC
Mark.Weintraub@ThompsonHine.com

Linda E White on behalf of Interested Party New York State Department of Environmental Conservation
linda.white@ag.ny.gov

Christopher B. Wick on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
cwick@hahnlaw.com, hlpcr@hahnlaw.com

      /s/ Stephen A. Donato
      Stephen A. Donato