**IT IS SO ORDERED.**

**Dated: 18 April, 2011 03:34 PM**

RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

## IN THE UNITED STATES BANKRUPTCY COURT
### NORTHERN DISTRICT OF OHIO
### Eastern Division

In Re:                                                  In Proceedings Under Chapter 11

**KIEBLER RECREATION, LLC,**                **Case No.: 10-15099**

               **Debtor.**                **JUDGE RANDOLPH BAXTER**

### ORDER TO SHOW CAUSE

The Debtor, Kiebler Recreation LLC, is hereby ordered to appear and show cause why the above-styled case should not be dismissed for failure to file a Plan and Disclosure Statement as required by this Court's June 3, 2010 Scheduling Order. The Debtor filed its petition on May 26, 2010. Per this Court's Scheduling Order, the Debtor was to have filed its Plan and Disclosure Statement by September 24, 2010. The Debtor, with consent of various parties in the case, sought several extensions of time in which to file its Disclosure Statement and Plan. Pursuant to this Court's March 28, 2011 Order, this Court approved the extension of time in which the Debtor had the exclusive right to file a Plan and Disclosure Statement until April 13, 2011.

The Debtor initially filed a Plan and Disclosure Statement on November 24, 2010. Because of several requests for continuance, the Disclosure Statement was not heard until March 15, 2011. On March 14, 2011, the Debtor filed an Amended Disclosure Statement. Hearing on the Disclosure Statement as originally filed was held on March 15, 2011, and approval was denied on the basis of inadequate information. The Debtor sought expedited consideration of its Amended Disclosure Statement and hearing was set for March 29, 2011. On March 25, 2011, the Debtor withdrew the Amended Disclosure Statement. The docket does not reflect that the Debtor has filed another Disclosure Statement and Plan, nor has the Debtor requested an extension of time in that regard. Because more than sufficient time has passed for the Debtor to seek approval of a Disclosure Statement and Plan, the Debtor is ordered to appear and show cause on May 24, 2011 at 10:00 a.m. why its case should not be dismissed for want of prosecution.

**IT IS SO ORDERED.**