**IT IS SO ORDERED.**

/s/ Randolph Baxter
RANDOLPH BAXTER
UNITED STATES BANKRUPTCY JUDGE

**Dated: 18 April, 2011 02:29 PM**

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **In re** | ) | **Chapter 11** |
| | ) | |
| **Kiebler Recreation, LLC** | ) | **Case No. 10-15099** |
| **dba Peek'N Peak Resort & Spa** | ) | |
| | ) | **Judge Baxter** |
| **Debtor.** | ) | |
| | ) | |

**STIPULATION AND AGREED ORDER FURTHER EXTENDING: FINAL ORDER
AUTHORIZING THE USE OF CASH COLLATERAL
AND GRANTING ADEQUATE PROTECTION**

This matter having come before the Court upon the stipulation of Debtor Kiebler Recreation, LLC, the Official Committee of Unsecured Creditors, PNC Bank, and The Huntington National Bank for the entry of an order (the "Extension Order") further extending the

terms of that certain Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection, dated as of December 7, 2010, as amended (the "Final Cash Collateral Order") [docket # 418],[1] and the Court finding that good cause exists for the entry of this Extension Order, it is hereby ADJUDGED, DECREED AND

ORDERED that the second "ORDERED" paragraph on page 2 of the Final Cash Collateral Order is hereby amended to state as follows: "The Debtor is authorized to use Cash Collateral to operate the Debtor's business in the ordinary course, including to pay its actual, necessary, ordinary course operating expenses, from the date of this Order through May 31, 2011, pursuant to section 363(c)(2) of the Bankruptcy Code; provided that the Debtor is authorized to use Cash Collateral only for the payment of, or reimbursement for budgeted expenses, subject to a five percent (5%) variance, as contained in the budget attached hereto as Exhibit A (the "Budget"), through May 31, 2011"; and it is further

ORDERED that the Debtor is authorized and directed to make a payment of $30,000 to Huntington on May 2, 2011 and a payment of $5,000 to PNC on May 2, 2011 (the "Payments");[2] and it is further

ORDERED that the Payments are made in exchange for Huntington and PNC's consent to the extension of the Debtor's ability to use Cash Collateral; the Parties reserve all rights concerning the application of the Payments and their characterization as an adequate protection payment or otherwise; and it is further

ORDERED that notwithstanding anything to the contrary contained in the Budget, Huntington does not consent to the payment of any professional fees due to any Court-approved

---

[1] The Final Cash Collateral Order was subsequently amended by that certain Stipulation and Agreed Order Extending Certain Dates and Deadlines in this Chapter 11 Case dated February 11, 2011 [docket # 513], and that certain Stipulation and Agreed Order Extending: Final Order Authorizing the Use of Cash Collateral and Granting Adequate Protection dated March 28, 2011 [docket # 569].

professional, other than as authorized pursuant to Order of the Court, or to any carveout for the payment of such professional fees, except that Huntington waives any objection to payment of professional fees on the basis that such payments are barred due to Huntington's interest in Cash Collateral; and it is further

ORDERED in all other respects, the Final Collateral Order, as subsequently modified, shall remain in effect; and it is further

**IT IS SO ORDERED.**

###

---

[2] Pursuant to prior agreed orders, the Court has authorized the Debtor to make monthly payments to Huntington.

Jointly submitted by,

| | |
|---|---|
| */s/ Robert C. Folland* | */s/ Joseph Zagraniczny* |
| Robert C. Folland (0065728) | Stephen A. Donato |
| Andrew L. Turscak, Jr. (0073851) | Joseph Zagraniczny |
| Mark A. Weintraub (0078789) | Bond, Schoeneck & King, PLLC |
| THOMPSON HINE LLP | One Lincoln Center |
| 3900 Key Center | Syracuse, NY |
| 127 Public Square | (315) 218- 8000(phone) |
| Cleveland, Ohio 44114 | (315) 218- 8100(fax) |
| (216) 566-5500 (phone) | sdonato@bsk.com |
| (216) 566-5800 (fax) | jzagraniczny@bsk.com |
| Robert.Folland@thompsonhine.com | *Counsel for Huntington* |
| Andrew.Turscak@thompsonhine.com | |
| Mark.Weintraub@thompsonhine.com | |
| *Counsel for Debtor* | |

