IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| In re ) | Chapter 11 |
| ) | |
| Kiebler Recreation, LLC ) | Case No. 10-15099 |
| dba Peek'N Peak Resort & Spa ) | |
| ) | Judge Baxter |
| Debtor. ) | |
| ) | |

**EXPEDITED MOTION TO WITHDRAW AS COUNSEL FOR DEBTOR**

Now comes the law firm Thompson Hine LLP ("Thompson Hine"), bankruptcy counsel for Kiebler Recreation, LLC (the "Debtor"), to respectfully request (the "Motion") that the Court grant permission to withdraw as counsel of record for the Debtor on an expedited basis. In support of this Motion, Thompson Hine states the following.

1. The Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334. This is a core proceeding under 28 U.S.C. § 157(b). Venue is proper pursuant to 28 U.S.C. §§ 1408 and 1409.

2. On May 26, 2010 (the "Petition Date"), the Debtor commenced the above-captioned case under the Bankruptcy Code. The Debtor operates Peek'N Peak Resort and Spa, a popular recreational and tourist complex in Chautauqua County, New York. The Debtor is authorized to continue to operate its business and manage its property as a debtor in possession pursuant to sections 1107(a) and 1108 of the Bankruptcy Code.

3. On July 8, 2010, the Court entered its order (the "Retention Order") authorizing the Debtor to employ Thompson Hine as bankruptcy counsel for the Debtor, effective as of the Petition Date.

4. There has been a recent breakdown in the attorney-client relationship. As of the date of this filing, irreconcilable differences have arisen between the Debtor and its current counsel, which irreconcilable differences have resulted in counsel's inability to effectively assist the Debtor in the further prosecution of this chapter 11 case.

5. The Debtor has immediate need for counsel given the Court's recent Order and Hearing, held on May 24, 2011, to show cause why the Debtor's case should not be dismissed, and the Stipulation and Agreed Order Setting Terms of Sale Process, Appointment of Chief Restructuring Officer and Marketing Consultant, Debtor in Possession Financing, and Settlement of Claims [docket # 627] (the "Stipulation and Agreed Order") resulting therefrom. Pursuant to the Stipulation and Agreed Order, imminent action steps are required to provide for the appointment of a chief restructuring officer and marketing consultant, debtor in possession financing, settlement of claims, and a 363 sale process.

6. Due to Thompson Hine's inability to effectively counsel and assist the Debtor with the administration of this chapter 11 case, Thompson Hine requests that the Court authorize it to withdraw as counsel, on an expedited basis.

**WHEREFORE**, Thompson Hine respectfully requests that the Court enter an Order on an expedited basis (i) authorizing it to withdraw as counsel for the Debtor; and (ii) granting such other and further relief as the Court deems just and proper.

Dated: June 2, 2011	Respectfully submitted,

                                        /s/ *Robert Folland*
                                        Robert C. Folland (0065728)
                                        Andrew L. Turscak, Jr. (0073851)
                                        THOMPSON HINE LLP
                                        3900 Key Center
                                        127 Public Square
                                        Cleveland, OH 44114-1291
                                        216.566.5500 (phone)
                                        216.566.5800 (facsimile)
                                        Robert.Folland@thompsonhine.com
                                        Andrew.Turscak@Thompsonhine.com

                                        *Counsel for Debtor*

**CERTIFICATE OF SERVICE**

      I hereby certify that a true and correct copy of the foregoing Motion was served electronically through the Court's ECF System or by regular e-mail upon the parties listed below on June 2, 2011.

The U.S. Trustee

Paul Kiebler, IV, Sole Manager of Debtor Kiebler Recreation, LLC
paulkiebler@yahoo.com

Jeffrey Baddeley on behalf of Creditor Robert Glowacki
jbaddeley@ulmer.com

Kathleen M. Bennett on behalf of Creditor The Huntington National Bank
kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com

Lawrence C Bolla on behalf of Creditor Raquel Cross, Executrix of the Estate of Eugene Cross
lbolla@quinnfirm.com,
tsapper@quinnfirm.com;dcornelius@quinnfirm.com;mmiller@quinnfirm.com;npagliari@quinnfirm.com;
mkruszewski@quinnfirm.com

Carrie M Brosius on behalf of Creditor PNC Bank, National Association
cmbrosius@vorys.com, mborr@vorys.com

Brian J. Butler on behalf of Creditor The Huntington National Bank
bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com

Daniel A DeMarco on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
dademarco@hahnlaw.com, hlpcr@hahnlaw.com

Stephen A. Donato on behalf of Creditor The Huntington National Bank
sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com

Robert C Folland on behalf of Debtor Kiebler Recreation, LLC
rob.folland@thompsonhine.com

Joseph D. Frank on behalf of Creditor Pepsi Beverages Company
jfrank@fgllp.com, ccarpenter@fgllp.com

Bridget Aileen Franklin on behalf of Plaintiff Kiebler Recreation, LLC
bfranklin@brouse.com

Joseph F. Gula on behalf of Respondent Guy and Heidi Fustine
jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com

Mark L. Hankin on behalf of Creditor American Leisure Consulting Corporation
mhankin@hankinmazel.com

Kenneth C Johnson on behalf of Creditor Textron Financial Corporation
kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com

Alan M Koschik on behalf of Debtor Kiebler Recreation, LLC
akoschik@brouse.com, tpalcic@brouse.com

Philip E Langer on behalf of Creditor The Huntington National Bank
planger@porterwright.com, cruehl@porterwright.com

John P. Lennon on behalf of Creditor Desiree and Drew Kate
jplennon@trialadvocates.com

Marc Merklin on behalf of Plaintiff Kiebler Recreation, LLC
mmerklin@brouse.com, tpalcic@brouse.com

Ingrid S. Palermo on behalf of Creditor The Huntington National Bank
ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com

Drew T Parobek on behalf of Creditor PNC Bank, National Association
dtparobek@vorys.com

Curtis L. Tuggle on behalf of Debtor Kiebler Recreation, LLC
curtis.tuggle@thompsonhine.com

Andrew L. Turscak on behalf of Debtor Kiebler Recreation, LLC
andrew.turscak@thompsonhine.com

Susan C. Von Reusner on behalf of Interested Party New York State Department of Environmental Conservation
susan.vonreusner@ag.ny.gov, lisa.burianek@ag.ny.gov

Mark A. Weintraub on behalf of Debtor Kiebler Recreation, LLC
Mark.Weintraub@ThompsonHine.com

Linda E White on behalf of Interested Party New York State Department of Environmental Conservation
linda.white@ag.ny.gov

Christopher B. Wick on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
cwick@hahnlaw.com, hlpcr@hahnlaw.com

Joseph Zagraniczny on behalf of Creditor The Huntington National Bank
jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;stemes@bsk.com;tvanetti@bsk.com

          */s/ Robert Folland*
          Robert C. Folland