UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO

| | | |
|---|---|---|
| In re: | ) | Case No. 10-15099 |
| | ) | |
| Kiebler Recreation, LLC | ) | Chapter 11 |
| | ) | |
| Debtor. | ) | Judge Randolph Baxter |

## REPORT OF SELECTION FOR APPOINTMENT OF TRUSTEE

Daniel M. McDermott, United States Trustee for Region 9, respectfully reports to the court that David Simon of Cleveland, Ohio has been selected for recommended appointment as the Chapter 11 Trustee in response to the order entered in this case directing the appointment of a chapter 11 trustee in accordance with 11 U.S.C. § 1104. Mr. Simon maintains his office at 1370 Ontario Street, #450, Cleveland, Ohio, 44113-1744.

To the best of his knowledge, the United States Trustee is informed that Mr. Simon has no connections with the debtor, creditors, any other parties in interest, their respective attorneys and accountants, the United States Trustee, or any persons employed in the Office of the United States Trustee, except that he is a member of the chapter 7 panel of trustees. Further, Mr. Simon is not a relative of the bankruptcy judge approving his appointment.

In selecting David Simon, the United States Trustee has consulted with parties in interest. After consideration, the United States Trustee has decided that Mr. Simon is the best candidate for Chapter 11 Trustee in this particular matter. None of the parties voiced any opposition to the appointment.

Specifically, the United States Trustee consulted with Robert C. Folland, counsel for the Debtor; Daniel A. DeMarco, counsel for the Official Committee of Unsecured Creditors; Philip E. Langer, Joseph Zagraniczny and Steven A. Donato, counsel for Huntington National Bank; and Drew T. Parobek, counsel for PNC Bank.

Mr. Simon will be filing an <u>Affidavit and Verified Statement Pursuant to Bankruptcy Rule 2007.1</u> and <u>Notice of Acceptance</u> within seven days of the filing of this report. The proposed trustee is aware that a surety bond is required and must be posted and filed with the court and the United States Trustee. The proposed trustee stands ready to do so within five days of the Court's approval of his appointment.

**WHEREFORE**, the United States Trustee respectfully requests that this court approve the appointment of David Simon as Trustee in this Chapter 11 Case in accordance with the duties and requirements of 11 U.S.C. §§ 1104 and 1106.

Respectfully submitted,

Daniel M. McDermott
United States Trustee, Region 9

By:   /s/Ronna G. Jackson
Ronna G. Jackson (#0080432)
Trial Attorney
United States Department of Justice
Office of the United States Trustee
H.M. Metzenbaum U.S. Courthouse
201 Superior Avenue, Suite 441
Cleveland, Ohio 44114
(216) 522-7800, ext. 253
(216) 522-7193 (Facsimile)

# Certificate of Service

I, Ronna G. Jackson, hereby certify that on or about June 8, 2011, a copy of the foregoing Report was served on the following parties as indicated below:

**Via Electronic Mail Via CM/ECF System:**

- Jeffrey Baddeley    jbaddeley@ulmer.com
- Kathleen M. Bennett    kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com
- Lawrence C Bolla    lbolla@quinnfirm.com, tsapper@quinnfirm.com;dcornelius@quinnfirm.com;mmiller@quinnfirm.com;npagliari@quinnfirm.com;mkruszewski@quinnfirm.com
- Carrie M Brosius    cmbrosius@vorys.com, mborr@vorys.com
- Brian J. Butler    bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com
- Daniel A DeMarco    dademarco@hahnlaw.com, hlpcr@hahnlaw.com
- Stephen A. Donato    sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com
- Robert C Folland    rob.folland@thompsonhine.com
- Joseph D. Frank    jfrank@fgllp.com, ccarpenter@fgllp.com
- Bridget Aileen Franklin    bfranklin@brouse.com
- Garry M Graber    ggraber@hodgsonruss.com, rleek@hodgsonruss.com;mmuskopf@hodgsonruss.com
- Joseph F. Gula    jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com
- Mark L. Hankin    mhankin@hankinmazel.com
- Kenneth C Johnson    kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com
- Alan M Koschik    akoschik@brouse.com, tpalcic@brouse.com
- Philip E Langer    planger@porterwright.com, nrepka@porterwright.com
- John P. Lennon    jplennon@trialadvocates.com
- Marc Merklin    mmerklin@brouse.com, tpalcic@brouse.com
- Ingrid S. Palermo    ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com
- Matthew E. Parkins    mparkins@smdklaw.com, bmccullough@smdklaw.com
- Drew T Parobek    dtparobek@vorys.com
- Curtis L. Tuggle    curtis.tuggle@thompsonhine.com
- Andrew L. Turscak    andrew.turscak@thompsonhine.com
- Susan C. Von Reusner    susan.vonreusner@ag.ny.gov, lisa.burianek@ag.ny.gov
- Mark A. Weintraub    Mark.Weintraub@ThompsonHine.com
- Linda E White    linda.white@ag.ny.gov
- Christopher B. Wick    cwick@hahnlaw.com, hlpcr@hahnlaw.com
- Joseph Zagraniczny    jzagraniczny@bsk.com, kdoner@bsk.com;amasica@bsk.com;stemes@bsk.com;tvanetti@bsk.com

By: */s/ Ronna G. Jackson*
Ronna G. Jackson