IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 10-15099-RB |
| | ) Chapter 11 |
| KIEBLER RECREATION, LLC, | ) The Honorable Randolph Baxter |
| d/b/a Peek'n Peak Resort, | ) |
| | ) |
| Debtor | ) Related to Docket Nos. 705 and 706 |

## OBJECTION TO FINAL APPLICATIONS FOR ALLOWANCE OF COMPENSATION AND REIMBURSEMENT OF EXPENSES OF THOMPSON HINE, LLP, DEBTOR'S FORMER ATTORNEY, AND INGLEWOOD ASSOCIATES, LLC, DEBTOR'S FINANCIAL ADVISOR

AND NOW, this 2nd day of August, 2011, comes C.A. Curtze Co., Inc. a/d/b/a Specialty Steak Service ("Curtze"), by and through its counsel, Knox McLaughlin Gornall & Sennett, P.C., 120 West Tenth Street, Erie, Pennsylvania 16501, Attention: Guy C. Fustine, with this Objection to the Second and Final Application for Allowance of Compensation and Reimbursement of Expenses for the period November 1, 2010 through June 20, 2011 on behalf of Thompson Hine, LLP, the former attorneys for the Debtor; and, the Second and Final Application for Allowance of Compensation and Reimbursement of Expenses for the period December 1, 2010 through June 24, 2011 on behalf of Inglewood Associates, LLC, the Financial Advisor for the Debtor, as follows:

1. By Order of the Honorable Randolph Baxter dated November 3, 2010, Curtze was granted an allowed administrative expense claim under 11 U.S.C. §503(b)(9) in the amount of $29,833.22.

2. There are limited funds available for the payment of Chapter 11 administrative expense claims.

3. If the applications for compensation are allowed as filed, the funds available for distribution to creditors holding allowed Chapter 11 administrative expense claims, including Curtze, would be substantially diluted.

4. The requested fees are unreasonable in light of the services rendered and the results obtained. Given the amount of time involved, including consideration of the difficulty of the issues presented, the skill requisite to perform the services properly and the customary fees for similar services, the requested fees are unreasonable and excessive.

WHEREFORE, Curtze requests that the above-referenced applications for compensation and reimbursement of expenses be denied or, in the alternative, substantially reduced; and, that Curtze have such other and further relief as is reasonable and just.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for C.A. Curtze Co., Inc. a/d/b/a
Specialty Steak Service

By: */s/ Guy C. Fustine*
Guy C. Fustine
PA I.D. No. 37543
120 West Tenth Street
Erie, Pennsylvania 16501-1461
(814) 459-2800
gfustine@kmgslaw.com

IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| IN RE: | ) Case No. 10-15099-RB |
| | ) Chapter 11 |
| KIEBLER RECREATION, LLC, | ) The Honorable Randolph Baxter |
| d/b/a Peek'n Peak Resort, | ) |
| | ) |
| Debtor | ) Related to Docket Nos. 705 and 706 |

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection was served by first class, United States mail, postage pre-paid, on August 2, 2011, as set forth on the attached service list, in addition to the electronic service which was accomplished when the Objection was filed with the Court.

Respectfully submitted,

KNOX McLAUGHLIN GORNALL &
SENNETT, P.C.
Attorneys for C.A. Curtze Co., Inc.

By: */s/ Guy C. Fustine*
      Guy C. Fustine
      PA I.D. No. 37543
      120 West Tenth Street
      Erie, Pennsylvania 16501-1461
      (814) 459-2800
      gfustine@kmgslaw.com

# SERVICE LIST

Robert C. Folland, Esquire
Thompson Hine LLP
127 Public Square
3900 Key Center
Cleveland, OH 44114-1216

Daniel A DeMarco, Esquire
Hahn Loeser & Parks LLP
200 Public Square, Suite 2800
Cleveland, OH 44114-2301

Ingrid S. Palermo, Esquire
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Joseph D. Frank, Esquire
Frank/Gecker, LLP
325 North LaSalle Street, Suite 625
Chicago, IL 60654

Kathleen M. Bennett, Esquire
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Brian J. Butler, Esquire
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Mark L. Hankin, Esquire
Hankin & Mazel PLLC
7 Penn Plaza
Suite 904
New York, NY 10001-3992

John P. Lennon, Esquire
Rosenthal, Siegel & Muenkel, LLP
300 Main Street
Buffalo, NY 14202

Drew Parobek, Esquire
Vorys Sater Seymour&Pease LLP
2100 Cleveland Center
1375 E Ninth St
Cleveland, OH 44114-1724

Philip E. Langer, Esquire
Porter Wright Morris & Arthur, LLP
925 Euclid Avenue, Suite 1700
Cleveland, OH 44115-1483

Lawrence C. Bolla, Esquire
Quinn, Buseck, Leemhuis,Toohey & Kroto
2222 West Grandview Boulevard
Erie, PA 16506

Ronna G. Jackson, Esquire
Howard M. Metzenbaum U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114

Carrie M Brosius, Esquire
Vorys Sater Seymour&Pease LLP
2100 Cleveland Center
1375 E Ninth St
Cleveland, OH 44114-1724

Stephen A. Donato, Esquire
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Kenneth C Johnson, Esquire
Bricker & Eckler LLP
100 S 3rd St
Columbus, OH 43215

Curtis L. Tuggle, Esquire
Thompson Hine LLP
3900 Key Center
127 Public Square
Cleveland, OH 44114

Andrew L. Turscak, Jr., Esquire
3900 Key Center
127 Public Square
Cleveland, OH 44114

Mark A. Weintraub, Esquire
3900 Key Center
127 Public Square
Cleveland, OH 44114

Linda E White, Esquire
Attorney General of State of New York
350 Main Street
Suite 300-A
Buffalo, NY 14202

Christopher B. Wick, Esquire
Hahn Loeser + Parks LLP
200 Public Square
Suite 2800
Cleveland, OH 44114

Joseph Zagraniczny, Esquire
Bond, Schoeneck & King, PLLC
One Lincoln Center
Syracuse, NY 13202

Jeffrey Baddeley
Ulmer & Berne LLP
1660 W. 2nd Street - Suite 1100
Cleveland, OH 44113-1448

David S. Blocker, Esquire
Kohrman Jackson & Krantz PLL
1375 E. 9th St., 20th Floor
Cleveland, OH 44114

David O. Simon, Esquire
Chapter 11 Trustee
1370 Ontario Street, Suite 450
Cleveland, OH 44113-1744

James W. Ehrman, Esquire
Kohrman Jackson & Krantz PLL
1375 East 9th Street, 20th Floor
Cleveland, OH 44114

Garry M Graber, Esquire
Hodgson, Russ, LLP
140 Pearl Street, Suite 100
Buffalo, NY 14202

Jeffrey M Levinson, Esquire
Levinson LLP
3783 S. Green Road
Beachwood, OH 44122

Matthew E. Parkins, Esquire
Singerman, Mills, Desberg & Kauntz LPA
3333 Richmond Road
Suite 370
Beachwood, OH 44122

Susan C. Von Reusner, Esquire
NYS Office of Attorney General
Environmental Protection Bureau, Rm. 214
The Capitol
Albany, NY 12224

Mary K Whitmer, Esquire
Kohrman Jackson & Krantz P.L.L.
1375 E. 9th St.
20th Floor
Cleveland, OH 44114

Waldemar J Wojcik, Esquire
526 Superior Avenue, #1030
Cleveland, OH 44114

Ronna Jackson, Esquire
Office of the US Trustee
201 Superior Ave., #441
Cleveland, OH 44114

# 970595.v1