**This document was signed electronically on July 9, 2013, which may be different from its entry on the record.**

**IT IS SO ORDERED.**

**Dated: July 9, 2013**

Pat E. Morgenstern-Clarren
Chief Bankruptcy Judge

**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE NORTHERN DISTRICT OF OHIO**
**EASTERN DIVISION**

| | | |
|---|---|---|
| **In re:** | ) | **Chapter 7** |
| | ) | |
| | ) | **Case No. 10-15099** |
| **Kiebler Recreation LLC,** | ) | |
| | ) | **Judge Pat E. Morgenstern-Clarren** |
| **Debtor.** | | |

**ORDER GRANTING TRUSTEE'S MOTION FOR AN ORDER APPROVING THE GLOBAL SETTLEMENT AGREEMENT AMONG HIMSELF, (A) JODY KIEBLER, (B) PAUL E. KIEBLER, IV, (C) KIEBLER PROPERTIES, LLC, (D) APOLLO PROPERTY MANAGEMENT, LLC, AND (E) LIBERTY ASSOCIATES, LTD**

This matter came before the Court upon the motion to compromise (the "**Motion**") of David O. Simon, the Chapter 7 Trustee (the "**Trustee**"), for entry of an order granting the Global Settlement Agreement for the following adversary proceedings: *David O. Simon, Trustee v. Jody Kiebler,* 12-1178; *David O. Simon, Trustee v. Paul E. Kiebler, IV*, 12-1177; *David O. Simon, Trustee v. Kiebler*

*Properties, LLC*, 12-1169; *David O. Simon, Trustee v. Apollo Property Management, LLC,* 12-1168; and *David O. Simon, Trustee v. Liberty Associates, LTD,* 12-1172.

No objections to the Motion have been filed, and, as a result, no hearing was held. The Court, having reviewed the Motion and the representations therein, and for good cause shown, hereby **ORDERS, ADJUDGES, AND DECREES** that:

1. The Motion be, and is hereby, GRANTED.
2. Capitalized terms set forth herein shall have the meanings ascribed to them in the Motion.
3. The Global Settlement Agreement is hereby APPROVED.
4. Upon the Trustee's receipt of $80,000 as settlement in full of only the preferential transfer claims in the Properties Adversary Proceeding, the Apollo Adversary Proceeding, and the Liberty Adversary Proceeding, the Trustee shall dismiss with prejudice the Jody Kiebler Adversary Proceeding, the Paul Kiebler Adversary Proceeding, the Properties Adversary Proceeding, the Apollo Adversary Proceeding, and the Liberty Adversary Proceeding.

**IT IS SO ORDERED**.

###

{K0308142.1}

Respectfully submitted,

_/s/ Melissa Yasinow_
Mary K. Whitmer (0018213)
Melissa A. Yasinow (0087681)
KOHRMAN JACKSON & KRANTZ PLL
1375 E. 9th Street, 20th Floor
One Cleveland Center
Cleveland, Ohio 44114-1793
Telephone: (216) 696-8700
Telecopier: (216) 621-6536
Email:mkw@kjk.com
may@kjk.com
*Counsel for David O. Simon,*
*Chapter 7 Trustee*