| | |
|---|---|
| */s/ Daniel A. DeMarco* | */s/ Drew T. Parobek* |
| Daniel A. DeMarco | Drew Parobek, Esq. |
| Christopher B. Wick | Carrie M. Brosius, Esq. |
| Hahn Loeser & Parks LLP | Vorys, Sater, Seymour and Pease LLP |
| 200 Public Square, Suite 2800 | 2100 One Cleveland Center, 1374 E. 9th |
| Cleveland, OH 44114 | Cleveland, OH 44114 |
| (216) 621-0150 (phone) | (216) 479-6100 (phone) |
| (216) 241-2824 (fax) | (216) 937-3719 (fax) |
| dademarco@hahnlaw.com | dtparobek@vorys.com |
| cwick@hahnlaw.com | cmbrosius@vorys.com |
| *Counsel for Committee* | *Counsel for PNC Bank* |

Kiebler Recreation, LLC dba Peek'n Peak Resort Spa
Bankruptcy Operating Budget - Cash Basis

| | | Revised 3.31.2011 to Reflect Projected March-April Post-Ski/Pre-Golf Off Season | | | | | | Newly Forecast 3.18.2011 - May thru September - Full Golf Season Summer 2011 | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/20/11 | 3/27/11 | 4/3/11 | 4/10/11 | 4/17/11 | 4/24/11 | 5/1/11 | 5/8/11 | 5/15/11 | 5/22/11 | 5/29/11 | 6/5/11 |
| | Marked to Actual | | | | | | | | | | | |
| Beginning Operating Cash Balance (Including Escrow Account for Condos) | 1,092,878.60 | 1,080,323.57 | 715,339.40 | 421,777.90 | 427,313.90 | 342,251.90 | 191,231.90 | 108,640.40 | 126,540.40 | 137,714.40 | 154,276.40 | 95,184.90 |
| Cash Receipts | | | | | | | | | | | | |
| Total Cash Receipts | * | 358,483.15 | 244,202.47 | 260,000.00 | 120,600.00 | 111,900.00 | 149,700.00 | 162,000.00 | 173,400.00 | 171,500.00 | 234,900.00 | 200,500.00 | 218,200.00 |
| Less: Cash Collected on Behalf of Other Parties | | | | | | | | | | | | |
| 1  Sales / Use Tax | 4,200.50 | 70,000.00 | - | - | - | 5,000.00 | 24,000.00 | - | - | 5,000.00 | 41,500.00 | - |
| 2  Occupancy Tax | - | 230,972.34 | - | - | 80,500.00 | - | - | - | - | - | - | - |
| 3  Condo Rental Program (65% net of fees) | - | - | - | - | - | 80,000.00 | - | 3,000.00 | - | - | - | - |
| 4  Sewage System & Water Company Costs | - | - | 250.00 | 250.00 | 250.00 | 250.00 | 250.00 | 2,400.00 | 500.00 | 500.00 | 500.00 | 500.00 |
| 5  Golf Merchandise Paid to Pro (95%) | - | - | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 2,400.00 | 5,200.00 | 5,200.00 | 5,200.00 | 5,200.00 |
| Total Payments of Cash Collected on Behalf of Other Parties | 4,200.50 | 300,972.34 | 1,250.00 | 1,250.00 | 81,750.00 | 86,250.00 | 25,250.00 | 5,400.00 | 2,900.00 | 20,700.00 | 47,200.00 | 5,700.00 |
| Net Cash Receipts Relating to Peek'n Peak Operations | 354,282.65 | (56,769.87) | 258,750.00 | 119,350.00 | 30,150.00 | 63,450.00 | 136,750.00 | 168,000.00 | 168,600.00 | 214,200.00 | 153,300.00 | 212,500.00 |
| Cash Disbursements Relating to Peek'n Peak Operations | | | | | | | | | | | | |
| Personnel | | | | | | | | | | | | |
| 6  Salaries & Wages | 155,447.20 | 156,545.40 | 124,000.00 | 77,200.00 | 82,400.00 | 84,700.00 | 93,700.00 | 85,200.00 | 93,200.00 | 90,200.00 | 99,700.00 | 108,000.00 |