**SERVICE**

**Electronic Mail Notice List**

- Jeffrey Baddeley jbaddeley@ulmer.com
- Kathleen M. Bennett kbennett@bsk.com, khourihan@bsk.com;kdoner@bsk.com
- Lawrence C Bolla lbolla@quinnfirm.com, tsapper@quinnfirm.com; dcornelius@quinnfirm.com;mmiller@quinnfirm.com; npagliari@quinnfirm.com;mkruszewski@quinnfirm.com
- Carrie M Brosius cmbrosius@vorys.com, mborr@vorys.com
- Brian J. Butler bbutler@bsk.com, jheisler@bsk.com;kdoner@bsk.com
- Daniel A DeMarco dademarco@hahnlaw.com, hlpcr@hahnlaw.com
- Stephen A. Donato sdonato@bsk.com, kdoner@bsk.com;tayers@bsk.com;tvanetti@bsk.com
- James W. Ehrman jwe@kjk.com, rlh@kjk.com;newpleadings@gmail.com
- Joseph D. Frank jfrank@fgllp.com, ccarpenter@fgllp.com
- Bridget Aileen Franklin bfranklin@brouse.com
- Garry M Graber ggraber@hodgsonruss.com, rleek@hodgsonruss.com;mmuskopf@hodgsonruss.com
- Joseph F. Gula jgula@kmgslaw.com, jgula@roadrunner.com;mwernicki@kmgslaw.com
- Mark L. Hankin mhankin@hankinmazel.com
- Kenneth C Johnson kjohnson@bricker.com, rdelsignore@bricker.com;jearley@bricker.com
- Alan M Koschik akoschik@brouse.com, tpalcic@brouse.com
- Philip E Langer planger@porterwright.com, nrepka@porterwright.com
- John P. Lennon jplennon@trialadvocates.com
- Jeffrey M Levinson jml@jml-legal.com
- Marc Merklin mmerklin@brouse.com, tpalcic@brouse.com
- Ingrid S. Palermo ipalermo@bsk.com, kdoner@bsk.com;sheffner@bsk.com;tvanetti@bsk.com
- Matthew E. Parkins mparkins@smdklaw.com, bmccullough@smdklaw.com
- Drew T Parobek dtparobek@vorys.com
- United States Trustee (Registered address)@usdoj.gov
- Andrew L. Turscak andrew.turscak@thompsonhine.com
- Susan C. Von Reusner susan.vonreusner@ag.ny.gov, lisa.burianek@ag.ny.gov
- Linda E White linda.white@ag.ny.gov

- Mary K Whitmer mkw@kjk.com
- Christopher B. Wick cwick@hahnlaw.com, hlpcr@hahnlaw.com
- Joseph Zagraniczny jzagraniczny@bsk.com, kdoner@bsk.com; amasica@bsk.com;stemes@bsk.com;tvanetti@bsk.com
- Ronna Jackson ust34 Ronna.G.Jackson@usdoj.gov

**Manual Notice List**

Alpine Realty Captial, LLC
220 E. Huron Street
Suite 230
Ann Arbor, MI 48104

Assessment Evaluation, Inc.
800 State Street
Suite 400
Erie, PA 16501-1322

Brouse McDowell
388 South Main Street
Suite 500
Akron, OH 44311-4407

Ciuni&Panichi Inc
25201 Chagrin Blvd
#200
Beachwood, OH 44122

Guy C Fustine on behalf of Creditor
C.A. Curtze Co., Inc.
120 W 10th St
Erie, PA 16501

Inglewood Associates, LLC.
John K. Lane, Managing Director
22239 Parnell Rd.
Shaker Heights, OH 44122

Internal Revenue Service
Insolvency Grp. 6
1240 E. 9th St. Rm 493
Cleveland, OH 44199

Jones Lang LaSalle Hotels
200 East Randolph Drive
Chicago, IL 60601

Hahn Loeser & Parks LLP on behalf of Creditor Committee Official Committee of Unsecured Creditors of Kiebler Recreation, LLC
200 Public Square, #2800
Cleveland, OH 44114

Kiebler Recreation, LLC
10823 Mayfield Road
Chardon, OH 44024

Precision Golf Construction, Inc.
Attn: Michael O'Donnell
PO Box 751
Chardon, OH 44024

RSM McGladrey, Inc.
One S. Wacker Drive
Suite 800
Chicago, IL 60606

{K0308142.1}

Deborah D. Strojny
8273 Canterbury Drive
Clymer, NY 14724

Rachel L. Steinlage
28601 Chagrin Blvd.
Suite 500
Cleveland, OH 44122
*Counsel for Defendants Jody Kiebler, Paul E. Kiebler, IV, and Kiebler Properties, LLC*

Dennis Zapka
McLaughlin Law, LLP
1111 Superior Avenue, Suite 1350
Cleveland, OH 44114
*Counsel for Defendants Jody Kiebler, Paul E. Kiebler, IV, and Kiebler Properties, LLC*

New York State Department of Taxation & Finance
Bankruptcy Section
PO Box 5300
Albany, NY 12205-0300

J. Michael McCague
Griffith, McCague & Wallace, P.C.
The Gulf Tower, 38th Floor
707 Grant Street
Pittsburgh, PA 15219
*Counsel for Northwest Savings Bank*

James D. Wilson
James D. Wilson LLC
29225 Chagrin Boulevard
Suite 350
Cleveland, OH 44122
*Counsel for Defendants Apollo Property Management, LLC & Liberty Associates, LTD*

{K0308142.1}