| 7  Taxes & Benefits | 1,376.63 | 63,032.61 | 6,000.00 | 2,000.00 | 2,000.00 | 52,000.00 | 6,000.00 | 2,000.00 | 2,000.00 | 2,000.00 | 53,000.00 | 6,000.00 |
| Total Personnel | 156,823.83 | 219,578.01 | 130,000.00 | 79,200.00 | 84,400.00 | 136,700.00 | 99,700.00 | 87,200.00 | 95,200.00 | 92,200.00 | 152,700.00 | 114,000.00 |
| Operations | | | | | | | | | | | | |
| 8  General Hotel, Ski, and Operations Costs | 8,465.40 | 7,142.97 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 8,000.00 | 4,700.00 | 4,700.00 | 4,700.00 | 4,700.00 | 4,700.00 |
| 9  Food | 32,073.28 | 15,519.71 | 5,000.00 | 10,000.00 | 10,000.00 | 15,000.00 | 10,000.00 | 23,400.00 | 23,400.00 | 23,400.00 | 23,400.00 | 23,400.00 |
| 10  Beverage - Beer / Liquor | 1,452.65 | 872.00 | - | - | 500.00 | 500.00 | 1,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| 11  Purchases for Resale | 13,741.46 | 1,521.89 | - | - | - | 500.00 | 500.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 | 1,600.00 |
| 12  Ski Maintenance & Supplies | 1,170.00 | 1,282.05 | - | - | - | - | - | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 | 3,500.00 |
| 13  Golf Supplies and Maintenance Costs | 3,793.54 | 200.00 | 1,000.00 | 2,000.00 | 3,000.00 | 7,000.00 | 10,000.00 | 7,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| 14  Spa Supplies | 995.83 | - | - | - | - | - | - | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| 15  Fuel Purchases | 7,289.00 | 7,650.94 | 3,600.00 | 3,600.00 | 3,600.00 | 3,600.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 | 5,000.00 |
| 16  Repairs & Maintenance | 24,690.46 | 253.98 | - | 1,000.00 | 1,000.00 | 1,000.00 | 1,000.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 | 2,600.00 |
| 17  Sales & Marketing | 922.50 | 4,699.52 | - | 3,000.00 | - | 2,500.00 | 3,000.00 | - | - | 2,500.00 | - | 3,000.00 |
| Total Operations | 94,594.12 | 39,143.06 | 14,600.00 | 24,600.00 | 23,100.00 | 35,100.00 | 38,500.00 | 53,000.00 | 51,000.00 | 53,500.00 | 51,000.00 | 54,000.00 |
| Leases | | | | | | | | | | | | |
| Operating Leases | | | | | | | | | | | | |
| 18  Office Equip. Leases | 500.00 | - | - | 114.00 | - | - | - | - | - | - | - | 500.00 |
| 19  Vehicle & Equipment Leases | - | - | - | - | - | - | - | 500.00 | - | - | - | - |
| 20  Snowmaking Equipment Lease | - | - | - | - | - | - | - | - | - | - | - | - |
| Total Operating Leases | 500.00 | - | - | 114.00 | - | - | - | 500.00 | - | - | - | 500.00 |
| Capital Leases | | | | | | | | | | | | |
| 21  GE Capital (Shuttles) | - | - | - | - | - | - | - | - | - | - | - | - |
| 22  HNB (2 Chevy Trucks) | - | - | - | - | 795.00 | - | - | - | 795.00 | - | - | - |
| 23  GMAC (2) | - | 1,291.50 | 1,291.50 | - | 531.00 | 633.00 | 1,291.50 | - | 531.00 | 633.00 | 1,291.50 | - |
| 24  Leasenet | - | - | - | - | - | - | - | - | - | 10,245.00 | - | - |
| 25  Textron Leases | - | - | - | - | - | - | - | - | - | - | - | - |
| 26  Everbank (FKA Tygris) Lease | - | 11,259.88 | - | - | - | 11,260.00 | - | - | - | 11,260.00 | - | - |
| Total Capital Leases | - | 12,551.38 | 1,291.50 | - | 1,326.00 | 11,893.00 | 1,291.50 | - | 1,326.00 | 22,138.00 | 1,291.50 | - |
| General & Administrative | | | | | | | | | | | | |
| 27  Bank Charges | 20.00 | 20.00 | 2,000.00 | - | - | - | 2,000.00 | - | - | - | 2,000.00 | - |
| 28  General Business Insurance | 83,071.21 | 19,793.33 | - | - | - | - | - | - | - | - | - | - |
| 29  Worker's Comp Insurance | - | - | - | - | - | 20,000.00 | - | - | - | 20,000.00 | - | - |
| 30  Postage | 28.13 | 199.21 | - | - | - | - | 900.00 | - | - | - | 900.00 | - |
| 31  Office Supplies | 117.66 | - | - | - | 250.00 | 1,000.00 | 250.00 | - | 300.00 | - | 300.00 | - |
| 32  Information Technology | - | 370.72 | 250.00 | - | 1,000.00 | - | 2,000.00 | 8,900.00 | 3,500.00 | - | 3,500.00 | - |
| 33  Telecom Projects | 9,117.00 | 1,144.98 | 7,600.00 | - | - | - | 500.00 | - | - | - | - | 300.00 |
| 34  Travel & Mileage | 153.42 | - | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 | 200.00 |
| Total General & Administrative | 92,507.42 | 20,383.26 | 10,050.00 | 200.00 | 1,450.00 | 21,200.00 | 5,350.00 | 8,900.00 | 4,000.00 | 20,200.00 | 6,900.00 | 500.00 |
| Utilities | | | | | | | | | | | | |
| 35  Cable & Internet | - | 8,612.55 | - | - | 3,236.00 | 5,377.00 | - | - | 3,300.00 | - | - | - |
| 36  Electric | - | - | 68,870.00 | - | - | - | 61,000.00 | - | - | 5,400.00 | - | 43,000.00 |
| 37  Natural Gas | 3.86 | 6,726.16 | - | 9,700.00 | - | - | - | - | - | - | - | 8,100.00 |
| 38  Telephone | 2,997.08 | - | - | - | 1,200.00 | 2,200.00 | - | - | 1,200.00 | 2,200.00 | - | - |
| 39  Security System | - | 74.90 | - | - | - | - | - | - | 900.00 | - | 900.00 | - |
| 40  Trash Disposal | 210.04 | 1,144.98 | 500.00 | - | 500.00 | - | 500.00 | 300.00 | 500.00 | - | 500.00 | - |
| Total Utilities | 3,210.98 | 16,558.59 | 69,370.00 | 9,700.00 | 4,936.00 | 7,577.00 | 61,500.00 | 300.00 | 5,900.00 | 7,600.00 | 1,400.00 | 51,100.00 |
| Payments of Real Estate Taxes and Development Assessments | | | | | | | | | | | | |
| 41  Chautauqua County Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| 42  Clymer School Taxes | - | - | - | - | - | - | - | - | - | - | - | - |
| 43  Developer Assessment Fees | 19,201.33 | - | - | - | - | 2,000.00 | - | - | - | 2,000.00 | - | - |
| Total Payments of Real Estate Taxes and Development Assessments | 19,201.33 | - | - | - | - | 2,000.00 | - | - | - | 2,000.00 | - | - |
| Total Disbursements Relating to Peek'n Peak Operations | 366,837.68 | 308,214.30 | 225,311.50 | 113,814.00 | 115,212.00 | 214,470.00 | 206,341.50 | 150,100.00 | 157,426.00 | 197,638.00 | 212,391.50 | 220,100.00 |

04/02/11

| | | Revised 3.31.2011 to Reflect Projected March-April Post-Ski/Pre-Golf Off Season | | | | | | Newly Forecast 3.18.2011 - May thru September - Full Golf Season Summer 2011 | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|---|
| | 3/20/11 | 3/27/11 | 4/3/11 | 4/10/11 | 4/17/11 | 4/24/11 | 5/1/11 | 5/8/11 | 5/15/11 | 5/22/11 | 5/29/11 | 6/5/11 |
| | Marked to Actual | | | | | | | | | | | |
| Net Operating Cash Flow | (12,555.03) | (364,984.17) | 33,438.50 | 5,536.00 | (85,062.00) | (151,020.00) | (69,591.50) | 17,900.00 | 11,174.00 | 16,562.00 | (59,091.50) | (7,600.00) |
| Components of Plan of Reorganization inlcuding Escrow Activity | | | | | | | | | | | | |
| HNB - $1.44 Million  44 | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Ridgeview  45 | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $4.19 Million  46 | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $6.81 Million  47 | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - $1.00 Million LOC  48 | - | - | - | - | - | - | - | - | - | - | - | - |
| PNC - Fairways  49 | - | - | - | - | - | - | - | - | - | - | - | - |
| HNB - Payments made Under Agreement per Plan of Reorg  CCO | - | - | 30,000.00 | - | - | - | - | - | - | - | - | - |
| Total Debt Service on Term Loans | - | - | 30,000.00 | - | - | - | - | - | - | - | - | - |
| Net Operating Cash Flow After Debt Service | (12,555.03) | (364,984.17) | 3,438.50 | 5,536.00 | (85,062.00) | (151,020.00) | (69,591.50) | 17,900.00 | 11,174.00 | 16,562.00 | (59,091.50) | (7,600.00) |
| Chapter 11 Administrative and Professional Fees | | | | | | | | | | | | |
| Debtor Legal Fees (Thompson Hine)  50 | | | 185,000.00 | | | | | | | | | |
| Debtor Legal Fees (Schaack Nelson)  51 | | | - | | | | | | | | | |
| Debtor Appraiser (Hotel & Leisure Adv)  52 | | | 12,000.00 | | | | | | | | | |
| Debtor Financial Advisor (Inglewood)  53 | | | 100,000.00 | | | | | | | | | |
| Unsecured Creditors - Hahn Loeser  54 | | | - | | | | | | | | | |
| Unsecured Creditors Financial - McGladrey  55 | | | - | | | | | | | | | |
| U. S. Trustee Fees  56 | | | - | | | | | 13,000.00 | | | | |
| Total Chapter 11 Administrative and Professional Fees | - | - | 297,000.00 | - | - | - | - | 13,000.00 | - | - | - | - |
| Net Cash Flow | (12,555.03) | (364,984.17) | (293,561.50) | 5,536.00 | (85,062.00) | (151,020.00) | (69,591.50) | 17,900.00 | 11,174.00 | 16,562.00 | (59,091.50) | (7,600.00) |
| Ending Operating Cash Balance (Including Escrow Account for Condos) | 1,080,323.57 | 715,339.40 | 421,777.90 | 427,313.90 | 342,251.90 | 191,231.90 | 108,640.40 | 126,540.40 | 137,714.40 | 154,276.40 | 95,184.90 | 87,584.90 |
| | | | | | | | | | | | | |
| Non-Operating Cash Accounts: | | | | | | | | | | | | |
| Deposits to be made next day - from Friday | 25,060.00 | 18,409.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 |
| Deposits to be made next day - from Saturday | 21,630.00 | 32,936.00 | 12,000.00 | 12,000.00 | 12,000.00 | 12,000.00 | 16,000.00 | 16,000.00 | 22,000.00 | 22,000.00 | 22,000.00 | 22,000.00 |
| Deposits to be made next day - from Sunday | 12,844.00 | 18,966.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 22,000.00 | 22,000.00 | 16,000.00 | 16,000.00 | 16,000.00 | 16,000.00 |
| Paypal Account | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 | 100.00 |
| Bancorp HRA Account | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 | 8,600.00 |
| ATM Cash - #1 | 551.01 | 2,151.01 | - | | | | | | | | | |
| ATM Cash - #2 | 791.01 | 2,751.01 | - | | | | | | | | | |
| Cash in Registers/on Property (Change Funds) | 87,705.01 | 87,705.01 | 40,000.00 | 40,000.00 | 35,000.00 | 33,000.00 | 35,000.00 | 49,000.00 | 49,000.00 | 49,000.00 | 49,000.00 | 49,000.00 |
| Total Other Cash | 157,281.03 | 171,618.03 | 88,700.00 | 88,700.00 | 83,700.00 | 81,700.00 | 93,700.00 | 107,700.00 | 107,700.00 | 107,700.00 | 107,700.00 | 107,700.00 |
| Total Cash - on Financial Statement Basis | 1,237,604.60 | 886,957.43 | 510,477.90 | 516,013.90 | 425,951.90 | 272,931.90 | 202,340.40 | 234,240.40 | 245,414.40 | 261,976.40 | 202,884.90 | 195,284.90 |

As of March 31, 2011, the Resort has $309,000 of advance deposits for hotel and condo rentals and golf events and $99,000 of advance deposits on weddings. This does not include gift cards, certificates, etc.

**SERVICE LIST**

The U.S. Trustee

Jeffrey Baddeley on behalf of Creditor Robert Glowacki
jbaddeley@ulmer.com

Kathleen M. Bennett on behalf of Creditor The Huntington National Bank
kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com

Lawrence C Bolla on behalf of Creditor Raquel Cross, Executrix of the Estate of Eugene Cross
lbolla@quinnfirm.com,
tsapper@quinnfirm.com;dcornelius@quinnfirm.com;mmiller@quinnfirm.com;npagliari@quinnfirm.com;
mkruszewski@quinnfirm.com

Carrie M Brosius on behalf of Creditor PNC Bank, National Association
cmbrosius@vorys.com, mborr@vorys.com

Brian J. Butler on behalf of Creditor The Huntington National Bank
bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com

Daniel A DeMarco on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
dademarco@hahnlaw.com, hlpcr@hahnlaw.com

Stephen A. Donato on behalf of Creditor The Huntington National Bank
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com

Robert C Folland on behalf of Debtor Kiebler Recreation, LLC
rob.folland@thompsonhine.com

Joseph D. Frank on behalf of Creditor Pepsi Beverages Company
jfrank@fgllp.com, ccarpenter@fgllp.com

Bridget Aileen Franklin on behalf of Plaintiff Kiebler Recreation, LLC
bfranklin@brouse.com

Joseph F. Gula on behalf of Respondent Guy and Heidi Fustine
jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com

Mark L. Hankin on behalf of Creditor American Leisure Consulting Corporation
mhankin@hankinmazel.com

Kenneth C Johnson on behalf of Creditor Textron Financial Corporation
kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com

Alan M Koschik on behalf of Debtor Kiebler Recreation, LLC
akoschik@brouse.com, tpalcic@brouse.com

Philip E Langer on behalf of Creditor The Huntington National Bank
planger@porterwright.com, cruehl@porterwright.com

John P. Lennon on behalf of Creditor Desiree and Drew Kate
jplennon@trialadvocates.com

Marc Merklin on behalf of Plaintiff Kiebler Recreation, LLC
mmerklin@brouse.com, tpalcic@brouse.com

Ingrid S. Palermo on behalf of Creditor The Huntington National Bank
ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com

Drew T Parobek on behalf of Creditor PNC Bank, National Association
dtparobek@vorys.com

Curtis L. Tuggle on behalf of Debtor Kiebler Recreation, LLC
curtis.tuggle@thompsonhine.com

Andrew L. Turscak on behalf of Debtor Kiebler Recreation, LLC
andrew.turscak@thompsonhine.com

Susan C. Von Reusner on behalf of Interested Party New York State Department of Environmental Conservation
susan.vonreusner@ag.ny.gov, lisa.burianek@ag.ny.gov

Mark A. Weintraub on behalf of Debtor Kiebler Recreation, LLC
Mark.Weintraub@ThompsonHine.com

Linda E White on behalf of Interested Party New York State Department of Environmental Conservation
linda.white@ag.ny.gov

Christopher B. Wick on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
cwick@hahnlaw.com, hlpcr@hahnlaw.com

Joseph Zagraniczny on behalf of Creditor The Huntington National Bank
jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;stemes@bsk.com;tvanetti@bsk.com